AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

NAOTAKA KITAGAWA, JR., [See Attachment 1] )
    *Plaintiff* )
v. ) Civil Action No.
APPLE, INC., and, DOES 1 THROUGH 50, inclusive )
    *Defendant* ) C09 01911

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Apple, Incorporated
    c/o CT Corporation System, Registered Agent
    818 West Seventh Street
    Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    ZELDES & HAEGGQUIST, LLP
    625 Broadway, Suite 906
    San Diego, CA 92101
    [See Attachment 2]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Tiffany Salinas-Harwell

Date: MAY 0 1 2009

*Signature of Clerk of Court or Deputy Clerk*

**SUMMONS IN A CIVIL CASE**
**ATTACHMENT 2**

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
Fax: 619/342-7878

    -and-

MEHRI & SKALET, PLLC
STEVEN A. SKALET (*admitted pro hac vice*)
CRAIG L. BRISKIN (*admitted pro hac vice*)
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
Fax: 202/822-4997

Attorneys for Plaintiffs

## SUMMONS IN A CIVIL CASE
## ATTACHMENT 1

**ADDITIONAL PLAINTIFFS:**

TIMOTHY J. BROAD; and JESSE REISMAN, on behalf of themselves and all others similarly situated.