NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

HELEN I. ZELDES, ESQ.
ZELDES & HAEGGOUIST, LLP
655 WEST BROADWAY, SUITE 1410
SAN DIEGO, CA 92101
Telephone: (619) 955-8218

Attorney for: Plaintiff

Filed MAY 07 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED MAY 07 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| NAOTAKA KITAGAWA, JR., ET AL. | CASE NUMBER |
|---|---|
| Plaintiff. | C09 01911 RS |
| APPLE, INC., ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION GENERAL INFORMATION PACKET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA


in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : APPLE INCORPORATED

    By Serving        :Margaret Wilson, Agent For Service Of Process

    Address           : ( Business ) CT CORPORATION SYSTEM

                       818 West Seventh Street
                       Los Angeles, Ca 90017

    Date of Service  : May 4, 2009

    Time of Service  : 11:40AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 4, 2009

County Legal & Notary Service
111 N. Market Street, Suite 125
San Jose, California 95113
Telephone: (408) 295-2700
Registered LOS ANGELES
Number 4047

Signature: _____
              RICHARD GARI