| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
| | PPreovolos@mofo.com |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) |
| | AMuhlbach@mofo.com |
| 3 | HEATHER A. MOSER (CA SBN 212686) |
| | HMoser@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | *Attorneys for Defendant* |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD AND JESSE REISMAN, on behalf of themselves and all others similarly situated, | Case No. C-09 01911 RS |
| | **CLASS ACTION** |
| Plaintiffs, | **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| APPLE INC., and, DOES 1 THROUGH 50, inclusive | **[N.D. CAL. CIVIL L.R. 6-1(A)]** |
| | Courtroom 4, 5th Floor |
| Defendant. | Magistrate Judge Richard Seeborg |
| | Complaint Filed: May 1, 2009 |
| | Trial Date: None Set |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C-09 01911 RS
sf-2688273

Pursuant to Northern District Civil Local Rule 6-1(a), it is hereby stipulated by and between plaintiffs Naotaka Kitagawa, Jr., Timothy J. Broad, and Jesse Reisman and defendant Apple Inc. ("Apple"), through their respective attorneys, that the time by which Apple may plead or otherwise respond to the First Amended Complaint shall be extended to and including July 10, 2009. There have been no previous modifications of any deadlines in this case and the stipulated extension does not affect the initial case management conference, currently scheduled for September 2, 2009.

Dated: May 22, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By: ___/s/ Heather Moser_____
      Heather A. Moser

*Attorneys for Defendant*
APPLE INC.

Dated: May 22, 2009

STEVEN A. SKALET
CRAIG L. BRISKIN
MEHRI & SKALET, PLLC

HELEN I. ZELDES
ALREEN HAEGGQUIST
ZELDES AND HAEGGQUIST, LLP


By: ___/s/_ Helen Zeldes_____
      Helen I. Zeldes

*Attorneys for Plaintiffs*
NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD AND JESSE REISMAN

1    I, Heather A. Moser, am the ECF user whose ID and password are being used to file this

2    Stipulation Extending Time to Respond to First Amended Complaint.  In compliance with

3    General Order 45.X.B, I hereby attest that Helen I. Zeldes has concurred in this filing.

Dated:  May 22, 2009                    PENELOPE A. PREOVOLOS
                                        ANDREW D. MUHLBACH
                                        HEATHER A. MOSER
                                        MORRISON & FOERSTER LLP


                                        By:  /s/ Heather A. Moser
                                             Heather A. Moser

                                             *Attorneys for Defendant*
                                             APPLE INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address |
| 3 | is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, |
| 4 | and I am over the age of eighteen years. |
| 5 | I further declare that on May 22, 2009, I served a copy of: |
| 6 | **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED** |
| 7 | **COMPLAINT** |
| 8 | ☒ **BY U.S. MAIL [FRCP § 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. |

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

**Steven A Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 22nd day of May, 2009.

| Carol J. Peplinski | /s/ Carol J. Peplinski |
|---|---|
| (typed) | (signature) |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C-09 01911 RS
sf-2688273

3

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURE** |
| 2 | I, Heather A. Moser, am the ECF User whose ID and password are being used to file this |
| 3 | Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Carol J. |
| 4 | Peplinski has read and approved this Proof of Service and consents to its filing in this action. |
| 5 | Dated: May 22, 2009. |

MORRISON & FOERSTER LLP

\_\_\_\_\_/s/ Heather A. Moser\_\_\_\_

Heather A. Moser

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C-09 01911 RS
sf-2688273

4