1   PENELOPE A. PREOVOLOS (CA SBN 87607)
    (PPrevolos@mofo.com)
2   ANDREW D. MUHLBACH (CA SBN 175694)
    (AMuhlbach@mofo.com)
3   ANNE M. HUNTER (CA SBN 221455)
    (AHunter@mofo.com)
4   ALEXEI KLESTOFF
    (AKlestoff@mofo.com)
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Defendant
    APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14   NAOTAKA KITAGAWA, JR., TIMOTHY J.          Case No.    C 09-01911 RS
     BROAD and JESSE REISMAN, on behalf of
15   themselves and all others similarly situated,    **DECLINATION TO PROCEED
                                                      BEFORE A MAGISTRATE
16                     Plaintiffs,                    JUDGE AND REQUEST FOR
                                                      REASSIGNMENT TO A UNITED
17          v.                                        STATES DISTRICT JUDGE**

     APPLE, INC., and, DOES 1 THROUGH 50,
18   inclusive,

19                     Defendants.                    Complaint filed:   May 1, 2009

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
CASE NO. C-09-01911 RS
sf-2707901                                                                                         1

1    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2        The undersigned party hereby declines to consent to the assignment of this case to a

3    United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

4    this case to a United States District Judge.

5

6    Dated: July 2, 2009                    PENELOPE A. PREOVOLOS
                                            ANDREW D. MUHLBACH
7                                           ANNE M. HUNTER
                                            ALEXEI KLESTOFF
8                                           MORRISON & FOERSTER LLP

9

                                           By:   /s/ Penelope A. Preovolos
10                                                Penelope A. Preovolos

11                                               Attorneys for Defendant
                                                 APPLE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28