**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                          408.535.5364


**July 6, 2009**

**CASE NUMBER:  CV 09-01911 RS**
**CASE TITLE:  NAOTAKA KITAGAWA, JR., ET AL.-v-APPLE INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 07/02/09


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                               Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                 Entered in Computer 07/06/09 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA

Dockets.Justia.com