| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) (PPreovolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) (AMuhlbach@mofo.com) |
| 3 | ANNE M. HUNTER (CA SBN 221455) (AHunter@mofo.com) |
| 4 | ALEXEI KLESTOFF (CA SBN 224016) (AKlestoff@mofo.com) |
| 5 | MORRISON & FOERSTER LLP 425 Market Street |
| 6 | San Francisco, California 94105-2482 Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | *Attorneys for Defendant* APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 16 | NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated, | Case No. C 09-01911 JW **CLASS ACTION** |
| 17 18 | Plaintiffs, v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 19 | APPLE, INC., and, DOES 1 THROUGH 50, inclusive, | **[N.D. CAL. LOCAL RULE 3-16]** |
| 20 | Defendants. | |
| 21 | | Complaint filed: May 1, 2009 |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C 09-01911 JW
sf-2706923

1       Pursuant to Northern District Local Rule 3-16 and Federal Rule of Civil Procedure 7.1(a), defendant Apple Inc. ("Apple"), through its counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Apple has no parent corporation. According to Apple's Proxy Statement filed with the United States Securities and Exchange Commission in January 2009, there are no beneficial owners that hold more than 10% of Apple's outstanding common stock.

Dated: July 10, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ANNE M. HUNTER
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos
      Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C 09-01911 JW
sf-2706923

1