AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated, <br> *Plaintiff* <br> v. <br> APPLE INC., and DOES 1 THROUGH 50, inclusive <br> *Defendant* | Case No. C 09-01911 JW |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: July 16, 2009                              /s/   Alexei Klestoff
                                                    *Attorney's signature*

                                                 Alexei Klestoff 224016
                                                    *Printed name and bar number*

                                                 MORRISON & FOERSTER LLP
                                                 425 Market St.
                                                 San Francisco, CA 94105
                                                    *Address*

                                                 AKlestoff@mofo.com
                                                    *E-mail address*

                                                 (415) 268-7000
                                                    *Telephone number*

                                                 (415) 268-7522
                                                    *FAX number*

American LegalNet, Inc.
www.Forms*Workflow*.com

Dockets.Justia.com