AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated,
*Plaintiff*

v.

APPLE INC., and DOES 1 THROUGH 50, inclusive
*Defendant*

Case No. C 09-01911 JW

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: July 16, 2009

/s/ Andrew D. Muhlbach
*Attorney's signature*

Andrew D. Muhlbach 175694
*Printed name and bar number*

MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105
*Address*

AMuhlbach@mofo.com
*E-mail address*

(415) 268-7000
*Telephone number*

(415) 268-7522
*FAX number*

American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com