1 PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
2 ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
3 ANNE M. HUNTER (CA SBN 221455)
(AHunter@mofo.com)
4 ALEXEI KLESTOFF
(AKlestoff@mofo.com)
5 MORRISON & FOERSTER LLP
425 Market Street
6 San Francisco, California 94105-2482
Telephone: 415.268.7000
7 Facsimile: 415.268.7522

8 Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., and, DOES 1 THROUGH 50, inclusive, <br><br> Defendants. | Case No.   C 09-01911 JW <br><br> **CERTIFICATE OF SERVICE** <br><br><br> Complaint filed:   May 1, 2009 |

CERTIFICATE OF SERVICE
CASE NO. C-09-01911 JW
sf-2714464

1

**CERTIFICATE OF SERVICE BY MAIL**
**(Fed. R. Civ. Proc. rule 5(b))**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**NOTICE OF APPEARANCE OF ANDREW D. MUHLBACH FOR APPLE INC.**

**NOTICE OF APPEARANCE OF ALEXEI KLESTOFF FOR APPLE INC.**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

**Steven A. Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 16th day of July, 2009.

|       Mia Gimenez       |        /s/         |
| :---------------------: | :----------------: |
|        (typed)          |    (signature)     |

I, Andrew D. Muhlbach, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, section X.B., I hereby attest that Mia Gimenez has read and approved this Certificate of Service and consents to its filing in this action.

By: /s/ Andrew D. Muhlbach
Andrew D. Muhlbach

CERTIFICATE OF SERVICE
CASE NO. C-09-01911 JW
sf-2714464

2