PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ANNE M. HUNTER (CA SBN 221455)
(AHunter@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**APPLE, INC., and, DOES 1 THROUGH 50, inclusive,**<br><br>**Defendants** | Case No. 09-cv-01911-JW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**LOCAL RULE 3-12** |

[PROPOSED] ORDER GRANTING MOTION TO RELATE CASES- CASE NO. C-09-CV-01911 JW

sf-2735661

An Administrative Motion to Consider Whether Cases Should be Related was submitted to this Court, the Honorable James Ware presiding. Having reviewed the Stipulation and all other papers and good cause appearing,

IT IS HEREBY ORDERED: *Tracey Hackwith, et al. v. Apple Inc.,* Northern District of California, San Jose, Case No. 09-cv-03862 RMW is RELATED to *Naotaka Kitagawa, et al. v. Apple Inc.,* Northern District of California, San Jose, Case No. 09-cv-01911 JW.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2006

_____
The Honorable James Ware
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA