1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  ANNE M. HUNTER (CA SBN 221455)
   (AHunter@mofo.com)
4  ALEXEI KLESTOFF
   (AKlestoff@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendant
   APPLE INC.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  NAOTAKA KITAGAWA, JR., TIMOTHY J.        Case No.   C 09-01911 JW
    BROAD and JESSE REISMAN, on behalf of
15  themselves and all others similarly situated,

16                        Plaintiffs,         **CERTIFICATE OF SERVICE**

17          v.

    APPLE, INC., and, DOES 1 THROUGH 50,
18  inclusive,

19                        Defendants.

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1

**CERTIFICATE OF SERVICE BY MAIL**
**(Fed. R. Civ. Proc. rule 5(b))**

2

3          I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 425 Market Street, San Francisco, California  94105-2482; I am not a party to the within cause;
4     I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice
for collection and processing of correspondence for mailing with the United States Postal Service
5     and know that in the ordinary course of Morrison & Foerster's business practice the document
described below will be deposited with the United States Postal Service on the same date that it is
6     placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

7          I further declare that on the date hereof I served a copy of:

8     **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES**
**SHOULD BE RELATED**

9     **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO**
**CONSIDER WHETHER CASES SHOULD BE RELATED**

10

11    on the following by placing a true copy thereof enclosed in a sealed envelope addressed as
follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco,
California  94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

12

13         **Steven A. Skalet**                          **Angela C. Agrusa**
           **Craig L. Briskin**                          **Anthony D. Sbardellati**
14         Mehri & Skalet, PLLC                          Liner Grode Stein Yankelevitz
           1250 Connecticut Avenue NW, Suite 300         Sunshine Regenstreif & Taylor
15         Washington, DC 20036                          1100 Glendon Avenue, 14th Floor
                                                         Los Angeles, CA 90024
16         *Counsel for Kitagawa, et al.*

17                                                       *Counsel for Hackwith, et al.*

18         **Byron T. Ball**                             **James P. Sutton**
           The Ball Law Firm LLP                        Sutton Kleinman PLLC
19         10866 Wilshire Blvd., Suite 1400             710 West 14th Street, Suite A
           Los Angeles, CA 90024                        Austin, TX 78701
20

21         *Counsel for Hackwith, et al.*               *Counsel for Hackwith, et al.*

22         **Keri Montrose**                            **Patrick McNicholas**
           **Michael J. Saltz**                         **Matthew S. McNicholas**
23         Jacobson Russell Saltz and Fingerman         10866 Wilshire Blvd., Suite 1400
           10866 Wilshire Blvd., Suite 1550             Los Angeles, CA 90024-4338
24         Los Angeles, CA 90024

25         *Counsel for Hackwith, et al.*               *Counsel for Hackwith, et al.*

26

27

28

1       I declare under penalty of perjury that the above is true and correct.

2       Executed at San Francisco, California, this 4th day of September, 2009.

3

4

5

6       _____        _____
                Tina M. Armaz                            /s/Tina M. Armaz
                  (typed)                                   (signature)

7

8

9

10      I, Andrew D. Muhlbach, am the ECF User whose ID and password are being used to file

11   this Certificate of Service.  In compliance with General Order 45, section X.B., I hereby attest

12   that Tina Armaz has read and approved this Certificate of Service and consents to its filing in this

13   action.

                                By: _____/s/ Andrew D. Muhlbach_____
14                                        Andrew D. Muhlbach

15

16

17

18

19

20

21

22

23

24

25

26

27

28