1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  ANNE M. HUNTER (CA SBN 221455)
   (AHunter@mofo.com)
4  ALEXEI KLESTOFF (CA SBN 224016)
   (AKlestoff@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  *Attorneys for Defendant*
   APPLE INC.
9
   HELEN I. ZELDES (CA SBN 220051)
10 (helenz@zhlaw.com)
   ALREEN HAEGGQUIST (CA SBN 221858)
11 (alreenh@zhlaw.com)
   ZELDES & HAEGGQUIST, LLP
12 625 Broadway, Suite 906
   San Diego, CA 92101
13 Telephone: 619/342-8000
   Facsimile: 619/342-7272
14
   Attorneys for *Plaintiffs* Naotaka Kitagawa, *et al*.
15
   [Additional counsel listed on signature page.]
16

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

19                              SAN JOSE DIVISION

20

| 21 | **NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated,** | Case No.   09-cv-01911-JW |
|---|---|---|
| 22 | | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 23 | **Plaintiffs,** | |
| 24 | v. | |
| 25 | **APPLE, INC., and, DOES 1 THROUGH 50, inclusive,** | The Honorable James Ware<br>Date: September 28, 2009 |
| 26 | **Defendants** | |

27
28

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  WHEREAS the Case Management Conference in this case is currently scheduled for
4  September 28, 2009, at 10:00 a.m.;
5  WHEREAS the parties' deadline for filing the Joint Case Management Conference
6  Statement is Friday, September 18, 2009;
7  WHEREAS a similar[1] action - *Tracey Hackwith, et al. v. Apple Inc.*, Northern District of
8  California, San Jose Division, Case No. 09-cv-03862 RMW ("*Hackwith*") - was filed on May 15,
9  2009, in the Central District of California and was transferred to the Northern District of
10  California on August 24, 2009;[2]
11  WHEREAS on September 4, 2009, Apple Inc. ("Apple") filed an administrative motion
12  ("Apple's Motion") to consider whether the *Hackwith* case should be related to this action
13  pursuant to Local Rule 3-12;
14  WHEREAS on September 10, 2009, the *Hackwith* plaintiffs filed a Notice of Non-
15  Opposition to Apple's Motion;[3]
16  WHEREAS Apple's Motion is pending; and
17  WHEREAS if the two cases are deemed related, it would serve the interests of judicial
18  economy if all parties in both cases participated in the Rule 26(f) meet and confer, contributed to
19  the Joint CMC statement, and attended the Case Management Conference;

---

[1] Apple does not by this Stipulation concede any of the factual allegations of the cases or that certification of the putative classes is proper under Federal Rules of Civil Procedure, Rule 23.

[2] Judge Fairbank of the Central District of California granted Apple's motion to transfer the *Hackwith* case to the Northern District of California on August 12, 2009; the case was transferred on August 24, 2009.

[3] Counsel for the *Hackwith* plaintiffs filed their Notice of Non-Opposition in the *Hackwith* docket.

1     NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order continuing the Case Management Conference in the *Kitagawa* matter, currently scheduled for September 28, 2009, until October 19, 2009 at 10:00 a.m.

Dated: September 18, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ANNE M. HUNTER
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By:   /s/ Andrew D. Muhlbach
       Andrew D. Muhlbach

Attorneys for Defendant
APPLE INC.

Dated: September 18, 2009

ZELDES & HAEGGQUIST, LLP

By:   /s/ Helen I. Zeldes
       Helen I. Zeldes

Attorneys for Plaintiffs

STEVEN A. SKALET (*admitted pro hac vice*)
CRAIG L. BRISKIN (*admitted pro hac vice*)
MEHRI & SKALET, PLLC

Attorneys for Plaintiffs

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: September 18, 2009

MORRISON & FOERSTER LLP

By:   /s/ Andrew D. Muhlbach
       Andrew D. Muhlbach

Attorneys for Defendant
APPLE INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____    _____
                                 Hon. James Ware
                                 United States District Judge