| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
| | (PPrevolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) |
| | (AMuhlbach@mofo.com) |
| 3 | ANNE M. HUNTER (CA SBN 221455) |
| | (AHunter@mofo.com) |
| 4 | ALEXEI KLESTOFF |
| | (AKlestoff@mofo.com) |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated, | Case No.   C 09-01911 JW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| APPLE, INC., and, DOES 1 THROUGH 50, inclusive, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. C-09-01911 JW
sf-2736053

1

**CERTIFICATE OF SERVICE BY MAIL**
**(Fed. R. Civ. Proc. rule 5(b))**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

**Steven A. Skalet**
**Craig L. Briskin**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

*Counsel for Kitagawa, et al.*

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 18th day of September, 2009.

|  Tina M. Armaz  |  /s/Tina M. Armaz  |
| :---: | :---: |
| (typed) | (signature) |

I, Andrew D. Muhlbach, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, section X.B., I hereby attest that Tina Armaz has read and approved this Certificate of Service and consents to its filing in this action.

By:   /s/ Andrew D. Muhlbach
        Andrew D. Muhlbach

CERTIFICATE OF SERVICE
CASE NO. C-09-01911 JW
sf-2736053

2