United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kitagawa, Jr, et al., | NO. C 09-01911 JW |
| | NO. C 09-03862 RMW |
| Hackwith, et al., | **ORDER RELATING CASES;** |
| Plaintiffs, | **CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Apple, Inc., | |
| Defendant. | |

Presently before the Court is Defendant's Administrative Motion to Consider Whether Cases Should Be Related. (Docket Item No. 18.) The Court GRANTS Defendant's Motion.[1] Accordingly, the Court ORDERS that the following cases are related within the meaning of Civil Local Rule 3-12(a):

Kitagawa v. Apple Inc.     Case No. C 09-01911 JW

Hackwith v. Apple Inc.     Case No. C 09-03862 RMW

The Kitagawa case scheduled for a Case Management Conference on September 28, 2009. The parties submitted a Stipulated Request to Continue Case Management Conference. (See Docket

---

[1] The Court notes that the Hackwith Plaintiffs filed a Notice of Non-Opposition to Apple Inc.'s Administrative Motion to Consider Whether Cases Should Be Related. (Hackwith Docket Item No. 29.) In the Notice, the Hackwith Plaintiffs requested to participate in the September 28, 2009 Case Management Conference with the Kitagawa parties. (Id. at 1.)

Item No. 21.) Upon review of the parties' submission, and in light of this Order relating the cases, the Court finds good cause to continue the Case Management Conference at this time.

Accordingly, the Court continues the September 28, 2009 Case Management Conference to **October 19, 2009 at 10 a.m.** as to both cases. On or before **October 9, 2009**, the parties, including the Hackwith Plaintiffs, shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' proposed schedule on how the case should proceed and a good faith discovery plan with a proposed date for the close of all discovery.

Dated: September 24, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexei Klestoff aklestoff@mofo.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew David Muhlbach amuhlbach@mofo.com
Craig L. Briskin cbriskin@findjustice.com
Heather A. Moser hmoser@mofo.com
Helen I. Zeldes helenz@zhlaw.com
Penelope Athene Preovolos ppreovolos@mofo.com

Dated: September 24, 2009              Richard W. Wieking, Clerk

                                       By:     /s/ JW Chambers
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**