1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CAROLYN JEWEL, TASH HEPTING,        No C 08-4373 VRW
     GREGORY HICKS, ERIK KNUTZEN, and
11   JOICE WALTON,                       ORDER

12             Plaintiffs,

13   v

14   NATIONAL SECURITY AGENCY, et al,

15

16             Defendants.

17   _____/

18

19        All Government defendants sued in their individual

20   capacity herein (George W Bush, Richard B Cheney, David S

21   Addington, Keith B Alexander, Michael V Hayden, John D McConnell,

22   John D Negroponte, Michael B Mukasey, Alberto R Gonzales, and John

23   D Ashcroft) have moved the court for an order that they not be

24   required to answer or otherwise respond to plaintiffs' complaint

25   until "after there is a determination that plaintiffs have standing

26   to proceed in this action."  Doc #22 at 1.  Plaintiffs oppose the

27   motion, asserting that it is no more than a stay request that does

28   not meet the standards for a stay.  Doc #23.

United States District Court
For the Northern District of California

1    The court believes that the open-ended stay the

2 individual defendants have requested is unwarranted at this time.

3 Accordingly, the request is DENIED without prejudice.  The

4 individual defendants shall have until June 25, 2009 within which

5 to answer or otherwise respond to the complaint.

6

7    IT IS SO ORDERED.

8

9    _____

10   VAUGHN R WALKER
     United States District Chief Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28