| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPrevolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com) |
| 3 | ANNE M. HUNTER (CA SBN 221455)<br>(AHunter@mofo.com) |
| 4 | ALEXEI KLESTOFF<br>(AKlestoff@mofo.com) |
| 5 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 6 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>APPLE, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.  C 09-01911 JW<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE BY MAIL
### (Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

## ADR CERTIFICATION BY PARTIES AND COUNSEL

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

**Steven A. Skalet**
**Craig L. Briskin**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036

*Counsel for Kitagawa, et al.*

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 9th day of October, 2009.

| Tina M. Armaz | /s/Tina M. Armaz |
|---|---|
| (typed) | (signature) |

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, section X.B., I hereby attest that Tina Armaz has read and approved this Certificate of Service and consents to its filing in this action.

By:  /s/ Penelope A. Preovolos
Penelope A. Preovolos