ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
Fax: 619/342-7272
Email: helenz@zhlaw.com
alreenh@zhlaw.com

-and-

MEHRI & SKALET, PLLC
STEVEN A. SKALET (*admitted pro hac vice*)
CRAIG L. BRISKIN (*admitted pro hac vice*)
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone: 202/822-5100
Fax: 202/822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. C 09-01911 JW<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Zeldes & Haeggquist, LLP, whose address is 625 Broadway, Suite 906, San Diego, California 92101; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Zeldes & Haeggquist's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Zeldes & Haeggquist's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Zeldes & Haeggquist, with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**JOINT RULE 26(f) REPORT, CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, California 92101, in accordance with Zeldes & Haeggquist's ordinary business practices:

**Steven A. Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036
***Counsel for Kitagawa, et al.***

I declare under penalty of perjury that the above is true and correct.
Executed at San Diego, California, this 9th day of October, 2009.

Aaron M. Olsen                             /s/Aaron M. Olsen
(typed)                                    (signature)

I, Helen I. Zeldes, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, section X.B., I hereby attest that Aaron M. Olsen has read and approved this Certificate of Service and consents to its filing in this action.

Date: October 9, 2009

/s/ Helen I. Zeldes
HELEN I. ZELDES

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE