JAMES R. WHITMAN (D.C. Bar No. 987694)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044-7146
Tel: (202) 616-4169
Fax: (202) 616-4314
james.whitman@usdoj.gov

*Attorney for George W. Bush, Richard B. Cheney,
David S. Addington, Keith B. Alexander,
Michael V. Hayden, John D. McConnell,
John D. Negroponte, Michael B. Mukasey,
Alberto R. Gonzales, and John D. Ashcroft,
in their individual capacity.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN JEWEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, et al., <br><br> Defendants. | **No. 08-4373 VRW** <br><br> **[PROPOSED] ORDER: GRANTING INDIVIDUAL CAPACITY DEFENDANTS' MOTION FOR RELIEF FROM THE COURT'S ORDERS OF APRIL 27, 2009, AND MAY 8, 2009** |

*Jewel v. NSA*, No. 08-4373 VRW, Order: Granting Individual Capacity Defendants'
Motion for Relief from the Court's Orders of April 27, 2009, and May 8, 2009

**[PROPOSED] ORDER**

Having considered the individual capacity defendants' "Motion for Relief from the Court's Orders of April 27, 2009, and May 8, 2009," and good cause having been shown, it is hereby ORDERED that:

The individual capacity defendants' "Motion for Relief from the Court's Orders of April 27, 2009, and May 8, 2009," is GRANTED; and that

The individual capacity defendants shall not be required to answer or otherwise respond to plaintiffs' complaint by July 15, 2009; and that

The individual capacity defendants shall not be required to answer or otherwise respond to plaintiffs' complaint until there is a final resolution of whether information subject to the state secrets and related statutory privileges is necessary to litigate plaintiffs' claims.

_____    _____

Chief Judge Vaughn R. Walker               Date
United States District Court for the
Northern District of California