# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NAOTAKA KITIGAWA, JR. et al.,

    Plaintiff(s),

v.

APPLE, INC., and DOES 1 THROUGH 50, inclusive,

    Defendant(s).
_____/

Case No. C 09-01911 JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/09/2009

/s/ Jessie Reisman
[Party]

Dated: 10/09/2009

/s/ Helen I. Zeldes
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."