1  ZELDES & HAEGGQUIST, LLP
   HELEN I. ZELDES (220051)
2  ALREEN HAEGGQUIST (221858)
   625 Broadway, Suite 906
3  San Diego, CA  92101
   Telephone:  619/342-8000
4  Fax:  619/342-7272
   Email: helenz@zhlaw.com
5  alreenh@zhlaw.com

6  *Attorneys for the Kitagawa Plaintiffs*

7  [Additional counsel appear on next page]

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated, | Case No. C 09-01911 JW |
   
12 

13 | TRACEY HACKWITH, MAXX SCHOLTEN AND MICHAEL MARTIN, Individually and On Behalf of All Others Similarly Situated, | Case No. C 09-03862 JW |

14 

15 | Plaintiffs, | **DECLARATION OF HELEN I. ZELDES IN SUPPORT OF UNOPPOSED NOTICE OF MOTION AND MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPOINTMENT OF INTERIM CLASS COUNSEL** |

16     v.

17 APPLE, INC., and, DOES 1 THROUGH 50, inclusive,

18                    Defendants.

19 | Date:      November 23, 2009
    Time:      9:00 a.m.
    Courtroom: Hon. James Ware |

28  DECLARATION OF HELEN ZELDES IN SUPPORT OF MOTION APPOINTING INTERIM CLASS COUNSEL
    CASE NO. 09-01911 JW                                                                                    1
    CASE NO. 09-03862 JW

1  MEHRI & SKALET, PLLC
   STEVEN A. SKALET (*admitted pro hac vice*)
2  CRAIG L. BRISKIN (*admitted pro hac vice*)
   1250 Connecticut Ave. NW, Suite 300
3  Washington, DC 20036
   Telephone: 202/822-5100
4  Fax: 202/822-4997

5  - Attorneys for the *Kitagawa* Plaintiffs -

6        - and -

7  ANGELA C. AGRUSA (CA SBN 131337)
   ANTHONY D. SBARDELLATI (CA SBN 246431)
8  LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR
   1100 Glendon Avenue 14th Floor
9  Los Angeles, CA 90024
   Telephone: 310.500.3500
10 Facsimile: 310.500.3501

11 PATRICK MCNICHOLAS (CA SBN 125868)
   MCNICHOLAS & MCNICHOLAS LLP
12 10866 Wilshire Boulevard Suite 1400
   Los Angeles, CA 90024-4338
13 Telephone: (310) 474-1582
   Facsimile: (310) 475-7871
14
   - Attorneys for the *Hackwith* Plaintiffs –
15

28 DECLARATION OF HELEN ZELDES IN SUPPORT OF MOTION APPOINTING INTERIM CLASS COUNSEL
   CASE NO. 09-01911 JW
   CASE NO. 09-03862 JW

2

I, HELEN I. ZELDES, declare:

1. I am a partner in the firm of Zeldes & Haeggquist, LLP, one of Plaintiffs' Counsel in this litigation. I am responsible for the daily management and prosecution of this litigation. I have personal knowledge of the matters set forth herein based on my day-to-day involvement with this litigation.

2. I submit this declaration in support of Plaintiffs' Motion for Appointment of Interim Class Counsel.

3. Attached hereto are true and correct copies of the following exhibits:

  Exhibit 1:  Zeldes & Haeggquist, LLP, Firm Resume.

  Exhibit 2:  Mehri & Skalet, PLLC, Firm Resume.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of October, 2009, at San Diego, California.

Dated: October 19, 2009    ZELDES & HAEGGQUIST, LLP
             HELEN I. ZELDES
             ALREEN HAEGGQUIST


             By: /s/Helen I. Zeldes
                Helen I. Zeldes

             625 Broadway, Suite 906
             San Diego, CA 92101
             Telephone: 619/342-8000
             Fax: 619/342-7272

             Attorneys for the *Kitagawa* Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF HELEN ZELDES IN SUPPORT OF MOTION APPOINTING INTERIM CLASS COUNSEL
CASE NO. 09-01911 JW
CASE NO. 09-03862 JW

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and Service List.

/s/ HELEN I. ZELDES
HELEN I. ZELDES

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/342-8000
Fax: 619/342-7272

## Mailing Information for a Case No. 5:09-cv-01911-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case**:**

Alexei Klestoff     aklestoff@mofo.com, mgimenez@mofo.com

Alreen Haeggquist     alreenh@zhlaw.com, judyj@zhlaw.com

Andrew David Muhlbach     amuhlbach@mofo.com, mgimenez@mofo.com

Craig L. Briskin     cbriskin@findjustice.com, Pleadings@findjustice.com

Heather A. Moser     hmoser@mofo.com, cpeplinski@mofo.com

Helen I. Zeldes     helenz@zhlaw.com

Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Steven A Skalet
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036

## Mailing Information for a Case NO. 5:09-cv-03862-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case**:**

Alexei Klestoff     aklestoff@mofo.com, mgimenez@mofo.com

Andrew David Muhlbach     amuhlbach@mofo.com, mgimenez@mofo.com

Angela C Agrusa     aagrusa@linerlaw.com

Anne Hunter     ahunter@mofo.com

Anthony David Sbardellati     asbardellati@linerlaw.com, vstapleton@linerlaw.com

Byron T Ball     btb@balllawllp.com

Heather A Moser     hmoser@mofo.com

James Patrick Sutton     psutton@suttonkleinman.com

DECLARATION OF HELEN ZELDES IN SUPPORT OF MOTION APPOINTING INTERIM CLASS COUNSEL
CASE NO. 09-01911 JW
CASE NO. 09-03862 JW

4

Keri Montrose     kmontrose@jrsfllp.com

Matthew S McNicholas     msm@mcnicholaslaw.com

Michael J Saltz     msaltz@jrsfllp.com

Patrick McNicholas     mel@mcnicholaslaw.com

Penelope A Preovolos     ppreovolos@mofo.com

Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

- No manual recipients

DECLARATION OF HELEN ZELDES IN SUPPORT OF MOTION APPOINTING INTERIM CLASS COUNSEL
CASE NO. 09-01911 JW
CASE NO. 09-03862 JW

5