UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated, | Case No. C 09-01911 JW |
| TRACEY HACKWITH, MAXX SCHOLTEN AND MICHAEL MARTIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., and, DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. C 09-03862 JW<br><br>[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL<br><br>The Honorable Judge James Ware |

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. C 09-01911 JW
Case No. C 09-03862 JW

1

An unopposed Motion for Appointment of Interim Class Counsel has been filed. On the basis of the material submitted to the Court, an in order to promote the just, expedition and cost-effective resolution of this litigation,

IT IS HEREBY ORDERED:

## I.   APPOINTMENT OF INTERIM CLASS COUNSEL

A.   Interim Class Counsel

The Counsel listed below are designated to act on behalf of plaintiffs in these actions and all subsequently filed actions:

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
Fax:  619/342-7272

MEHRI & SKALET, PLLC
STEVEN A. SKALET (*pro hac vice*)
CRAIG L. BRISKIN (*pro hac vice*)
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
Telephone:  202/822-5100
Fax:  202/822-4997

B.   Responsibilities of Interim Class Counsel:

1.   Interim Class Counsel are expected to maintain communications and promote harmonious dealings among all plaintiffs' counsel. In addition, Interim Class Counsel shall provide general supervision of the activities of plaintiffs' counsel.

2.   Interim Class Counsel shall also maintain lists of all plaintiffs' counsel and their respective addresses and will be responsible for receiving and distributing to all plaintiffs' counsel in the action all notices, orders and other communications from the Court. Interim Class Counsel shall keep complete files of all materials received and make those materials available for inspection at reasonable hours.

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. C 09-01911 JW
Case No. C 09-03862 JW

3. No pleadings or other papers shall be filed or tasks performed by plaintiffs without the advance approval of plaintiffs' Interim Class Counsel. No discovery shall be conducted by plaintiffs without the advance approval of plaintiffs' Interim Class Counsel. This is intended to prevent duplication of pleadings, discovery or tasks by plaintiffs' counsel. All pleadings or other papers filed with the Court on behalf of plaintiffs shall be filed through plaintiffs' Interim Class Counsel.

4. All plaintiffs' counsel shall submit to plaintiffs' Interim Class Counsel a record of time expended and expenses incurred in the manner, form and frequency directed by Interim Class Counsel.

## II. MISCELLANEOUS

A. Counsel for all parties are directed to cooperate with one another, wherever possible to promote the expeditious handling of pretrial proceedings in this action.

B. Except as otherwise agreed, defendant shall effect service of papers on plaintiffs by serving a copy of same on Zeldes & Haeggquist, LLP's San Diego office and on Mehri & Skalet's Washington, D.C. office and (1) in PDF format by electronic mail and U.S. Mail on the date such service is due, or (2) via overnight delivery one day prior to the date on which service is due. Defendant shall serve all other plaintiffs' counsel via U.S. Mail on the date such service is due. Plaintiffs shall effect service of papers on defendant by serving a copy of same on defendant (1) in PDF format by electronic mail and U.S. Mail on the date such service is due, or (2) via overnight delivery one day prior to the date on which service is due, and all other defense counsel via U.S. Mail on the date service is due.

C. All subsequent pretrial orders issued in this proceeding shall be numbered consecutively. Any reference to an order of this Court in any document filed with this Court shall include the proper number of the Order.

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. C 09-01911 JW
Case No. C 09-03862 JW

3

D. This Order may be amended by the Court on its own motion and any party may apply at any time to this Court for a modification or exception to this Order.

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2009, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and Service List.

/s/ HELEN I. ZELDES
HELEN I. ZELDES

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
Fax:  619/342-7272

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. C 09-01911 JW
Case No. C 09-03862 JW

5

## Mailing Information for a Case No. 5:09-cv-01911-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

Alexei Klestoff     aklestoff@mofo.com, mgimenez@mofo.com

Alreen Haeggquist     alreenh@zhlaw.com, judyj@zhlaw.com

Andrew David Muhlbach     amuhlbach@mofo.com, mgimenez@mofo.com

Craig L. Briskin     cbriskin@findjustice.com, Pleadings@findjustice.com

Heather A. Moser     hmoser@mofo.com, cpeplinski@mofo.com

Helen I. Zeldes     helenz@zhlaw.com

Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

Steven A Skalet
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW
Suite 300
Washington, DC 20036

## Mailing Information for a Case NO. 5:09-cv-03862-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

Alexei Klestoff     aklestoff@mofo.com, mgimenez@mofo.com

Andrew David Muhlbach     amuhlbach@mofo.com, mgimenez@mofo.com

Angela C Agrusa     aagrusa@linerlaw.com

Anne Hunter     ahunter@mofo.com

Anthony David Sbardellati     asbardellati@linerlaw.com, vstapleton@linerlaw.com

Byron T Ball     btb@balllawllp.com

Heather A Moser     hmoser@mofo.com

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. C 09-01911 JW
Case No. C 09-03862 JW

6

1  James Patrick Sutton     psutton@suttonkleinman.com

2  Keri Montrose     kmontrose@jrsfllp.com

3  Matthew S McNicholas     msm@mcnicholaslaw.com

4  Michael J Saltz     msaltz@jrsfllp.com

5  Patrick McNicholas     mel@mcnicholaslaw.com

6  Penelope A Preovolos     ppreovolos@mofo.com

7  Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

8  **Manual Notice List**

9  The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

- No manual recipients

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. C 09-01911 JW
Case No. C 09-03862 JW

7