UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAOTAKA KITIGAWA, JR. et al.,

              Plaintiff(s),

v.

APPLE, INC., and DOES 1 THROUGH 50, inclusive,

              Defendant(s).

Case No. C 09-091911 JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/20/2009

/s/ Naotaka Kitigawa
[Party]

Dated: 10/20/2009

/s/ Helen I. Zeldes
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

| | |
|---|---|
| 1 | ZELDES & HAEGGQUIST, LLP |
| | HELEN I. ZELDES (220051) |
| 2 | ALREEN HAEGGQUIST (221858) |
| | 625 Broadway, Suite 906 |
| 3 | San Diego, CA 92101 |
| | Telephone: 619/342-8000 |
| 4 | Fax: 619/342-7272 |
| | Email: helenz@zhlaw.com |
| 5 | alreenh@zhlaw.com |
| 6 | -and- |
| 7 | MEHRI & SKALET, PLLC |
| | STEVEN A. SKALET (*admitted pro hac vice*) |
| 8 | CRAIG L. BRISKIN (*admitted pro hac vice*) |
| | 1250 Connecticut Ave. NW, Suite 300 |
| 9 | Washington, DC 20036 |
| | Telephone: 202/822-5100 |
| 10 | Fax: 202/822-4997 |
| | sskalet@findjustice.com |
| 11 | cbriskin@findjustice.com |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NAOTAKA KITAGAWA, JR., TIMOTHY J. BROAD and JESSE REISMAN, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. C 09-01911 JW |
| Plaintiffs, | ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| APPLE, INC., and, DOES 1 THROUGH 50, inclusive, | ) ) ) | |
| Defendants. | ) ) ) ) | |

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Zeldes & Haeggquist, LLP, whose address is 625 Broadway, Suite 906, San Diego, California 92101; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Zeldes & Haeggquist's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Zeldes & Haeggquist's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Zeldes & Haeggquist, with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, California 92101, in accordance with Zeldes & Haeggquist's ordinary business practices:

**Steven A. Skalet**
Mehri & Skalet, PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036
*Counsel for Kitagawa, et al.*

I declare under penalty of perjury that the above is true and correct.
Executed at San Diego, California, this 20th day of October, 2009.

| Aaron M. Olsen | /s/Aaron M. Olsen |
|---|---|
| (typed) | (signature) |

I, Helen I. Zeldes, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, section X.B., I hereby attest that Aaron M. Olsen has read and approved this Certificate of Service and consents to its filing in this action.

Date: October 20, 2009

/s/ Helen I. Zeldes
HELEN I. ZELDES

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE