**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**DATE:** <u>11/14/05</u>

Case No. <u>05-00037</u>   JUDGE: <u>JAMES WARE</u>

<u>THOMAS WILLIAM SLATTERY</u>-v-<u>APPLE COMPUTER, INC.</u>
**Title**

| Present | Present |
|---|---|
| Attorneys Present | Present |

Deputy Clerk: <u>RONALD L. DAVIS</u>   COURT REPORTER: <u>not reported</u>

**PROCEEDINGS**

**CASE MANAGEMENT CONFERENCE**

**EXPERT DISCLOSURE:**                    **DISCOVERY CLOSE(ALL)**

**CASE CONTINUED TO:**                    **for FINAL P/T Conference**

**CASE CONTINUED TO:**                    **for Jury Trial**

**CASE CONTINUED TO:**                    **PRELIMINARY PRETRIAL CONFERENCE**

**CASE CONTINUED TO:**                    **for PRETRIAL MOTIONS**

**CASE CONTINUED TO:**                    **DISMISSAL CALENDAR**

**ORDER AFTER HEARING**

**Conference held. Plaintiff's Motion for Class Certification shall be filed no later than 03/06/06. Hearing on Plaintiff's Motion is set for 05/15/06 at 9:00 am. A Further Case Management Conference set for 04/17/06 at 10:00 am. Joint statements are due no later than 04/10/06.**

**( ) SUBMITTED      ( ) BRIEFS TO BE FILED**

**Briefing Schedule: Opening  Answer**

         **Reply  Deemed Submitted**