Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
arsand@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER GRANTING APPLE COMPUTER, INC.'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY ORDERED that defendant may file a motion for summary judgment at any time.

Dated: _____      _____
                                    Hon. James Ware