```
1  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
2  Adam R. Sand #217712
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104
4  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
5  ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
6  arsand@jonesday.com

7  Attorneys for Defendant
   APPLE COMPUTER, INC.
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated, | Case No. C 05 00037 JW |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER** |
| APPLE COMPUTER, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that plaintiff's deposition testimony shall not be filed under seal.

Dated: _____       _____
                                    Hon. James Ware

SFI-537967v1      C 05 00037 JW [PROPOSED] ORDER