UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No:     **09-01911**

Title:       **NAOTAKA KITAGAWA, JR., ET AL.** v. **APPLE INC.**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the referral of all discovery matters in this case to Judge Richard Seeborg is hereby withdrawn, and all discovery matters will hereafter be heard by Magistrate Judge Patricia V. Trumbull.

DATE: January 15, 2010          FOR THE EXECUTIVE COMMITTEE

                                *Richard W. Wieking*
                                        Clerk