Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel:    (310) 442-7755
Fax:    (310) 442-7756
E-mail: service@braunlawgroup.com

Roy A. Katriel *(Admitted Pro Hac Vice)*
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:    (202) 625-4342
Fax:    (202) 625-6774
E-mail: rak@katriellaw.com

Brian P. Murray
Eric J. Belfi *(Admitted Pro Hac Vice)*
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:    (212) 682-1818
Fax:    (212) 682-1892
Email:  ebelfi@murrayfrank.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC.<br><br>Defendant. | CASE NO.: C05-00037 JW<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE OF ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Kitagawa, Jr et al v. Apple, Inc.    Doc. 56

Dockets.Justia.com

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756
E-mail: service@braunlawgroup.com

Roy A. Katriel *(Admitted Pro Hac Vice)*
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 625-4342
Fax: (202) 625-6774
E-mail: rak@katriellaw.com

Brian P. Murray
Eric J. Belfi *(Admitted Pro Hac Vice)*
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel: (212) 682-1818
Fax: (212) 682-1892
Email: ebelfi@murrayfrank.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC.<br><br>Defendant. | CASE NO.: C05-00037 JW<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

*Received MAR 17 2006*

# [PROPOSED] ORDER

This matter came before the Court on plaintiff's Miscellaneous Administrative Request to file documents under seal. Specifically, plaintiff has filed with the Court a motion for leave to file a second amended complaint and an accompanying Declaration of Roy A. Katriel in support of that motion. The Katriel Declaration attaches as an exhibit copies of selected pages (pages 326-328) of the deposition transcript of plaintiff Thomas William Slattery taken in this action, which has been designated as "Confidential" by plaintiff's counsel and by the court reporter. Because the Katriel Declaration contains pages of the Confidential deposition transcript, and because plaintiff's Motion for Leave to File A Second Amended Complaint quotes directly from that transcript, plaintiff now seeks to file both the motion and the accompanying Katriel Declaration under seal pursuant to Civil Local Rule 79-5. In keeping with that Rule, plaintiff has filed with the Court "Redacted" versions of these filed documents, which redact the "Confidential" deposition transcript.

The Court is satisfied that the deposition transcript of Thomas William Slattery contains confidential and personally sensitive information that, if released to the general public, would unduly prejudice and damage plaintiff. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that: Plaintiff's Miscellaneous Administrative Request to File Documents Under Seal is HEREBY GRANTED; Plaintiff shall file the Motion for Leave to File A Second Amended Complaint and the accompanying Declaration of Roy A. Katriel in Support of Plaintiff's Motion For Leave to File A Second Amended Complaint under seal; the Clerk of the Court is directed to keep these filed documents under seal; Plaintiff shall file Redacted versions of the foregoing documents, and the Clerk shall make these Redacted versions available for viewing by the general public.

**IT IS SO ORDERED.**

Dated: 3-20, 2006

*James Ware*
Hon. James Ware
United States District Judge

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )ss.:
COUNTY OF LOS ANGELES    )

     I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On March 24, 2006, I served the document(s) described as **ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

     I served the above document(s) as follows:

__xx__   BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from facsimile machine telephone number (310) 442-7756 to the facsimile machine telephone number(s) on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

__xx__   BY MAIL. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

     I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

     Executed on March 24, 2006, at Los Angeles, California 90025.

__LEITZA MOLINAR__
Type or Print Name

**SERVICE LIST**

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel:    (202) 625-4342
Fax:    (202) 625-6774

Jacqueline Sailer, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel:    (212) 682-1818
Fax:    (212) 682-1892

**Attorneys for Plaintiff**

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA  94104
Tel:    (415) 626-3939
Fax:    (415) 875-5700

**Attorneys for Defendant**



**Braun Law Group, P.C.**

12400 WILSHIRE BLVD., STE. 920
LOS ANGELES, CA 90025
TEL: (310) 442-7755
FAX: (310) 442-7756

# FAX COVER SHEET

**FAX TRANSMITTED TO:** SEE ATTACHED SERVICE LIST

**FROM:** Leitza Molinar, Legal Assistant
**CLIENT/MATTER:** Slattery v. Apple Computer, Inc.
**DATE:** March 24, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Order Granting Plaintiff's Miscellaneous Administrative Request to File Documents under Seal. | 6 |
| | |
| | |
| | |

**COMMENTS:**

*This transmission and the attached documents are intended only for the use of the individual to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please notify us immediately by telephone so we may arrange to retrieve this transmission at no cost to you. Thank you.*

NOTICE RE SERVICE: Sender's use of facsimile for the transmission of the above document shall NOT be construed as constituting Sender's consent to service of court papers by facsimile transmission under Rule 2009(d) of the California Rules of Court.

* INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (310) 442-7755.

# SERVICE LIST

Roy A. Katriel, Esq.
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 625-4342
Fax: (202) 625-6774

Jacqueline Sailer, Esq.
Eric J. Belfi, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016-1101
Tel: (212) 682-1818
Fax: (212) 682-1892

**Attorneys for Plaintiff**

Robert A. Mittelstaedt, Esq.
Caroline N. Mitchell, Esq.
Adam R. Sand, Esq.
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700

**Attorneys for Defendant**

# BROADCAST REPORT

TIME    : 03/24/2006 09:36
NAME    : BRAUN LAW GROUP
FAX     : 3104427756
TEL     : 3104427755
SER.#   : BROB4J287798

| PAGE(S) | 05 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 03/24 | 09:32 | 912026256774 | 01:13 | 05 | OK | ECM |
| 03/24 | 09:34 | 912126821892 | 50 | 05 | OK | ECM |
| 03/24 | 09:35 | 914158755700 | 36 | 05 | OK | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVERPAGE
PC  : PC-FAX

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA ) |
|   | )ss.: |
| 3 | COUNTY OF LOS ANGELES ) |

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025.

On March 24, 2006, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**PROOF OF SERVICE OF ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Eric J. Belfi, Esq. | ebelfi@murrayfrank.com |
|  | rak@katriellaw.com |
| Roy A. Katriel, Esq. | |

**Attorneys for Plaintiff**

| | |
|---|---|
| Caroline N. Mitchell, Esq. | cnmitchell@jonesday.com |
|  | mlandsborough@jonesday.com |
|  | cyip@jonesday.com |
| Robert A. Mittelstaedt, Esq. | ramittelstaedt@jonesday.com |
|  | ybennett@jonesday.com |
|  | arsand@jonesday.com |
| Adam Richard Sand , Esq. | arsand@jonesday.com |

**Attorneys for Defendant**

On March 24, 2006, I served the document(s) described as:

**PROOF OF SERVICE OF ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

Jacqueline Sailer, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

**Attorneys for Plaintiff**

| | |
|---|---|
| 1 | I served the above document(s) as follows: |
| 2 | BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit. |

I further declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 24, 2006, at Los Angeles, California 90025.


                                                                                    s/ LEITZA MOLINAR
                                                                                        Leitza Molinar