UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-01911 JW<br><br>REVISED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that due to scheduling conflicts, the private mediation previously scheduled to be held on June 30, 2010 has been re-scheduled for August 31, 2010 with the Honorable Fern M. Smith of JAMS. Accordingly, the parties submit the following revised stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

✓ Private ADR (*please identify process and provider*) _Private Mediation with the Honorable Fern M. Smith of JAMS_____

sf-2855456

The parties agree to hold the ADR session by:

      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓    other requested deadline __**August 31, 2010**__

Dated: June 11, 2010

HELEN I. ZELDES
ALREEN HAEGGQUIST
ZELDES AND HAEGGQUIST, LLP

STEVEN A. SKALET
CRAIG L. BRISKIN
MEHRI & SKALET, PLLC

By:   /s/ Helen I. Zeldes
       Helen I. Zeldes
*Attorneys for Plaintiffs*

Dated: June 11, 2010

MORRISON & FOERSTER LLP

By:   /s/ Anne M. Hunter
       Anne M. Hunter
*Attorneys for Defendant* APPLE INC.

sf-2855456

> **When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."**

# [~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
-     Non-binding Arbitration
-     Early Neutral Evaluation (ENE)
-     Mediation
- ✓    Private ADR

Deadline for ADR session
-     90 days from the date of this order.
- ✓    other **August 31, 2010**

**IT IS SO ORDERED.**

Dated: June 22, 2010

_____
UNITED STATES DISTRICT JUDGE

sf-2855456