| | |
|---|---|
| 1 | HELEN I. ZELDES (SBN: 220051) |
| | ALREEN HAEGGQUIST (SBN: 221858) |
| 2 | ZELDES & HAEGGQUIST, LLP |
| | 625 Broadway, Suite 906 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 342-8000 |
| 4 | Fax: (619) 342-7272 |
| | helenz@zhlaw.com |
| 5 | alreenh@zhlaw.com |
| 6 | STEVEN A. SKALET (admitted pro hac vice) |
| | CRAIG L. BRISKIN (admitted pro hac vice) |
| 7 | MEHRI & SKALET, PLLC |
| | 1250 Connecticut Avenue., NW, Suite 300 |
| 8 | Washington, DC 20036 |
| | Telephone: (202) 822-5100 |
| 9 | Fax: (202) 822-4997 |
| | sskalet@findjustice.com |
| 10 | cbriskin@findjustice.com |

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware
8/25/2010

Attorneys for Plaintiffs
[Additional counsel appear on the next page and the signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-01911 JW |
| | ***CORRECTED* STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF THE CASE SCHEDULE** |

1    IT IS HEREBY STIPULATED by and between the Parties, pursuant to Local Civil Rule 6-2, for an extension of the Case Schedule as follows:

1. WHEREAS, The Court entered an Order dated December 16, 2009 [Docket No. 46], setting the following pre-trial schedule:

| | |
|---|---|
| **Motion for Class Certification** | **August 30, 2010** |
| **Hearing on Class Certification at 9 a.m.** | **October 4, 2010** |
| **Close of All Discovery (¶ 9)** | **December 6, 2010** |
| **Last Date for Hearing Dispositive Motions (¶ 10)** *(60 days after the Close of All Discovery)* | **February 7, 2011** |
| **Preliminary Pretrial Conference at 11 a.m. (¶ 12)** *(30 days before the Close of All Discovery)* | **November 8, 2010** |
| **Preliminary Pretrial Conference Statements (¶ 11)** *(Due 10 days before conference)* | **October 29, 2010** |

2. WHEREAS, the parties are currently engaged in mediation in an attempt to settle Plaintiffs' claims in this case;

3. WHEREAS, Plaintiffs' class certification motion is currently due on August 30, 2010;

4. WHEREAS, mediation is currently scheduled to proceed before (Ret.) Judge Fern Smith at JAMS San Francisco on August 31, 2010 (a day after Plaintiffs' class certification motion is currently due);

5. WHEREAS, the parties believe that the extension of the pre-trial schedule will facilitate mediation by allowing them to focus their activity on the resolution of this matter, and conserve the resources of the parties and the Court.

6. WHEREAS, this is the first extension the parties have requested to the pretrial schedule. Zeldes Decl. ¶ 2-4.

IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of record that:

1. Plaintiffs' deadline to bring their certification motion, and the pre-trial schedule, be amended as follows:

| Deadline to file Motion for Class Certification | January 10, 2011 |
|---|---|
| Hearing on Class Certification | March 7, 2011 at 9:00 AM |
| Close of All Discovery (¶ 9) | April 22, 2011 |
| Last Date for Hearing Dispositive Motions (¶ 10) *(60 days after the Close of All Discovery)* | June 20, 2011 |
| Preliminary Pretrial Conference at 11 a.m. (¶ 12) *(30 days before the Close of All Discovery)* | April 4, 2011 |
| Preliminary Pretrial Conference Statements (¶ 11) *(Due 10 days before conference)* | March 25, 2011 |

IT IS SO STIPULATED:

                                            Respectfully submitted,

Dated: August 23, 2010                ZELDES & HAEGGQUIST, LLP

                                            By: /s/ Helen I. Zeldes
                                                  Helen I. Zeldes

                                            STEVEN A. SKALET (*admitted pro hac vice*)
                                            CRAIG L. BRISKIN (*admitted pro hac vice*)
                                              MEHRI & SKALET, PLLC

                                            *Attorneys for Plaintiffs*


                                            MORRISON & FOERSTER LLP


                                            By: /s/ Andrew Muhlbach
                                                  Andrew Muhlbach

                                            *Attorneys for Defendant*

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**
3
4  Dated: August 25, 2010
5  _____
6  Judge James Ware
   United States District Court, ND California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and Service List.

/s/ HELEN I. ZELDES
HELEN I. ZELDES

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES
ALREEN HAEGGQUIST
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
Fax:  619/342-7272

# Mailing Information for a Case No. 5:09-cv-01911-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case**:**

**5:09-cv-01911-JW Notice has been electronically mailed to:**

Alexei Klestoff     aklestoff@mofo.com, mgimenez@mofo.com

Alreen Haeggquist     alreenh@zhlaw.com, judyj@zhlaw.com

Andrew David Muhlbach     amuhlbach@mofo.com, mgimenez@mofo.com

Angela Christine Agrusa , Esq     aagrusa@linerlaw.com, clouipineda@linerlaw.com, dswinson@linerlaw.com, NMOVAGHAR@linerlaw.com

Anne M. Hunter     AHunter@mofo.com, tarmaz@mofo.com

Craig L. Briskin     cbriskin@findjustice.com, Pleadings@findjustice.com

Heather A. Moser     hmoser@mofo.com, cpeplinski@mofo.com

Helen I. Zeldes     helenz@zhlaw.com

Keri Montrose     kmontrose@jrsfllp.com

Michael Jeffrey Saltz     msaltz@jrsfllp.com, semanuel@jrsfllp.com

Patrick McNicholas     mel@mcnicholaslaw.com

Penelope Athene Preovolos     ppreovolos@mofo.com, kfranklin@mofo.com

Steven A. Skalet     sskalet@findjustice.com, pleadings@findjustice.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

- No manual recipients