IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Magsafe Apple Power Adapter Litigation | NO. C 09-01911 JW<br><br>**ORDER CONTINUING HEARING** |
| / | |

     This case is scheduled for a hearing on the parties' Motion for Preliminary Approval of Settlement for July 11, 2011. To date, the parties have failed to file their Motion for Preliminary Approval in contravention of the Civil Local Rules.

     In light of the parties' failure to file their Motion, the Court CONTINUES the hearing until **September 12, 2011 at 9 a.m.** On or before **August 8, 2011**, the parties shall file their Motion for Preliminary Approval of Settlement in accordance with the Civil Local Rules.

     Further failure to comply with the Court's Order may result in dismissal for lack of prosecution. See Fed. R. Civ. P. 41(b).

Dated: July 5, 2011

                                                       JAMES WARE
                                                       United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexei Klestoff aklestoff@mofo.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew David Muhlbach amuhlbach@mofo.com
Angela Christine Agrusa aagrusa@linerlaw.com
Anne M. Hunter Ahunter@mofo.com
Craig L. Briskin cbriskin@findjustice.com
Heather A. Moser hmoser@mofo.com
Helen I. Zeldes helenz@zhlaw.com
Keri Montrose kmontrose@jrsfllp.com
Michael Jeffrey Saltz msaltz@jrsfllp.com
Patrick McNicholas mel@mcnicholaslaw.com
Penelope Athene Preovolos ppreovolos@mofo.com
Steven A. Skalet sskalet@findjustice.com

Dated: July 5, 2011                                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
      **Susan Imbriani**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California