1   Roy A. Katriel
    The Katriel Law Firm, P.C.
2   1101 30th Street, NW, Suite 500
    Washington, DC 20007
3   Phone: 202-625-4342
    Fax: 202-624-6774
4   rk618@aol.com

5   Attorneys for Plaintiffs
    THOMAS WILLIAM SLATTERY, et al.
6
    Robert A. Mittelstaedt #060359
7   Caroline N. Mitchell #143124
    Adam R. Sand #217712
8   JONES DAY
    555 California Street, 26th Floor
9   San Francisco, CA 94104
    Telephone:   (415) 626-3939
10  Facsimile:   (415) 875-5700
    ramittelstaedt@jonesday.com
11  cnmitchell@jonesday.com
    arsand@jonesday.com
12

13  Attorneys for Defendant
    APPLE COMPUTER, INC.
14
                    **UNITED STATES DISTRICT COURT**
15
                  **NORTHERN DISTRICT OF CALIFORNIA**
16
                        **SAN JOSE DIVISION**
17

18  **THOMAS WILLIAM SLATTERY,**          **Case No. C 05 00037 JW**
    **Individually, And On Behalf Of All**
19  **Others Similarly Situated,**         <u>**CLASS ACTION**</u>

20              **Plaintiff,**             **STIPULATION TO CONTINUE THE**
                                           **HEARING ON PLAINTIFFS' MOTION**
21          v.                             **FOR LEAVE TO FILE A SECOND**
                                           **AMENDED COMPLAINT**
22  **APPLE COMPUTER, INC.,**

23              **Defendant.**             **Date:**  June 30, 2006
                                           **Time:**  9:00 a.m.
24                                         **Judge:** Honorable James Ware
                                                      Courtroom 8, 4th Floor
25

26

27

28

Dockets.Justia.com

The parties hereby stipulate that the hearing on plaintiffs' motion for leave to file a second amended complaint, previously set for May 8, 2006 and moved by the Court to June 2, 2006, may be continued until June 30, 2006, at 9 a.m.

Dated: May 24, 2006

JONES DAY

By: /s/ _____
Robert A. Mittelstaedt

Counsel for Defendant
APPLE COMPUTER, INC.

Dated: May 24, 2006

THE KATRIEL LAW FIRM, P.C.

By: /s/ RAK by RAM by authorize
Roy A. Katriel

Counsel for Plaintiff
THOMAS WILLIAM SLATTERY

IT IS SO ORDERED:

_____
JUDGE JAMES WARE