1  Roy A. Katriel
   The Katriel Law Firm, P.C.
2  1101 30th Street, NW, Suite 500
   Washington, DC 20007
3  Phone: 202-625-4342
   Fax: 202-624-6774
4  rk618@aol.com

5  Attorneys for Plaintiffs
   THOMAS WILLIAM SLATTERY, et al.
6

7  Robert A. Mittelstaedt #060359
   Caroline N. Mitchell #143124
8  Adam R. Sand #217712
   JONES DAY
9  555 California Street, 26th Floor
   San Francisco, CA 94104
10 Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700
11 ramittelstaedt@jonesday.com
   cnmitchell@jonesday.com
12 arsand@jonesday.com

13 Attorneys for Defendant
   APPLE COMPUTER, INC.
14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS WILLIAM SLATTERY, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date: June 30, 2006<br>Time: 9:00 a.m.<br>Judge: Honorable James Ware<br>Courtroom 8, 4th Floor |

SFI-542207v1

STIP TO CON'T HRG ON PLNTFS' MOT. FOR LEAVE TO FILE 2ND AMEND COMP.; Case No. C 05 00037

1  The parties hereby stipulate that the hearing on plaintiffs' motion for leave to file a second
2  amended complaint, previously set for May 8, 2006 and moved by the Court to June 2, 2006, may
3  be continued until June 30, 2006, at 9 a.m.

Dated: May 24, 2006

JONES DAY

By: /s/ _____
Robert A. Mittelstaedt

Counsel for Defendant
APPLE COMPUTER, INC.

Dated: May 24, 2006

THE KATRIEL LAW FIRM, P.C.

By: /s/ RAK by RAM by authorize
Roy A. Katriel

Counsel for Plaintiff
THOMAS WILLIAM SLATTERY

IT IS SO ORDERED:   DATED: 5/26/06

/s/ JAMES WARE
JUDGE JAMES WARE