# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE POWER ADAPTER LITIGATION | Case No. C09-01911 JW <br><br> <u>CLASS ACTION</u> |

**EXHIBIT E**

**[PROPOSED] ORDER GRANTING CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS, APPROVAL OF FORMS AND METHODS OF NOTICE, AND PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE**

sf-2981011

1   WHEREAS, this Court has reviewed the Settlement Agreement and Release ("Agreement") entered into by and among defendant Apple Inc. ("Apple"), Naotaka Kitagawa, Timothy J. Broad, Jesse Reisman, Tracey Hackwith, and Michael Martin, as individuals and as "Class Representatives" (collectively the "Parties" in the above-referenced "Action"), together with all exhibits thereto, the record in this case, and the arguments of counsel;

WHEREAS, this Court preliminarily finds, for the purposes of settlement only, that the class alleged in the Action meets all the prerequisites of Federal Rules of Civil Procedure Rule 23 for class certification, including numerosity, commonality, typicality, ascertainability, predominance of common issues, superiority, and that the Class Representatives and Class Counsel are adequate representatives of the Settlement Class;

IT IS HEREBY ORDERED AS FOLLOWS:

1. All terms and definitions used herein have the same meanings as set forth in the Agreement.

2. The proposed settlement set forth in the Agreement is hereby preliminarily approved as being fair, reasonable and adequate such that notice thereof should be given to members of the Settlement Class (as defined in the following paragraph).

3. The Action is provisionally certified as a class action, for the purposes of settlement only, pursuant to Rule 23(b)(3), which class is defined as follows:

> All United States residents who (1) are the original owners of an Apple MacBook or MacBook Pro computer that shipped with a 60W or 85W MagSafe MPM-1 ("T") Power Adapter ("Subject Computers") and/or (2) purchased a standalone 60W or 85W MagSafe MPM-1 ("T") Power Adapter.  The Settlement Class includes original owners who received their Subject Computer(s) as a gift.  The Settlement Class excludes Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

4. Class Counsel and the Class Representatives are hereby found to be and are therefore appointed as adequate representatives of the Settlement Class:  Helen I. Zeldes of Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, CA 92101, and

1   Steven A. Skalet of Mehri & Skalet, PLLC, 1250 Connecticut Avenue NW, Suite 300,

2   Washington, DC 20036, are hereby appointed as Class Counsel, and Naotaka Kitagawa,

3   Timothy J. Broad, Jesse Reisman, Tracey Hackwith, and Michael Martin are hereby

4   appointed as Class Representatives.

5       5.   Certification of the Settlement Class shall be solely for settlement purposes

6   and without prejudice to the Parties in the event that the Agreement is not finally

7   approved by this Court or otherwise does not take effect.  Certification of the Settlement

8   Class shall be vacated and shall have no effect in the event that the Agreement is not

9   finally approved by this Court or otherwise does not take effect.

10      6.   The Notice of Pendency and Proposed Settlement of Class Action ("Class

11  Notice"); the Summary Notice of Settlement ("Summary Notice"); the Postcard Notice of

12  Settlement ("Postcard Notice"), and the Claim Form, Instructions, and Release ("Claim

13  Form"); which are attached to the Agreement as Exhibits A-D, respectively, are hereby

14  approved as to form.

15      7.   A copy of the Class Notice, together with the Claim Form, shall be posted

16  and available for download on a settlement website, www._____.com (the

17  "Settlement Website") and shall be mailed at no charge to Settlement Class Members

18  who call a toll-free number to be established at Apple's expense ("Toll-Free Number").

19  Apple shall use best efforts to include the term "adapter" in the domain name of the

20  settlement website.  This information shall remain available on the Internet until the last

21  day of the Claims Period.

22      8.   Apple shall send via email an electronic copy of the Summary Notice to each

23  Settlement Class Member for whom Apple has an email address in its warranty

24  registration database.

25      9.   Apple shall mail the Settlement Postcard to all Class Members for whom e-

26  mailed notice is returned as undeliverable.

