PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-01911 JW<br>**NOTICE OF WITHDRAWAL**<br>Judge James Ware, Courtroom 8 |
|---|---|

NOTICE OF WITHDRAWAL
CASE NO. C 09-01911 JW
sf- 3033719

1  PLEASE TAKE NOTICE that Heather A. Moser of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105 hereby withdraws as counsel of record for defendant Apple Inc. All pleadings, orders, and other papers should continue to be served on Morrison & Foerster LLP. The Court and counsel for defendants are respectfully requested to remove Heather A. Moser from the service list for this action.

Dated: August 22, 2011

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEAHTER A. MOSER
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By:   _/s/ Heather A. Moser_____
        Heather A. Moser

*Attorneys for Defendant*
APPLE INC.

NOTICE OF WITHDRAWAL
CASE NO. C-09 01911 JW
sf-3033719

1