IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: MagSafe Apple Power Adapter Litigation | NO. C 09-01911 JW<br><br>**ORDER REQUESTING REVISED PROPOSED ORDER FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| / | |

Presently before the Court is Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. (hereafter, "Motion," Docket Item No. 70.) The Motion is currently set for hearing on September 12, 2011. In the Motion and supporting papers, the parties do not propose a date for the final fairness hearing or a settlement claim administrator.

Accordingly, on or before **September 8, 2011**, the parties shall filed a revised Proposed Order for Preliminary Approval of Class Action Settlement which shall include (1) a date for the Final Fairness hearing that is consistent with the Court's calendar and that will allow sufficient time for, *inter alia*, class members to exclude themselves from the settlement class or object to the settlement and any requested attorney fees; and (2) the name of the settlement administrator.

Dated: September 6, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexei Klestoff aklestoff@mofo.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew David Muhlbach amuhlbach@mofo.com
Angela Christine Agrusa aagrusa@linerlaw.com
Anne M. Hunter Ahunter@mofo.com
Craig L. Briskin cbriskin@findjustice.com
Helen I. Zeldes helenz@zhlaw.com
Keri Montrose kmontrose@jrsfllp.com
Michael Jeffrey Saltz msaltz@jrsfllp.com
Patrick McNicholas mel@mcnicholaslaw.com
Penelope Athene Preovolos ppreovolos@mofo.com
Steven A. Skalet sskalet@findjustice.com

**Dated: September 6, 2011**          **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**