IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: MagSafe Apple Power Adapter Litigation | NO. C 09-01911 JW<br><br>**ORDER REQUESTING REVISED PROPOSED ORDER FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| / | |

Presently before the Court is Plaintiffs' Proposed Order Granting Conditional Certification of a Settlement Class, Approval of Forms and Methods of Notice, and Preliminary Approval of Settlement Agreement and Release. (hereafter, "Proposed Order," Docket Item No. 73.) The Proposed Order relates to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, which is currently set for hearing on September 12, 2011. (Docket Item No. 70.) In the Proposed Order, the parties do not propose deadlines for the following events:

(1) Dissemination of Class Notice and the final "Notice Date," as defined in the parties' Stipulation of Settlement (Docket Item No. 70-1);

(2) Mailing requests for exclusion from the settlement class;

(3) Filing and serving objections to the settlement;

(4) Class Counsel's petition for award of attorney fees and reimbursement of expenses and request for incentive awards to the Class Representatives;

(5) Any Opposition to Class Counsel's petition for award of attorney fees and reimbursement of expenses and request for incentive awards to the Class Representatives;

(6) Any Reply in support of Class Counsel's petition for award of attorney fees and reimbursement of expenses and request for incentive awards to the Class Representatives;

(7) Filing all papers in support of the application for final approval of the settlement; and

(8) Class Counsel's response to any objections to the final settlement.

Accordingly, on or before **September 9, 2011**, the parties shall filed a revised Proposed Order for Preliminary Approval of Class Action Settlement which shall include proposed deadlines for each of the events listed above based on the Final Fairness hearing date of February 27, 2012.

Dated: September 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexei Klestoff aklestoff@mofo.com
Alreen Haeggquist alreenh@zhlaw.com
Andrew David Muhlbach amuhlbach@mofo.com
Angela Christine Agrusa aagrusa@linerlaw.com
Anne M. Hunter Ahunter@mofo.com
Craig L. Briskin cbriskin@findjustice.com
Helen I. Zeldes helenz@zhlaw.com
Keri Montrose kmontrose@jrsfllp.com
Michael Jeffrey Saltz msaltz@jrsfllp.com
Patrick McNicholas mel@mcnicholaslaw.com
Penelope Athene Preovolos ppreovolos@mofo.com
Steven A. Skalet sskalet@findjustice.com

**Dated:  September 9, 2011**                             **Richard W. Wieking, Clerk**

                                                          **By:     /s/ JW Chambers
                                                                 Susan Imbriani
                                                                 Courtroom Deputy**

**United States District Court**
For the Northern District of California