Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
tstrong@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOMTAI TROY CHAROENSAK and MARIANA ROSEN, Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 05 00037 JW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING ANTITRUST CLAIMS** |

SFI-554756v1

[PROPOSED] ORDER GRANTING
MOT. TO DISMISS
C-05-00037-JW

IT IS HEREBY ORDERED that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Counts I through V and VII from the Second Amended Complaint of Somtai Troy Charoensak and Mariana Rosen, filed August 28, 2006, are dismissed with prejudice and without leave to amend.

Dated: _____          _____
                                   Hon. James Ware