UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAROENSAK,<br><br>        Plaintiff(s),<br><br>  v.<br><br>APPLE COMPUTER, INC.,<br><br>        Defendant(s).<br>_____ / | No. C 05-00037 JW<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE before Judge James Ware previously noticed for OCTOBER 23RD, 2006 AT 10:00 AM, has been reset to **NOVEMBER 20, at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: October 12, 2006

FOR THE COURT,
Richard W. Wieking, Clerk

by:      /s/
    Elizabeth Garcia
    Courtroom Deputy