ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
helenz@zhlaw.com
alreenh@zhlaw.com

STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No.: 5:09-CV-01911-JW<br><br>COMPENDIUM OF DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS<br><br>Date: February 27, 2012<br>Time: 9:00 a.m.<br>Location: San Francisco Courthouse<br>Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Judge: Honorable James Ware |

ZELDES & HAEGGQUIST, LLP

1  This Compendium of Declarations in Support of Motion for Attorneys' Fees,
2  Reimbursement of Expenses and Incentive Awards contains:

| | |
|---|---|
| Exhibit A | Declaration of Helen I. Zeldes in Support of Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards |
| Exhibit B | Declaration of Steven A. Skalet in Support of Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards |
| Exhibit C | Declaration of Patrick McNicholas in Support of Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards |
| Exhibit D | Declaration of Angela C. Agrusa in Support of Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards |
| Exhibit E | Declaration of Michael Saltz in Support of Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards |

Dated: December 19, 2011

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
AARON M. OLSEN (259923)
ALREEN HAEGGQUIST (221858)
AMBER ECK (177882)


By:        s/Helen I Zeldes
           HELEN I. ZELDES

625 Broadway, Suite 906
San Diego, CA  92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
helenz@zhlaw.com
alreenh@zhlaw.com


STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
ANGELA C. AGRUSA (131337)
CAMILLA Y. CHAN (241674)
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501
aagrusa@linerlaw.com
cchan@linerlaw.com

COMPENDIUM OF EXHIBITS ISO MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS - Case No. 5:09-CV-01911-JW      1

| | |
|---|---|
| 1 | MCNICHOLAS & MCNICHOLAS LLP |
| 2 | PATRICK MCNICHOLAS (125868)<br>CATHRINE B. SCHMIDT (212827) |
| 3 | 10866 Wilshire Boulevard Suite 1400<br>Los Angeles, CA 90024-4338 |
| 4 | Telephone: (310) 474-1582<br>Facsimile: (310) 475-7871 |
| 5 | pmc@mcnicholaslaw.com<br>cbs@mcnicholaslaw.com |
| 6 | Attorneys for Plaintiffs |

ZELDES & HAEGGQUIST, LLP