# EXHIBIT D

| | |
|---|---|
| 1 | ZELDES & HAEGGQUIST, LLP |
| | HELEN I. ZELDES (220051) |
| 2 | ALREEN HAEGGQUIST (221858) |
| | AARON M. OLSEN (259923) |
| 3 | 625 Broadway, Suite 906 |
| | San Diego, CA 92101 |
| 4 | Telephone: (619) 342-8000 |
| | Facsimile: (619) 342-7878 |
| 5 | helenz@zhlaw.com |
| | alreenh@zhlaw.com |
| 6 | aarono@zhlaw.com |
| 7 | STEVEN A. SKALET (admitted *pro hac vice*) |
| | CRAIG L. BRISKIN (admitted *pro hac vice*) |
| 8 | MEHRI & SKALET, PLLC |
| | 1250 Connecticut Avenue., NW, Suite 300 |
| 9 | Washington, DC 20036 |
| | Telephone: (202) 822-5100 |
| 10 | Facsimile: (202) 822-4997 |
| | sskalet@findjustice.com |
| 11 | cbriskin@findjustice.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No.: 5:09-CV-01911-JW<br><br>DECLARATION OF ANGELA C. AGRUSA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS<br><br>Date: February 27, 2012<br>Time: 9:00 a.m.<br>Location: San Francisco Courthouse<br>Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Judge: Honorable James Ware |

I, Angela C. Agrusa, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California and admitted to this Court. I am a partner with the law firm of Liner Grode Stein Yankelevitz, Sunshine, Regenstreif & Taylor, LLP, one of Plaintiffs' counsel in the above-captioned matter (the "Litigation").

2. I have personal knowledge of the matters set forth in this declaration, and those specified to be on information or belief I believe to be true based upon my role in this case, and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards.

3. The tasks undertaken by my firm in this Litigation can be summarized as follows:

(a) Factual investigation/research relating to defects with the MagSafe power adapter, including witness interviews, and reviewing/analyzing Apple's warranty policies and the subsequent redesign of the MagSafe adapter;

(b) Conduct legal research on various potential theories of liability and the accompanying damages and other remedies relating to the MagSafe adapter;

(c) Draft and revise Complaint, Joint Rule 26 Report, Case Management Conference Statement, and other pretrial, Court-filed documents;

(d) Attend Case Management Conference(s) and other Court hearings;

(e) Participate in numerous strategy telephone calls and meetings with co-counsel regarding prosecution of class action;

(f) Draft (and participate in drafting) voluminous written discovery to Apple;

(g) Review and analyze Apple's written discovery responses and participate in meet-and-confer communications with Apple regarding discovery issues;

(h) Review and analyze Apple's document production, specifically the consumer complaints regarding the MagSafe adapter and prepare memoranda re: same;

(i) Review and analyze notices and rulings from Court;

(j) Handle expert witness discovery issues, including interview and retention of experts relating to, among other things, design defect(s) and damages; review the expert witness analyses' and reports;

(k) Draft and revise mediation brief and conduct related factual and legal research;

(l) Prepare for and attend multiple mediations relating to settlement of the action;

(m) Participate in strategy meetings regarding proposed settlement terms and administration of settlement; draft, analyze and revise settlement agreement and other settlement-related correspondence;

(n) Draft, review and revise Motion for Preliminary Approval of Settlement and attend Preliminary Approval hearing; and

(o) Attention to issues relating to Apple's compliance with the settlement terms, including notice requirements and website compliance.

4. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partners, attorneys and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

5. I expect my firm to spend an additional 30 hours, which have not been included in Exhibit 1, preparing for and attending the final approval hearing, addressing member opt-outs and objections, and consulting with the claims administrator and defense counsel to facilitate settlement administration.

6. The hourly rates for the partners, attorneys and professional staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other class litigation.

AGRUSA DECL ISO MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS - Case No. 5:09-CV-01911-JW    2

7. The total number of hours expended on this Litigation by my firm is 919.30 hours. The total lodestar for my firm is $409,053.00, consisting of $403,477.50 for attorneys' time and $5,575.50 for professional support staff time.

