**EXHIBIT E**

ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
helenz@zhlaw.com
alreenh@zhlaw.com
aarono@zhlaw.com

STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No.: 5:09-CV-01911-JW<br><br>DECLARATION OF MICHAEL SALTZ IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS<br><br>Date: February 27, 2012<br>Time: 9:00 a.m.<br>Location: San Francisco Courthouse<br>Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Judge: Honorable James Ware |

I, Michael Saltz, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California and admitted to this Court. I am a partner with the law firm of Jacobson, Russell, Saltz & Fingerman, one of Plaintiffs' counsel in the above-captioned matter (the "Litigation").

2. I have personal knowledge of the matters set forth in this declaration, and those specified to be on information or belief I believe to be true based upon my role in this case, and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards.

3. The tasks undertaken by my firm in this Litigation can be summarized as follows:

(a) Interview and obtain class Plaintiffs and maintain contact with Plaintiffs throughout the litigation;

(b) Factual investigation/research relating to defects with the MagSafe power adapter, including witness interviews, and reviewing/analyzing Apple's warranty policies and the subsequent redesign of the MagSafe adapter;

(c) Conduct legal research on various potential theories of liability and the accompanying damages and other remedies relating to the MagSafe adapter;

(d) Draft and revise Complaint, Joint Rule 26 Report, Case Management Conference Statement, and other pretrial, Court-filed documents;

(e) Participate in numerous strategy telephone calls and meetings with co-counsel regarding prosecution of class action;

(f) Draft (and participate in drafting) voluminous written discovery to Apple;

(g) Review and analyze Apple's written discovery responses and participate in meet-and-confer communications with Apple regarding discovery issues;

(h) Review and analyze Apple's document production, specifically the consumer complaints regarding the MagSafe adapter and prepare memoranda re: same;

(i) Review and analyze notices and rulings from Court;

(j) Handle expert witness discovery issues, including interview and retention of experts relating to, among other things, design defect(s) and damages; review the expert witness analyses' and reports;

(k) Draft and revise mediation brief and conduct related factual and legal research;

(l) Prepare for and attend multiple mediations relating to settlement of the action;

(m) Participate in strategy meetings regarding proposed settlement terms and administration of settlement; draft, analyze and revise settlement agreement and other settlement-related correspondence;

(n) Review and revise Motion for Preliminary Approval of Settlement and attend Preliminary Approval hearing; and

(o) Attention to issues relating to Apple's compliance with the settlement terms, including notice requirements and website compliance.

4. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partners, attorneys and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

5. I expect my firm to spend an additional 30 hours, which have not been included in Exhibit 1, preparing for and attending the final approval hearing, addressing member opt-outs and objections, and consulting with the claims administrator and defense counsel to facilitate settlement administration.

6. The hourly rates for the partners, attorneys and professional staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other class litigation.

7. The total number of hours expended on this Litigation by my firm is 697.50 hours. The total lodestar for my firm is $304,872.50, consisting of $297,072.50 for attorneys' time and $7,800.00 for professional support staff time.

8. My firm's lodestar figures are based upon the firm's billing rates, which do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9. As detailed in Exhibit 2, my firm has incurred a total of $3,554.47 in unreimbursed expenses in connection with the prosecution of this Litigation.

10. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

11. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 19th day in December, 2011, in Los Angeles, California.

_____
MICHAEL SALTZ

EXHIBIT "1"

# BILLING SUMMARY

| NAME | TITLE | RATE | HOURS | TOTAL |
|---|---|---|---|---|
| Michael J. Saltz | Partner | $525.00 | 441.5 | $231,787.50 |
| Keri R. Montrose | Senior Associate | $330.00 | 167 | $55,110.00 |
| Colby Petersen | Associate | $275.00 | 37 | $10,175.00 |
| Shayna Fisch | Legal Assistant | $150.00 | 52 | $7,800.00 |
| TOTALS | | | 697.50 | $304,872.50 |

EXHIBIT "2"

# COST SUMMARY/BREAKDOWN

| COST ITEM | AMOUNT |
|---|---:|
| Document printing and copying expenses | $730.00 |
| Lexis Nexis Legal Research Charges | $1,617.25 |
| Travel Expenses to and From San Francisco | $1,207.22 |
| TOTAL | $3,554.47 |

EXHIBIT "3"

## About JRSF

### FIRM PHILOSOPY

JRSF provides creative legal services tailored to each client. We work primarily in five areas: Entertainment; Business Litigation; Real Estate; Credit Reporting; General Counsel. Each matter is managed by a senior lawyer employing the highest standards of integrity, performance and accountability. We develop long term relationships with our clients which allow us to serve as trusted advisors.

### Entertainment

In the motion picture, television and music industries, JRSF's lawyers are currently handling the legal representation and negotiation of deals for various directors, writers, actors, musical artists, composers and producers/production companies including the following: (a) negotiation of employment agreements with major studios and networks for film/television directors, writers and actors; (b) negotiation of overall term deals for high level television writer/producer "show runners" as well as first-time creators of programming, both for scripted television at all the major networks and reality programming at the various cable outlets; (c) representation of producers/production companies in film and television, including distribution/acquisition agreements, as well as all aspects of production legal work related to the completion of production and/or distribution; (d) negotiation of recording, producer and manager agreements; (e) synch licenses for motion pictures, television and new media; and (f) licensing on behalf of manufacturers and licensees as well as name and likeness arrangements. Our clients in feature films and television range from the highest level deals in terms of fees, bonuses and first-dollar profit participations for Oscar-winning talent, down to small independent films for new talent requiring creative arrangements for film financing and the compensation of talent.

