DANIEL GREENBERG (AR BAR 2007-193)
        Email: dngrnbrg@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS LLC**
**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR  72223
Voice: (501) 588-4245
*Pro hac vice* request pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>MAGSAFE APPLE POWER ADAPTER LITIGATION<br><br>Marie Gryphon<br>*Objector.* | Case No. C 09-01911 JW<br><br>**DECLARATION OF MARIE GRYPHON**<br><br>Judge:  Hon. James Ware<br>Date:   February 27, 2012<br>Time:   9:00 a.m.<br>Courtroom: 9<br><br>**CLASS ACTION** |

I, Marie Gryphon, under penalty of perjury, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.
2. My mailing address is 33 Hall Street, Apt. 1, Jamaica Plain, MA  02130. My phone number is (808) 772-0044.
3. On or about August 17, 2006, I purchased an Apple Macbook computer. On or about August 8, 2010, I purchased an Apple 60W Magsafe Adapter.
4. I am a United States resident.
5. I am not an officer, employee, or representative of Apple, Inc.
6. I am a member of the class in this class action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  Jan. 4, 2012, in  Jamaica Plain, MA , by  _Marie Gryphon_
               (date)            (place)             Marie Gryphon