United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Somtai Troy Charoensak & Mariana Rosen, | NO. C 05-00037 JW |
|     Plaintiffs, <br>   v. <br> Apple Computer, Inc., <br>     Defendant. | **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

On November 20, 2006, the Court conducted a Further Case Management Conference. Roy Katriel of the Katriel Law Firm appeared on behalf of the Plaintiffs, and Robert Mittelstaedt of Jones Day appeared on behalf of the Defendant. The Court hereby orders as follows:

**Class Certification**. Plaintiffs shall file and serve their motion for class certification by January 22, 2007. Defendant shall file and serve its opposition by March 12, 2007. Plaintiffs shall file and serve their reply by April 2, 2007. The Court will conduct a hearing on Plaintiffs' motion for class certification on **April 16, 2007 at 9 AM**.

**Further Case Management Conference.** The Court will conduct a Further Case Management Conference on **March 19, 2007 at 10 AM**, for the purpose of discussing what additional discovery, if any, should take place, prior to Plaintiffs filing their reply in support of their motion for class certification.

**Discovery**. The parties shall limit their discovery to class certification issues. This limitation shall be in effect until Defendant files its anticipated motion for summary judgment. If

Defendant files such motion, Plaintiffs may seek additional discovery. The parties are referred to Magistrate Trumbull for resolution of any discovery disputes.

It is further ordered that discovery in this case shall be coordinated with discovery in <u>Tucker v. Apple Computer, Inc.</u>, C 06-4457 JW. The parties shall notice depositions in both cases. Any depositions noticed in <u>Tucker</u> shall not count towards the deposition limit set by the Court for this action, and any depositions noticed in this action shall not count towards the deposition limit set by the Court in <u>Tucker</u>. Discovery produced in this action shall be made available and be usable to the Plaintiff's counsel in <u>Tucker</u> to the same extent as if it had been produced in that action, and discovery produced in <u>Tucker</u> shall be made available and usable to the Plaintiff's counsel in this action to the same extent as if it had been produced in this action.

Dated: November 21, 2006

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Brian P Murray bmurray@rabinlaw.com
Caroline N. Mitchell cnmitchell@jonesday.com
Jacqueline Sailer jsailer@murrayfrank.com
John J. Stoia jstoia@lerachlaw.com
Michael David Braun service@braunlawgroup.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Roy A. Katriel rak@katriellaw.com
Tracy Strong tstrong@jonesday.com

**Dated: November 21, 2006**                **Richard W. Wieking, Clerk**

                                            **By: /s/ JW Chambers**
                                            **Elizabeth Garcia**
                                            **Courtroom Deputy**