Robert A. Mittelstaedt #060359
Caroline N. Mitchell #143124
Tracy M. Strong #221540
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
ramittelstaedt@jonesday.com
cnmitchell@jonesday.com
arsand@jonesday.com

Attorneys for Defendant
APPLE COMPUTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SOMTAI TROY CHAROENSAK and MARIANA ROSEN, individually, and on behalf of all others similarly situated,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **APPLE COMPUTER, INC.,** <br><br> **Defendant.** | Case No. C 05 00037 JW <br><br> CLASS ACTION <br><br> **STATEMENT OF CHANGES IN AMENDED STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |

On December 11, 2006, the parties filed a proposed form of protective order regarding confidential information. On December 15, 2006, Magistrate Judge Patricia V. Trumbull ordered the parties to file a revised form of protective order making certain changes. The parties are filing concurrently herewith an Amended Stipulation and [Proposed] Protective Order Regarding Confidential Information which makes the changes ordered by the Court, as well as additional changes agreed to by the parties. The changes are as follows:

**Court-ordered changes:**

- Page 2, lines 20-23: adds language required by the Court regarding materials designated "Confidential – Attorneys Eyes Only."

1    - Page 3, lines 21-22: adds language required by the Court permitting disclosure to the parties of materials designated "Confidential."
- Page 6, line 10-11: substitutes "filed under seal" with court-ordered language.
- Page 8, lines 8-10: replaces paragraph 11(b) with court-ordered language.

**Changes agreed to by the parties:**

- Pages 4-5, paragraph 7(d)(1)-(5): replaces former paragraph 7(d) regarding procedure for disclosure of "Confidential" and "Confidential – Attorneys Eyes Only" discovery materials to consultants.
- Addition of Exhibit B.

Dated: December 20, 2006

/s/ Tracy M. Strong
Tracy M. Strong
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

Counsel for Defendant
APPLE COMPUTER, INC.