1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   Melanie Tucker, et al.,                    NO. C 06-04457 JW
                                                Related Case: C 05-0037 JW
11   Somtai Charoensak, et al.
                                                **ORDER TO SHOW CAUSE WHY CASES**
12              Plaintiffs,                      **SHOULD NOT BE CONSOLIDATED**

13        v.

14   Apple Computer, Inc.,

15              Defendant.
                                        /
16

17        Having reviewed the parties' joint case management statement in <u>Tucker v. Apple</u>, the Court

18   hereby orders the parties to show cause why this case should not be consolidated with related case

19   <u>Charoensak v. Apple Computer, Inc.</u>, No. C 05-0037 JW.  The parties in both cases shall file their

20   responses by **February 12, 2007**.  The Court will conduct a hearing on **Monday, March 5, 2007 at**

21   **9 a.m.**, followed by a case management conference at 10 a.m. with the parties in both cases.

22

23   Dated:  January 18, 2007                    _James Ware_____

24                                               JAMES WARE
                                                 United States District Judge
25
26
27
28

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Richard Sand arsand@JonesDay.com
Andrew S. Friedman afriedman@bffb.com
Bonny E. Sweeney bsweeney@lerachlaw.com
Christopher M. Burke chrisb@lerachlaw.com
John J. Stoia jstoia@lerachlaw.com
Robert A. Mittelstaedt ramittelstaedt@jonesday.com
Tracy Strong tstrong@jonesday.com

**Dated:  January 18, 2007**          **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**