ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
helenz@zhlaw.com
alreenh@zhlaw.com

STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No.: 5:09-CV-01911-JW<br><br>DECLARATION OF CRAIG L. BRISKIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES<br><br>Date: February 27, 2012<br>Time: 9:00 a.m.<br>Location: San Francisco Courthouse<br>Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Judge: Honorable James Ware |

I, Craig L. Briskin, declare as follows:

1. I am an attorney duly licensed to practice in the District Columbia, New York, and Massachusetts, and admitted to this Court *pro hac vice*. I am a partner with the law firm of Mehri & Skalet, PLLC, Counsel for Plaintiffs in the above-captioned matter (the "Litigation"), and have been appointed Class Counsel in this matter (Dkt. No. 82).

2. I have personal knowledge of the matters set forth in this declaration, and those specified to be on information or belief I believe to be true based upon my role in this case. If called as a witness, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Response to Objections to Motions for Final Approval of Settlement and for An Award of Attorneys' Fees and Reimbursement of Expenses.

4. Pursuant to the Settlement agreement, Apple is paying for all of the Class Notice and administration costs separate and apart from settlement benefits - an expense which Apple's counsel has informed us will likely total $1-2 million, based on the costs of direct mail notice to millions of class members.

5. Because of this extensively negotiated notice campaign, according to the claims administrators updates, the Settlement *already* has provided immediate relief to almost 20,000 consumers who have obtained free replacement adapters (a $79 value) since the Notice Program began just over two months ago.

6. With notice having already gone out to over 7 million class members, according to the claims administrator updates we have received, over 321,000 consumers have visited the settlement website, and 58,000 claim forms have been downloaded. Over 10,000 class members have submitted claims, without months still to go in the claims period.

7. Objector Morgan Barton does not set forth a serial number or other documentation to confirm that she has purchased a computer that falls within the Class, and does not state any injury that she sustained. She only states that she received a notice of the settlement, and attaches a copy. Apple has informed Plaintiffs' Counsel that Apple has no record of Ms. Barton's purchase.

8. Apple has informed us that it recently discovered that it sold some number of "T" adapters in 2010, with the last sales coming in May 2010. Our previous understanding was that Apple stopped selling these Adapters in 2009, which is why December 31, 2012 was the end date for class members to claim replacement adapters. To accommodate class members who purchased replacement adapters in 2010, Apple has agreed to extend the replacement program until July 20, 2013. Thus, all class members will have *at least* three years after to purchase to obtain a replacement adapter, and many will have more than six years, if they bought their MacBooks in early 2006.

9. Exhibit 1 is the Objection of Darlene Bowes.

10. Exhibit 2 is the Objection of Travis Cox.

11. Exhibit 3 is the Objection of Dale Funk.

12. Exhibit 4 is the Objection of Rob Gaudet.

13. Exhibit 5 is the Objection of Jeremy Lee.

14. Exhibit 6 is the Objection of Clyde Padgett.

15. Exhibit 7 is the Objection of Angela Pike.

16. Exhibit 8 is the Objection of Angelo Sioson.

17. Exhibit 9 is serial number information for Objector Kerry Ann Sweeney's computer.

18. Exhibit 10 is serial number information for Objector Jeremy Lee's computer.

19. Exhibit 11 is the Objection of Marie Gryphon (Ted Frank).

20. In addition to the comprehensive notice program that the Court has reviewed and approved, Plaintiffs' Counsel and the claims administrator have been mailing notice packets upon request. Press coverage of the settlement also has been substantial. Exhibit 12 is a sampling of news articles from the publications *Apple Insider*, *Ars Technica*, *CNET*, *MacWorld*, *MacRumors*, *Notebooks*, *PC World*, and *Tech Report*, all discussing the settlement, and including links to the settlement website.

21. Exhibit 13 is a PDF of the duplicate receipt request form on Apple's website.

22. Exhibit 14 is the Objection of Morgan Barton (Thomas L. Cox, Jr.).

BRISKIN DECL ISO PLTFS' RESPONSE TO OBJECTIONS TO MOTIONS FOR FINAL APPROVAL OF SETTLEMENT- Case No. 5:09-CV-01911-JW      3

1  23. Exhibit 15 is an excerpt of the docket report for *Gemelas v. The Dannon Co., Inc.*, 2010 WL 3703811 (N.D. Ohio Aug 31, 2010.

2  24. Exhibit 16 is Brenda Kearney's article *The Deal Breakers: A look at professional class objectors in MD*.

3  25. Exhibit 17 is the Order Overruling Objections to Settlement in the *NVIDIA GPU Litigation*, Case 5:08-cv-04312-JW (N.D. Cal.).

4  26. Exhibit 18 is the article *Donors Trust: An Anonymous Tax-Deductible Policy Slush Fund* from the internet publication Crooks and Liars, dated Apr. 11, 2011.

5  27. Exhibit 19 is an excerpt from the "CATO Handbook for Policymakers."

6  28. Exhibit 20 is the Order Granting Motion for Final Approval of Settlement in *Wilson v. Airborne, Inc.*, Case No. 07-770 (C.D. Cal.).

7  29. Exhibit 21 is Joseph Darrell Palmer's Objection in *Friedman v. 24 Hour Fitness USA, Inc.*

8  30. Exhibit 22 is the Dismissal of Appeal in *Friedman v. 24 Hour Fitness USA, Inc.*

9  31. Exhibit 23 is the Ruling on Objections in *Friedman v. 24 Hour Fitness USA, Inc.*

10  32. Exhibit 24 is Joseph Darrell Palmer's Objection in in *In re Int'l Rectifier Corp. Securities Litigation*, Case No. 07-CV-2544 (C.D. Cal.).

11  33. Exhibit 25 is an article on the website for the law firm RJ Gaudet & Associates LLC.

12  34. Exhibit 26 is the Lexis database search for Thomas Cox, Jr.

13  35. Exhibit 27 is a Circuit Rule 26.1 Disclosure Statement in *In re AT&T Mobility Wireless Data Services Sales Tax Litigation*.

14  36. Exhibit 28 is an excerpt of the docket report in *In re AT&T Mobility Wireless Data Services Sales Tax Litigation*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of January, 2012, at Washington, District of Columbia.

BRISKIN DECL ISO PLTFS' RESPONSE TO OBJECTIONS TO MOTIONS FOR FINAL APPROVAL OF SETTLEMENT- Case No. 5:09-CV-01911-JW   4

1
2                                                               s/Craig L. Briskin
                                                        CRAIG L. BRISKIN

BRISKIN DECL ISO PLTFS' RESPONSE TO OBJECTIONS TO MOTIONS FOR FINAL APPROVAL OF SETTLEMENT- Case No. 5:09-CV-01911-JW

5