# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 3/5/2007 | **Court Reporter:** Not Reported |
| **Case No:** C-06-04457 JW | **Interpreter:** N/A |

    **Related Case:** C05-00037 JW Somati Troy Charoensak v. Apple Computer Inc.

## TITLE

**Melanie Tucker v. Apple Computer Inc.**

Attorney(s) for Plaintiff(s): Andrew Friedman (Tucker), Roy Katriel (Charoensak)
Attorney(s) for Defendant(s): Tracy Strong, Robert Mittelstaedt, Lynn Miller

## PROCEEDINGS

**OSC re: Why Cases Should Not be Consolidated / Case Management Conference**

## ORDER AFTER HEARING

Hearing held in chambers and not on record. Matter Submitted. The Court shall issue further order on the issue of relating cases and set further dates.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
CC: