IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Somtai Try Charoensak, et al., | NO. C 05-00037 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Apple Computer, Inc., | |
| Defendant. | |

This case was scheduled for a case management conference on March 19, 2007. In light of the Court's recent hearing on its order to show cause ("OSC") why this case should not be consolidated with Tucker v. Apple Computer, Inc., No. 06-4457 JW, the Court vacates the case management conference pending its ruling on its OSC.

Dated: March 14, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Richard Sand arsand@JonesDay.com
   Brian P Murray bmurray@rabinlaw.com
3  Caroline N. Mitchell cnmitchell@jonesday.com
   Jacqueline Sailer jsailer@murrayfrank.com
4  John J. Stoia jstoia@lerachlaw.com
   Michael David Braun service@braunlawgroup.com
5  Robert A. Mittelstaedt ramittelstaedt@jonesday.com
   Roy A. Katriel rak@katriellaw.com
6  Tracy Strong tstrong@jonesday.com

7  **Dated: March 14, 2007**                    **Richard W. Wieking, Clerk**

8
                                                **By:  /s/ JW Chambers**
9                                                    **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California