| | |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359) |
| | ramittelstaedt@jonesday.com |
| 2 | Elaine Wallace (State Bar No. 197882) |
| | ewallace@jonesday.com |
| 3 | Tracy M. Strong (State Bar No. 221540) |
| | tstrong@jonesday.com |
| 4 | JONES DAY |
| | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |
| 7 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05 00037 JW |
| | STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT |

WHEREAS Apple Inc. (Apple) is scheduled to submit an answer to the complaint in the above captioned case on Monday, May 7, 2007;

WHEREAS Apple needs additional time to complete its answer to the complaint; and

WHEREAS the parties agreed to extend the deadline for Apple to answer the complaint by thirty (30) days;

//

//

//

//

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO
RESPOND TO THE COMPLAINT

Dockets.Justia.com

1    IT IS HEREBY STIPULATED by lead plaintiffs Somtai Charoensak, Melanie Rosen and
2    Melanie Tucker and defendant Apple, through their respective counsel and pursuant to Civil
3    Local Rule 6-1(a), that Apple's time to answer to the Complaint shall be extended to June 6,
4    2007.

Dated: May 4, 2007                          JONES DAY


                                            By:/s/ Tracy M. Strong
                                               Tracy M. Strong

                                            Attorney for APPLE INC.

Dated: May 4, 2007                          LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP


                                            By: /s/ Gregory Weston
                                               Gregory S. Weston

                                            Co-Lead Counsel for Plaintiffs

Dated: May ___, 2007                        **IT IS SO ORDERED:**


                                            By: _____
                                               The Honorable James Ware

                                            U.S. DISTRICT COURT JUDGE

SFI-564338v1

- 2 -

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO
RESPOND TO THE COMPLAINT

PAGE 3/3 * RCVD AT 5/4/2007 2:00:07 PM [Pacific Daylight Time] * SVR:SFFX01MS/3 * DNIS:36899 * CSID: * DURATION (mm-ss):00-34