```
1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@jonesday.com
2   Elaine Wallace (State Bar No. 197882)
    ewallace@jonesday.com
3   Tracy M. Strong (State Bar No. 221540)
    tstrong@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA  94104
    Telephone:    (415) 626-3939
6   Facsimile:    (415) 875-5700

7   Attorneys for Defendant
    APPLE INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05 00037 JW<br><br>STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT |
|---|---|

WHEREAS Apple Inc. (Apple) is scheduled to submit an answer to the complaint in the above captioned case on Monday, May 7, 2007;

WHEREAS Apple needs additional time to complete its answer to the complaint; and

WHEREAS the parties agreed to extend the deadline for Apple to answer the complaint by thirty (30) days;

//

//

//

//

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO
RESPOND TO THE COMPLAINT

Dockets.Justia.com

1   IT IS HEREBY STIPULATED by lead plaintiffs Somtai Charoensak, Melanie Rosen and
2   Melanie Tucker and defendant Apple, through their respective counsel and pursuant to Civil
3   Local Rule 6-1(a), that Apple's time to answer to the Complaint shall be extended to June 6,
4   2007.

Dated: May 4, 2007          JONES DAY

By: /s/ Tracy M. Strong
    Tracy M. Strong

Attorney for APPLE INC.

Dated: May 4, 2007          LERACH COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP

By: [signature]
    Gregory S. Weston

Co-Lead Counsel for Plaintiffs

Dated: May 7, 2007          IT IS SO ORDERED:

By: [signature]
    The Honorable James Ware
    U.S. DISTRICT COURT JUDGE

SFI-564338v1

- 2 -

C05 00037 JW
STIPULATION EXTENDING DEFENDANT'S TIME TO
RESPOND TO THE COMPLAINT