1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-01911 JW<br><br>[~~PROPOSED~~] JUDGMENT |
|---|---|

On March 8, 2012, the Court signed and entered its Order Granting Final Approval of Settlement and Release and Granting Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards (the "March 8, 2012 Order") in the above-captioned matter as to the following class of persons:

> All United States residents who (1) are the original owners of an Apple MacBook or MacBook Pro computer that shipped with a 60W or 85W MagSafe "MPM-1" Power Adapter ("Subject Computers") and/or (2) purchased a standalone 60W or 85W MagSafe "MPM-1" Power Adapter. The Settlement Class includes original owners who received their Subject Computer(s) as a gift. The Settlement Class excludes Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as to the specified class of persons, plaintiffs Naotaka Kitigawa, Timothy J. Broad, Jesse Reisman, Tracey Hackwith, Michael Martin, and Maxx Scholten, and defendant Apple Inc. on the terms and conditions of the Settlement Agreement approved by the Court's March 8, 2012 Order.

1. The Court, for purposes of this Judgment adopts the terms and definitions set forth in the Agreement.

2. Payments to Settlement Class Members under the Agreement shall be made as outlined in the March 8, 2012 Order.

3. As of the Effective Date, the Class Representatives and all Settlement Class Members shall be forever barred from bringing or prosecuting, in any capacity, any action or proceeding that involves or asserts any of the Released Claims against any Released Person and shall conclusively be deemed to have released and forever discharged the Released Persons from all Released Claims.

4. The Class Representatives and all Settlement Class Members shall, as of the Effective Date, conclusively be deemed to have acknowledged that the Released Claims may include claims, rights, demands, causes of action, liabilities, or suits that are not known or suspected to exist as of the Effective Date. The Class Representatives and all

1  Settlement Class Members nonetheless release all such Released Claims against the

2  Released Persons.  Further, as of the Effective Date, the Class Representatives and all

3  Settlement Class Members shall be deemed to have waived any and all protections, rights

4  and benefits of California Civil Code section 1542 and any comparable statutory or

5  common law provision of any other jurisdiction.

6      5.   The Agreement and this Judgment are not admissions of liability or fault by

7  Apple or the Released Persons, or a finding of the validity of any claims in the Action or

8  of any wrongdoing or violation of law by Apple or the Released Persons.  The Agreement

9  and settlement are not a concession by the Parties and to the extent permitted by law,

10 neither this Judgment, nor any of its terms or provisions, nor any of the negotiations or

11 proceedings connected with it, shall be offered as evidence or received in evidence in any

12 pending or future civil, criminal, or administrative action or proceeding to establish any

13 liability of, or admission by Apple, the Released Persons, or any of them.

14 Notwithstanding the foregoing, nothing in this Final Judgment shall be interpreted to

15 prohibit the use of this Judgment in a proceeding to consummate or enforce the

16 Agreement or Judgment, or to defend against the assertion of Released Claims in any

17 other proceeding, or as otherwise required by law.

18

19 JUDGMENT APPROVED AS TO FORM:

20 By:

21 _____

22 THE HONORABLE JAMES WARE
   DISTRICT JUDGE
23

24

25

26 JUDGMENT ENTERED:  April 2     , 2012

27 By: CLERK OF THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA

28