| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| | RUDMAN & ROBBINS LLP |
| 2 | BONNY E. SWEENEY (176174) |
| | GREGORY S. WESTON (239944) |
| 3 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058 |
| | 619/231-7423 (fax) |
| 5 | bonnys@lerachlaw.com |
| | gweston@lerachlaw.com |

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF APPEARANCE OF GREGORY S. WESTON |
| ALL ACTIONS. | |

1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 | PLEASE TAKE NOTICE that Gregory S. Weston (gweston@lerachlaw.com) of Lerach

3 | Coughlin Stoia Geller Rudman & Robbins LLP hereby enters his appearance on behalf of plaintiffs

4 | Melanie Tucker, Somtai Troy Charoensak and Mariana Rosen in *The Apple iPOD iTunes Anti-Trust*

5 | *Litigation*, No. 05-CV-00037-JW (N.D. Cal.), and requests that all pleadings, notices, orders,

6 | correspondence and other papers in connection with this action be served upon him at the e-mail

7 | address listed above.

8 | DATED: June 15, 2007  LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
9 | BONNY E. SWEENEY
GREGORY S. WESTON

11 |
s/GREGORY S. WESTON
12 | GREGORY S. WESTON

13 | 655 West Broadway, Suite 1900
San Diego, CA 92101
14 | Telephone: 619/231-1058
619/231-7423 (fax)
15 |
THE KATRIEL LAW FIRM
16 | ROY A. KATRIEL
1101 30th Street, N.W., Suite 500
17 | Washington, DC 20007
Telephone: 202/625-4342
18 | 202/330-5593 (fax)

19 | Co-Lead Counsel for Plaintiffs

20 | BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
21 | ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
22 | ELAINE A. RYAN
TODD D. CARPENTER
23 | 2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
24 | Telephone: 602/274-1100
602/274-1199 (fax)
25 |
BRAUN LAW GROUP, P.C.
26 | MICHAEL D. BRAUN
12400 Wilshire Blvd., Suite 920
27 | Los Angeles, CA 90025
Telephone: 310/442-7755
28 | 310/442-7756 (fax)

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

GLANCY BINKOW & GOLDBERG LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 15, 2007.

                                        s/ GREGORY S. WESTON
                                        GREGORY S. WESTON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:gweston@lerachlaw.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Braun**
  service@braunlawgroup.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ybennett@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  arsand@JonesDay.com,mlandsborough@jonesday.com

- **John J. Stoia , Jr**
  jstoia@lerachlaw.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,E_file_sd@lerachlaw.com,tturner@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`