BONNETT FAIRBOURN FRIEDMAN
  & BALINT, PC
Andrew S. Friedman (*pro hac vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (*pro hac vice*)
fbalint@bffb.com
Elaine Ryan (*pro hac vice*)
eryan@bffb.com
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602-274-1100

Attorneys for Plaintiffs

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF APPEARANCE OF ANDREW S. FRIEDMAN** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Andrew S. Friedman (afriedman@bffb.com) of Bonnett Fairbourn Friedman & Balint, P.C. hereby enters his appearance on behalf of plaintiff Melanie Tucker in *The Apple iPOD iTunes Anti-Trust Litigation*, No. 05-CV-00037-JW (N.D. Cal.), and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the e-mail address listed above. Andrew S. Friedman is an attorney of record in the related action *Tucker v. Apple Computer, Inc.*, No. 06-cv-04457-JW (N.D. Cal.),

consolidated with this action in the Court's Order Consolidating Related Cases; Appointing Co-Lead Counsel entered on March 21, 2007.

DATED: June 21, 2007.
BONNETT FAIRBOURN FRIEDMAN
 & BALINT, PC


/s Andrew S. Friedman
Andrew S. Friedman (*pro hac vice*)
Francis J. Balint, Jr. (*pro hac vice*)
Elaine Ryan (*pro hac vice*)

2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602-274-1100

Attorneys for Plaintiff

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS, LLP
BONNY E. SWEENEY (176174)
GREGORY S. WESTON (239944)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619-231-1058

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30TH Street, N.W., Suite 500
Washington, D.C. 20007
Telephone: 202-625-4342

Co-Lead Counsel for Plaintiffs

BRAUN LAW GROUP, P.C.
MICHAEL D. BRAUN
12400 Wilshire Blv., Suite 920
Los Angeles, CA 90025
Telephone: 310-442-7755

MURRAY, FRANK & SAILER, LLP
BRIAN P. MURRAY
JACQUELINE SAILER
275 Madison Avenue, Suite 801
Mew York, NY 10016

Telephone: 212-682-1818

GLANCY BINKOW & GOLDBERG, LLP
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150

Additional Counsel for Plaintiffs