THEODORE H. FRANK (SBN 196332)
Email: tfrank@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW
 No. 236
Washington, DC 20036
Voice: (703) 203-3848


DANIEL GREENBERG (admitted *pro hac vice*)
Email: Dngrnbrg@gmail.com
**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR 72223
Voice: (501) 588-4245


KYLE F. GRAHAM (SBN 218560)
Email: Kylefgraham@hotmail.com
1009 Portola Road
Portola Valley, CA 94028
Voice: (650) 530-2330


*Attorneys for Class Member Marie Gryphon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION<br><br><br>Marie Gryphon,<br>    *Objector*.<br>_ | Case No. C 09-1911 JW<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that objecting class member Marie Gryphon hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Final Order and Judgment (Docket No. 110), entered on April, 2, 2012, and all opinions and orders that merge therein, including and the Court's Order (Dkt. No. 107) entered on March 8, 2012.

Dated: April 6, 2012

Respectfully submitted,

/s/ *Theodore H. Frank*
Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW
No. 236
Washington, DC 20036
tfrank@gmail.com
(703) 203-3848

Daniel Greenberg (admitted *pro hac vice*)
**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR 72223
dngrnbrg@gmail.com
(501) 588-4245

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA 94028
kylefgraham@hotmail.com
(650) 530-2330

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2012, I caused the foregoing Notice of Appeal to be served upon counsel of record via ECF noticing.

DATED this 6th day of April, 2012

                                            *(s) Theodore H. Frank*
                                            Theodore H. Frank