UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, <br><br> NAOTAKA KITAGAWA, Jr.; TIMOTHY J. BROAD; JESSE REISMAN; TRACEY HACKWITH; MAXX SCHOLTEN; MICHAEL MARTIN, <br><br>      Plaintiffs - Appellees, <br><br> v. <br><br> MARIE GRYPHON, Objector, <br><br>      Plaintiff - Appellant, <br><br> v. <br><br> APPLE, INC., <br><br>      Defendant - Appellee. | No. 12-15782 <br><br> D.C. No. 5:09-cv-01911-JW <br> U.S. District Court for Northern California, San Jose <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

**Mon., April 16, 2012**      Mediation Questionnaire due. If your registration for

|  |  |
|---|---|
|  | Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., May 7, 2012** | Transcript shall be ordered. |
| **Tue., June 5, 2012** | Transcript shall be filed by court reporter. |
| **Mon., July 16, 2012** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., August 15, 2012** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk