| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | BONNY E. SWEENEY (176174) |
|   | GREGORY S. WESTON (239944) |
| 3 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 5 | bonnys@csgrr.com |
|   | gweston@csgrr.com |

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC 20007
Telephone: 202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF FIRM NAME CHANGE |
| ALL ACTIONS. | |

1 | TO: THE CLERK OF COURT AND ALL PARTIES

2 | PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman &

3 | Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

4 | The addresses, telephone and facsimile numbers will remain the same. Please update your

5 | records accordingly.

6 | DATED: September 13, 2007                COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
7 |                                           BONNY E. SWEENEY
                                              GREGORY S. WESTON

                                                    s/ BONNY E. SWEENEY
10 |                                            BONNY E. SWEENEY

11 |                                           655 West Broadway, Suite 1900
                                              San Diego, CA  92101
12 |                                           Telephone:  619/231-1058
                                              619/231-7423 (fax)

                                              THE KATRIEL LAW FIRM
14 |                                           ROY A. KATRIEL
                                              1101 30th Street, N.W., Suite 500
15 |                                           Washington, DC  20007
                                              Telephone:  202/625-4342
16 |                                           202/330-5593 (fax)

17 |                                           Co-Lead Counsel for Plaintiffs

18 |                                           BONNETT, FAIRBOURN, FRIEDMAN
                                                & BALINT, P.C.
19 |                                           ANDREW S. FRIEDMAN
                                              FRANCIS J. BALINT, JR.
20 |                                           ELAINE A. RYAN
                                              TODD D. CARPENTER
21 |                                           2901 N. Central Avenue, Suite 1000
                                              Phoenix, AZ  85012
22 |                                           Telephone:  602/274-1100
                                              602/274-1199 (fax)

                                              BRAUN LAW GROUP, P.C.
24 |                                           MICHAEL D. BRAUN
                                              12400 Wilshire Blvd., Suite 920
25 |                                           Los Angeles, CA  90025
                                              Telephone:  310/442-7755
26 |                                           310/442-7756 (fax)

| | |
|---|---|
| 1 | |
| 2 | MURRAY, FRANK & SAILER LLP<br>BRIAN P. MURRAY |
| 3 | JACQUELINE SAILER<br>275 Madison Avenue, Suite 801 |
| 4 | New York, NY 10016<br>Telephone: 212/682-1818 |
| 5 | 212/682-1892 (fax) |
| 6 | GLANCY BINKOW & GOLDBERG LLP<br>MICHAEL GOLDBERG |
| 7 | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 8 | Telephone: 310/201-9150<br>310/201-9160 (fax) |
| 9 | Additional Counsel for Plaintiffs |
| 10 | S:\Notice Information\Apple Tying.doc |

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2007.

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: BonnyS@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ybennett@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bsweeney@lerachlaw.com,E_file_sd@lerachlaw.com,tturner@lerachlaw.com

- **Gregory Steven Weston**
  gweston@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into

your word processing program in order to create notices or labels for these recipients.

**Francis Joseph Balint** , Jr
Bonnett Fairbourn Friedman & Balint, P.C
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

**Todd David Carpenter**
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

**Elaine A. Ryan**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012