27      10.  A copy of the Summary Notice shall be published by Apple once in *USA*

28  *Today*, a newspaper of national circulation, once in *Wired* magazine, and once on a

1  different date in *Macworld*. The notice shall not be less than 1/4 of a page in size. The
2  Summary Notice shall include the address of the Settlement Website and the Toll-Free
3  Number.

4      11.    The Court finds that the forms of notice to the Settlement Class regarding
5  the pendency of the Action and of this settlement and Class Counsel's fee and expense
6  application and application for incentive award set forth above, and the methods of
7  dissemination to members of the Settlement Class in accordance with the terms of this
8  Order, constitute the best notice practicable under the circumstances and constitute valid,
9  due, and sufficient notice to all members of the Settlement Class, complying fully with
10  the requirements of Rule 23(c)(2)(B) and the United States Constitution.

11      12.    Any member of the Settlement Class who does not, in connection with the
12  settlement notices, file a valid and timely request for exclusion will be bound by the Final
13  Judgment dismissing the Action on the merits and with prejudice.

14      13.    A hearing (the "Final Hearing") shall be held by the Court on _____,
15  201_, at _____, to consider and determine whether the requirements for certification of
16  the Settlement Class have been met and whether the proposed settlement of the Action on
17  the terms set forth in the Agreement should be approved as fair, reasonable, adequate,
18  and in the best interests of the Settlement Class Members; whether Class Counsel's fee
19  and expense application and application for service award, included as part of the
20  settlement, should be approved; and whether the Final Judgment approving the settlement
21  and dismissing the Action on the merits and with prejudice against the Class
22  Representatives and all Settlement Class Members should be entered.

23      14.    The Final Hearing may, from time to time and without further notice to the
24  Settlement Class (except those who have filed timely and valid objections and requested
25  to speak at the fairness hearing), be continued or adjourned by Order of the Court.

26      15.    Any Settlement Class Member who seeks to be excluded from the
27  Settlement Class must send a request by first class mail, postmarked on or before
28  _____, 201_, to _____.

1     16.   Objections by any Settlement Class Member to: (A) the certification of the
2 Settlement Class and the proposed settlement contained in the Agreement and described
3 in the Class Notice and Summary Notice; (B) the payment of fees and expenses to Class
4 Counsel or service awards to Plaintiff; and/or (C) entry of the Final Judgment, shall be
5 heard and any papers submitted in support of said objections shall be considered by the
6 Court at the Final Hearing only if, on or before _____, 201_, such objector files
7 with the Court a notice of his, her or its objections, submits documentary proof that he,
8 she or it is a member of the Settlement Class, states the basis for such objections, and
9 serves copies of the foregoing and all other papers in support of such objections on
10 counsel for the Parties identified in the Class Notice. In order to be considered for
11 hearing, all objections must be actually received by the counsel identified in the Class
12 Notice on or before _____, 201_.
13     17.   No later than _____, 2011, the Parties shall file all papers in
14 support of the application for final approval of the settlement, the application for payment
15 of attorneys' fees and expenses, and/or any papers in response to any valid and timely
16 objections with the Court, and shall serve copies of such papers upon each other and upon
17 any objectors who have complied with the provisions of paragraph 16 of this Order.
18     18.   Settlement Class Members who wish to claim a cash payment and whose
19 Adapter showed signs of Strain Relief Damage prior to the Notice Date must mail their
20 Claim Form and supporting documentation postmarked within 120 days from the Notice
21 Date. Settlement Class Members whose Adapter shows signs of Strain Relief Damage
22 now or in the future may obtain a replacement under the Adapter Replacement Program
23 described in Section II.F. of the Agreement.
24 //
25 //
26 //
27 //
28 //

4

sf-2981011

1    19.   Counsel for the Parties are hereby authorized to utilize all reasonable

2 procedures in connection with the administration of the settlement which are not

3 materially inconsistent with either this Order or the terms of the Agreement.

4
5   Dated: _____, 2011         By:  Order of the U.S. District Court
                                                  for the Northern District of California
6
                                             _____
7                                            The Honorable James Ware
                                              DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28