8. My firm's lodestar figures are based upon the firm's billing rates, which do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9. As detailed in Exhibit 2, my firm has incurred a total of $31,006.06 in unreimbursed expenses in connection with the prosecution of this Litigation.

10. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

11. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 19th day in December, 2011, in Los Angeles, California.

_____
ANGELA C. AGRUSA

EXHIBIT 1

# EXHIBIT 1

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

**LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR, LLP**

**TIME REPORT -- Inception through December 19, 2011**

| Name | Total Hrs. | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **Partners** | | | |
| Angela C. Agrusa | 368.20 | $600.00 | $220,920.00 |
| Stuart A. Liner | 24.10 | $600.00 | $ 14,460.00 |
| Kim Zeldin | 13.30 | $525.00 | $ 6,982.50 |
| | | | |
| **Attorneys** | | | |
| Nick S. Movaghar | 348.60 | $350.00 | $122,010.00 |
| Camilla Y. Chan | 54.10 | $290.00 | $ 15,689.00 |
| Anthony D. Sbardellati | 48.50 | $310.00 | $ 15,035.00 |
| Marie L. Kayal | 28.90 | $290.00 | $ 8,381.00 |
| | | | |
| | | | |
| **Professional Support Staff** | | | |
| Jana Moser | 17.80 | $150.00 | $ 2,670.00 |
| Cynthia Cervini | 11.90 | $195.00 | $ 2,320.50 |
| Michael Torres | 3.90 | $150.00 | $ 585.00 |
| | | | |
| | | | |
| **TOTAL LODESTAR** | **919.30** | | **$409,053.00** |

EXHIBIT 2

# EXHIBIT 2

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

**LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR, LLP**

**EXPENSE REPORT -- Inception through December 19, 2011**

| Categories | Amount |
|---|---|
| Photocopies/Reproduction | $ 1,270.80 |
| Postage | $      8.30 |
| Telephone | $ 2,172.03 |
| Messengers/Express Services | $   165.61 |
| Filing/Witness Fees | $ 1,436.44 |
| Lexis/Westlaw Research | $ 5,239.71 |
| Experts/Consultants | $16,000.00 |
| Meals, Hotels, Transportation & Travel Expenses | $ 4,651.17 |
| Secretarial Overtime/Word Processing | $     62.00 |
|  |  |
| **TOTAL EXPENSES:** | **$31,006.06** |

EXHIBIT 3

## About The Firm

Ranked one of Los Angeles' largest firms, Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP (Liner) is a dynamic law firm with a distinguished roster of talented attorneys who are leading the way in their respective fields of law. In fact, approximately half of our partners were recruited from "Am Law 100" firms. Our attorneys represent clients throughout the country and internationally via the Los Angeles and San Francisco offices.



Our solid reputation for success is due to the strong legal representation, personal service and integrity we deliver to clients. Our diverse client base includes institutional clients, as well as small businesses and individual entrepreneurs. A full-service firm, Liner offers broad expertise in intellectual property litigation, bankruptcy, real estate, business disputes, finance, white collar crime, products liability, environmental, insurance, corporate, and tax and estate planning.

Liner delivers the broad expertise of a large law firm combined with the personal responsiveness and attention traditionally associated with a small firm. Our commitment to client service is built on a foundation of personal attention — we develop a personal relationship with each client, rather than simply servicing the client's immediate need. We remain sensitive to our clients' objectives by staying current with changes in the law and markets that affect their business interests. In addition, our rate structure permits Liner the flexibility to meet clients' budgetary restraints.

Since two principals established the firm in 1996, Liner's exponential growth is testimony to our ability to attract and retain clients and to draw talented lawyers from leading law firms and prestigious law schools who are seeking an energetic environment in which to practice.

We are proud of recently being named one of the "Best Places to Work in Los Angeles" by the *Los Angeles Business Journal*. There were only three other law firms designated with this honor. Because of our culture, we have extraordinarily high client and attorney retention rates. A large percentage of Liner's practice comes from repeat business and satisfied client and lawyer referrals.

Our reputation for success depends upon our ability to provide clients with personalized, high quality legal services at reasonable rates. We are dedicated to the continued achievement of that goal.