### Litigation

JRSF provides traditional litigation services in a stripped-down modern format. We go for the best, cost-effective result in the shortest possible time. Our lawyers have years of successful trial experience in the State and Federal courts as well as arbitration before the major tribunals. Unlike most litigators, we never assume a case is going to settle. Instead, we push relentlessly to gain pre-trial advantage using the full range of discovery and motion practice, thereby positioning the case for early resolution by judicial decision or forcing settlement on our terms. This ends up costing less as we focus on the core issues for case preparation and avoid wasteful, lawyer-driven brawls which do nothing to resolve the case. We strive to use mediation at the right time to short-cut the process. Our clients are kept in the loop at all times with the goal of avoiding surprises as to strengths, weaknesses and cost.

While we handle all areas of business disputes, we have particular expertise in a number of areas: Contract disputes; Entertainment industry disputes; LLC member disputes; Landlord/Tenant disputes - both commercial and residential; Real Estate disputes; Employee misconduct; Intellectual Property; Consumer Class Action cases.

### Real Estate

JRSF regularly handles real estate matters - both transactional and litigation - for commercial, industrial and residential real property owners, developers, associations, property managers, landlords and tenants. Examples of our transactional work include: the purchase and sale of residential, industrial and commercial properties; the leasing of residential, commercial or industrial properties; the forming or governance of a community association; the drafting or enforcement of CC&Rs. On the litigation side, the matters we have successfully handled include: commercial and residential landlord-tenant disputes; commercial and residential complex unlawful detainers; mobile home park disputes; broker and agent disputes; construction disputes; community association disputes; disputes over the purchase and sale of commercial, industrial or residential property.

JRSF's Michael Saltz is an authority on California real estate litigation, having authored real estate litigation practice guides and jury instruction commentary used by lawyers and judges statewide. Michael Saltz regularly provides lectures and publishes articles for several real estate-based organizations.

### Credit Reporting

JRSF is at the forefront in handling cases involving tenant-screening and credit bureau compliance issues. We have successfully participated in the formation and challenging of credit reporting legislation, through participation in drafting new laws, providing opinion letters, obtaining injunctions against the enforcement of prejudicial laws and filing amicus briefs in cases on appeal where the outcome affects our clients' interests.

### General Counsel

JRSF is honored to serve as outside general counsel to a variety of individuals and companies as well as the Republic of France. We are their "legal department" where all legal matters are sent for evaluation and direct handling or referral to other counsel and professionals as needed. The clients whom we serve in this capacity typically hire us to do so after we have represented them on a discrete matter in which they were impressed by our direct, disciplined and efficient methods of pursuing their goals. In so doing, we employ our local and world-wide network of personal contacts in the professional services.

HOME   ABOUT US   BIOS   ARTICLES   RESULTS   LINKS   CONTACT

COPYRIGHT © 2011 JRSF



### Michael J. Saltz

Michael J. Saltz is a name partner of the Los Angeles-based firm Jacobson, Russell, Saltz, & Fingerman LLP. He specializes in real estate as well as business litigation, real estate litigation, class actions, complex litigation, and Consumer Credit Reporting matters.

Mr. Saltz formerly worked in the Los Angeles County District Attorney's Office. He now works in the private sector in California in both the litigation and appellate arenas. He has had multiple opinions published on his cases out of the Second and Fourth District Courts of Appeal.

Since 1998, Mr. Saltz has lent his expertise to the Narcotic Enforcement Unit of the Los Angeles City Attorney's Office in a teaching capacity, giving advice on evicting convicted drug dealers and narcotic users from apartment buildings. He has also represented major real estate companies, including The Irvine Company and its various subsidiaries, as well as credit bureaus that service landlords, such as The U.D. Registry, Inc., First Advantage SafeRent, First American Registry, Inc. and the Apartment Owners Association.

Of late, Mr. Saltz' more high-profile cases include The U.D. Registry, Inc. v. State of California, wherein certain California statutes were declared unconstitutional, and a nationwide class action against the printer manufacturer EPSON (Reiff v. EPSON). Mr. Saltz and his litigation team successfully obtained a settlement providing a benefit worth approximately $900 million to nearly twenty (20) million consumers.

Mr. Saltz has been a delegate to the Association of Credit Bureaus as a member of its Political Action Committee, which was instrumental in the revisions to the Federal Fair Credit Reporting Act; he currently serves on the legislative committee for the National Association of Screening Agencies. He also sits on the Board of Gateways Hospital in Los Angeles, California and is himself both a commercial and residential landlord.

Mr. Saltz co-authored the Matthew Bender Practice Guide: California Landlord-Tenant Litigation, published by Lexis-Nexis, and also regularly lectures and publishes articles regarding landlord-tenant issues for various apartment associations and Lawyer.com.

In 2009, Mr. Saltz has also been named as a Super Lawyer Rising Star in June 2009, as picked by Los Angeles Magazine.

After graduating from the University of Arizona, Mr. Saltz received his Juris Doctor from the University of West Los Angeles. He is a member of the State Bar of California and is admitted to practice before the California Central District Court, as well as the Ninth Circuit Court of Appeals.



**Keri Montrose**

Keri Montrose is a member of the Firm's business litigation department. Prior to being admitted to the California Bar, Keri interned at the Federal Reserve Bank of San Francisco.

Keri graduated magna cum laude from California State University at San Bernardino, where she majored in Economics. She received her Juris Doctor from the UCLA School of Law, with a specialization in Corporate Law. Keri is a member of the State Bar of California and is admitted to practice before the United States District Court, Central District of California, as well as the Ninth Circuit Court of Appeals.

Keri is actively involved in supporting breast cancer awareness and volunteering for the Susan G. Komen Breast Cancer Foundation.

HOME   ABOUT US   BIOS   ARTICLES   RESULTS   LINKS   CONTACT

COPYRIGHT © 2011 JRSF