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP

LA  1100 Glendon Avenue, 14th Floor  Los Angeles, CA 90024.3505  t.310.500.3500  f.310.500.3501
SF  199 Fremont Street, 20th Floor  San Francisco, CA 94105.2255  t.415.489.7700  f.415.489.7701
www.linerlaw.com

## OUR CORE PRACTICE AREAS

*Litigation*

The Litigation Practice Group accounts for more than half of the firm's practice. Our litigation attorneys successfully and economically represent clients in complex litigation in federal and state courts throughout the United States (including extensive jury and bench trial experience), in arbitration and alternative dispute resolution, and in proceedings before governmental agencies. Our attorneys are well versed in the fundamentals of intricate business practices and are comprised of attorneys with significant experience in the management of disputes involving diverse commercial and industrial operations. We place particular emphasis on business, real estate, employment, environmental and entertainment litigation.



*Corporate*

Liner's corporate lawyers provide counsel to and serve the transactional needs of a diverse clientele ranging from large public and private companies to start-up and emerging companies. Our attorneys provide strategic counsel with regard to commercial loans and other financings, corporate governance, capital structure, dispositions, executive compensation, joint ventures, licensing, mergers and acquisitions, private equity, public and private securities offerings, secured transactions, securities compliance, and takeovers and proxy contests.

*Bankruptcy & Creditors' Rights*

The Bankruptcy and Creditors' Rights Practice Group represents secured and unsecured creditors, debtors, licensors, landlords, investors, trustees, asset purchasers and sellers, and property owners and guarantors in all aspects of bankruptcy and financial disputes, structuring, restructuring and reorganization, and associated litigation. The bankruptcy and creditors' rights group has represented parties in a wide-range of multi-million dollar disputes, as well as advising companies regarding the structuring and funding of special purpose and bankruptcy-remote entities. The group is able to provide a full range of bankruptcy and related litigation services.

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF • TAYLOR
LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505  t.310.500.3500  f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255  t.415.489.7700  f.415.489.7701
www.linerlaw.com

*Business & Financial Crimes Defense*

The firm's lawyers have represented both individual and corporate clients in a wide variety of criminal matters including Medicare fraud, investment and securities violations, real estate and loan fraud, tax fraud, insurance fraud, clinical trial matters, defense contracting, environmental violations, savings and loan matters, campaign finance, money laundering, and diversion of pharmaceuticals. We assist clients in responding to Securities and Exchange Commission and grand jury subpoenas and have prepared clients to testify before the grand jury in regulatory proceedings and investigations that may lead to criminal charges.

*Class Action*

Our team of attorneys represent Fortune 500 companies and other clients in numerous class actions in a variety of industries, and currently act as lead counsel in high profile class actions pending nationwide. Our attorneys have advised clients at every phase of class action litigation, starting before the filing of suit through appeal. We are committed to defeating class certification at the earliest stages and minimizing both adverse publicity and monetary exposure.

*Entertainment & Media Litigation*

Liner's entertainment litigators are experienced in the entire spectrum of litigation claims that arise in the film, television, music and multimedia industries -- from disputes between artists and managers, to claims over ownership of rights in scripts, to breach of contract claims arising from the vertical integration of media entities. We have successfully represented individual and institutional clients engaged in a wide range of activities in the entertainment industry before state and federal courts and arbitration panels of the Writers Guild of America, the Screen Actors Guild, American Arbitration Association, AFMA (formerly known as the American Film Marketing Association), and the California Labor Commissioner.

*Financial Services Litigation*

Liner offers sophisticated representation in ERISA, securities, and commercial litigation to a broad range of clientele. We regularly represent financial services professionals, including insurance agents, securities brokers and broker-dealers, trustees, benefits consultants, investment advisors, pension plan administrators, third-party administrators, actuaries and accountants in benefits and fiduciary duty claims under ERISA, securities litigation, employment litigation, class actions, insurance, and regulatory investigations.

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3503  t.310.500.3500  f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255  t.415.489.7700  f.415.489.7701
www.linerlaw.com

*Intellectual Property Litigation*

The Intellectual Property Litigation Practice Group represents clients involved in the full range of IP disputes, including those concerning patents, trademarks, copyrights, trade secrets and licenses of IP rights. We are experienced in all aspects of IP litigation in federal and state courts, including pre-litigation investigation and counseling, obtaining and defending against preliminary injunctions, trial and appellate advocacy.

*Real Estate*

The Real Estate Group represents developers, investors, landlords, tenants, lenders and borrowers in all aspects of real estate acquisition, disposition, leasing, financing and development. Our real estate attorneys have negotiated and documented a wide range of multi-million dollar transactions.

*Products Liability, Mass Tort, Toxic Tort & Environmental Law*

This group includes an outstanding team of nationally-respected trial lawyers who are committed to ground-level investigative efforts and strict adherence to and application of evidentiary principles before and during trial. The group's principal practice involves the defense of the petroleum exploration, refining and chemical industries in civil and, where necessary, white collar criminal litigation and trials. The group also counsels clients in various regulatory arenas, including federal and California OSHA investigations and citation appeals, Proposition 65 inquiries and litigation, environmental/hazardous waste matters, and legislative lobbying efforts.

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com

## Representative Client List

- Aera Energy LLC
- Aetna Life Insurance Company
- AEW Capital Management, L.P.
- American Realty Advisors
- Anschutz Entertainment Group
- Arthur J. Gallagher & Co.
- Axium International, Inc.
- Bodega Latina Corporation
- Burger King Corporation
- California State Teachers' Retirement System
- Cardinal Health, Inc.
- CB Richard Ellis Investors, Inc.
- Cecchi Gori USA, Inc.
- Cedars Sinai Medical Center
- Charles Schwab & Co., Inc.
- Cheli (State Board of Administration Florida)
- Chiquita Brands International, Inc.
- CitiGroup Inc.
- City of Los Angeles
- Commonwealth Bank of Australia
- Comstock Crosser & Associates
- Constantin Film Development GmbH
- Corning Inc.
- Crest Animation Co.
- Custom Goods, LLC
- DIC Entertainment
- Dunn-Edwards Corporation
- E! Entertainment Television, Inc.
- Export Development Canada (Government of Canada)
- Exxon Mobil Corporation
- Giant Studios
- Gillette Company
- Global Icons LLC
- Golden Gate Petroleum
- Goldman Sachs
- Gussi, S.A.
- Hilton Hotels Worldwide
- Honeywell International, Inc.
- ING Clarion Partners
- Intermedia Film Distribution
- Investors Capital Corporation
- J.H. Snyder Group LLC
- Kivelstadt Group
- L.A. Center Studios
- L.A. Mart Properties
- Lehman Brothers Holdings, Inc.
- Lexington Design & Fabrication
- Lions Gate Entertainment
- Los Angeles Department of Water & Power
- Los Angeles World Airport
- Macerich Company
- Mared Industries, Inc.
- Marvel Entertainment, Inc.
- Merrill Lynch
- Morgan Stanley
- Nalco Company
- NAPICO
- Novellus Systems, Inc.
- Pandemic Studios
- Progressive Produce Company
- Raleigh Enterprises
- Real Time Integration
- Related Companies of California
- SDI Industries, Inc.
- Shea Business Properties
- Shoe Pavilion
- Simon Property Group, Inc.
- SKECHERS USA, Inc.
- State Street Bank & Trust Company


LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF • TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505  t.310.500.3500  f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255  t.415.489.7700  f.415.489.7701
www.linerlaw.com

- Sun America Securities
- Travelers Express
- Tree of Life, Inc.
- Trizec Realty, Inc.
- TUV America
- UBS Realty Insurance Investors, LLC
- Underwriters at Lloyds
- Unified Group
- Union Carbide Corp.
- Unisource Solutions
- Upper Deck Co.
- Voice Oeuvre, Inc.
- Wells Fargo Bank
- Witenberg Investment Companies
- Yahoo! Inc.

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR

LA  1100 Glendon Avenue, 14th Floor  Los Angeles, CA 90024.3505   t.310.500.3500  f.310.500.3501
SF  199 Fremont Street, 20th Floor  San Francisco, CA 94105.2255   t.415.489.7700  f.415.489.7701
www.linerlaw.com



### Angela C. Agrusa, Partner

Email: aagrusa@linerlaw.com
Direct Dial: 310.500.3591

**PRACTICE AREA(S)**

- Consumer Marketing
- Intellectual Property
- Complex Business Litigation
- Class Action

**EDUCATION**

- University of California at Los Angeles, (B.A., 1984)
- Loyola Law School (J.D., 1987)

**ADMISSIONS**

- The State Bar of California
- All California Federal District Courts
- Ninth Circuit Court of Appeals

**AWARDS**

- Since 2007, selected for inclusion in the Southern California "Top 100 Lawyers" and "Top 50 Woman Lawyers" lists by *Super Lawyers*

Consistently recognized by the publishers of Los Angeles Magazine as one of the Top 50 Women Attorneys in California, Angela Agrusa's practice includes litigation and trial work in the areas of trademark, false advertising, unfair competition, copyright, as well as other types of business disputes. Angela works with a diverse range of industries on intellectual property and business and advertising disputes involving consumer products and services, foods and beverages, fashion and retail, motion picture, television, and computer software and hardware, among others.

Court decisions, agency actions, and new and proposed laws and regulations arise every day affecting companies that produce and market consumer products. Angela has extensive experience with both making and defending against consumer and competitor challenges. She deals with consumer false labeling claims and competitor false advertising challenges in state and federal courts, as well as with matters that fall under the general purview of unfair or deceptive trade practices.

Angela joined Liner Grode Stein after spending 16 years at Baker & Hostetler LLP where she last served as Chair of the Litigation Department of that firm's California offices and as Chair of the Firmwide Complex Business Litigation Practice Team.

**NOTABLE CASES**

Angela's notable cases and accomplishments include:

ADVERTISING AND LABELING LITIGATION

- Following a nationwide search for lead trial counsel to represent clients in the highly publicized $50 million class actions alleging erroneous identification of fat and calorie content on packages of Pirate's Booty snacks, Angela successfully defeated class certification, just following the California Supreme Court's ruling in *Tobacco II*, which led to obtaining dismissal of the similar actions filed in state and federal courts around the country.

- Obtained the dismissal, on demurrer, of claims of false labeling of juice blend products filed against juice manufacturer clients. Successfully asserted that our clients complied with federal labeling standards and that a plaintiff cannot seek to impose juice labeling duties on a company that are "not imposed" by the federal regulatory scheme or that "differ from" the obligations of the federal statutes or regulations as expressly preempted by federal law.



LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505   t.310.500.3500  f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255  t.415.489.7700  f.415.489.7701
www.linerlaw.com

- Successfully settled a significant class action complaint brought on behalf of consumers against a large computer manufacturer arising from claims of design failure, failure to comply with express and statutory warranties and false advertising.

- Represent class of consumers against telecommunications companies and billing aggregators for the unlawful and illegal promotion, advertisement, sale and billing of nationwide telephone business services.

- Defend prominent internet search company in multiple actions across the United States arising from claims of unfair advertiser practices and billing policies.

- Represent organic trade association in a Federal Court constitutional challenge to a Department of Agriculture labeling rule.

- Successfully resolved litigation against retailers in actions brought on behalf of consumers arising from sales of toluene-containing products to minors, and the alleged improper labeling of seasonal products.

INTELLECTUAL PROPERTY LITIGATION

- Tried to defense verdict a trademark and copyright infringement and franchise termination action brought against client, famous surfwear maker.

- Successfully resolved action on behalf of home furnishing designer of highly stylized stemware in copyright infringement action arising out of competitor's sale of substantially similar products manufactured in China.

- Represented famous music artist in a trademark infringement dispute brought against famous surfwear company which ended in a favorable monetary settlement.

- Obtained dismissal of a trademark and trade dress infringement action brought against client, water slide manufacturer.

- Following summary adjudication, successfully resolved action alleging infringement, unfair business practices, and breach of fiduciary duty, against trademark holder of famous eyewear.

- Successfully resolved actions alleging infringement, unfair business practices, and breach of contract against prominent foreign watch maker.

- Successful representation of US and foreign distributors of high brand licensed apparel in trademark and copyright actions.


LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505 t.310.500.3500 f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255 t.415.489.7700 f.415.489.7701
www.linerlaw.com

- Represent software companies in copyright infringement actions arising in such fields as internet, environmental, medicine and dentistry and education.

- Represent book publisher in action for defamation brought by foreign businessman arising out of excerpts in book written by famous US politician.

- Represent publishers of Hispanic/Latino magazines in actions for defamation and violation of trade secrets, among other claims.

OTHER COMPLEX BUSINESS LITIGATION

- Successfully obtained the dismissal, and confirmation of same from the Court of Appeals, of a class action lawsuit with potential damages exceeding $100 million arising from claims of invasion of privacy brought by a potential class of California consumers.

- Represented a high-profile businessman and investment manager in five separate multi-party actions pending in various federal and state courts across the country arising from highly sensitive and defamatory claims that transcended the domestic convertible securities market and impacted major holding companies in Bermuda.

- On behalf of a class of emergency medical providers, obtained a writ of mandate against the California Department of Health Care Services for its failure to comply with California's Welfare and Institutions Code, the statute that governs physician reimbursement rates within the state under Medi-Cal.

- Obtained summary judgment in favor of the shareholder of a large manufacturer of breast implants in over 1000 California actions, against direct liability claims and corporate liability allegations, including piercing the corporate veil and alter-ego.

PROFESSIONAL ACTIVITIES

- Angela is an active member of INTA, the Association of Business Trial Lawyers and was recently inducted as a Fellow in the Litigation Counsel of America, Trial Lawyer Honorary Society.

PUBLICATIONS/SPEAKING ENGAGEMENTS

- Angela is also a legal commentator on topical legal matters and has been quoted in such publications and media as the New York Times, Washington Post, MSNBC, FoxNews and E! Entertainment.


LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR

LA 1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505  t.310.500.3500  f.310.500.3501
SF 199 Fremont Street, 20th Floor San Francisco, CA 94105.2255  t.415.489.7700  f.415.489.7701
www.linerlaw.com



# Nick S. Movaghar, Associate

Email: nmovaghar@linerlaw.com
Direct Dial: 310.500.3623

---

**Nick S. Movaghar** is an associate in the Business Litigation department of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, where he has represented plaintiffs and defendants in federal and state court in numerous areas including class action suits, environmental law, intellectual property, insurance coverage, partnership disputes and labor/employment law.

## NOTABLE CASES

- Represented and successfully defended Hilton Worldwide, Inc. in nationwide consumer class actions
- Represented Apartment Investment and Management Company, one of the nation's largest owners and operators of apartment communities, in a variety of real-estate, employment, and insurance coverage disputes.
- Defended large manufacturer of machine tools in a nationwide consumer class action and obtained a favorable settlement.
- Represented Union Carbide Corporation in product liability litigation.
- Successfully defended Los Angeles franchisee of Dollar Rent A Car in a variety of real-estate, employment and contractual disputes.
- Represented and obtained an injunction on behalf of Anschutz Entertainment Group, one of the leading sports and entertainment presenters in the world and the owner of the Staples Center, in a complex contractual dispute against one of the country's largest privately-held real estate firms.
- Represented JetDirect Aviation, Inc., an international aircraft charter and management firm, in an arbitration involving a failed corporate acquisition and wrongful termination claim brought by a senior member of the management.

## PROFESSIONAL ACTIVITIES

Member, Century City Bar Association

## PRACTICE AREA(S)

- Business Litigation
- Intellectual Property

## EDUCATION

- Loyola Law School
  (J.D., *Order of the Coif* and *Cum Laude*, 2004)
- Florida State University
  (B.S., 2000)

## ADMISSIONS

- The State Bar of California
- United States District Court for the Central and Eastern Districts of California

## AWARDS

- "Rising Star" on the Southern California *Super Lawyers* list (2009, 2010 & 2011)
- Los Angeles County Bar Association Commercial Law Student of the year award (2004)



LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF • TAYLOR LLP

LA  1100 Glendon Avenue, 14th Floor Los Angeles, CA 90024.3505   t.310.500.3500   f.310.500.3501
SF  199 Fremont Street, 20th Floor San Francisco, CA 94105.2255   t.415.489.7700   f.415.489.7701
www.linerlaw.com