| | |
|---|---|
| 1 | Michael D. Braun (167416) |
| | BRAUN LAW GROUP, P.C. |
| 2 | 12304 Santa Monica Boulevard |
| | Suite 109 |
| 3 | Los Angeles, CA 90025 |
| | Tel:    (310) 442-7755 |
| 4 | Fax:    (310) 442-7756 |
| | E-mail: service@braunlawgroup.com |
| 5 | |
| | Counsel for Plaintiffs |
| 6 | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | **LEAD CASE NO.: C05-00037 JW** |
| _____ | **CLASS ACTION** |
| This Document Relates To: | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| ALL ACTIONS. | |
| _____ | |

**NOTICE OF CHANGE OF FIRM ADDRESS**
**LEAD CASE NO.: C05-00037 JW**

| | | |
|---|---|---|
| 1 | TO: | THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | | **PLEASE TAKE NOTICE THAT**, the Braun Law Group, P.C. has changed its address |
| 3 | from: 12400 Wilshire Boulevard, Suite 920, Los Angeles, CA 90025 to: | |
| 4 | | **12304 Santa Monica Boulevard, Suite 109** |
| 5 | | **Los Angeles, CA 90025** |
| 6 | | **PLEASE TAKE FURTHER NOTICE THAT**, the telephone and facsimile numbers, as |
| 7 | well as the e-mail addresses, will remain the same. Please update your records accordingly. | |

Dated: October 3, 2007

Michael D. Braun
BRAUN LAW GROUP, P.C.

By: S/ MICHAEL D. BRAUN
12304 Santa Monica Boulevard
Suite 109
Los Angeles, CA 90025
Tel: (310) 442-7755
Fax: (310) 442-7756

Counsel for Plaintiffs

Roy A. Katriel
THE KATRIEL LAW FIRM, P.C.
1101 30th Street, NW
Suite 500
Washington, DC 20007
Tel: (202) 625-4342
Fax: (202) 625-6774

Bonny E. Sweeney
Gregory S. Weston
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

Co-Lead Counsel for Plaintiffs

1

LEAD CASE NO.: C05-00037 JW

| | |
|---|---|
| 1 | Andrew S. Friedman |
| | Francis J. Balint, Jr. |
| 2 | Elaine A. Ryan |
| | Todd D. Carpenter |
| 3 | BONNETT, FAIRBOURN, FRIEDMAN |
| |   & BALINT, P.C. |
| 4 | 2901 N. Central Ave., Suite 1000 |
| | Phoenix, AZ 85012 |
| 5 | Tel:   (602) 274-1100 |
| | Fax:  (602) 274-1199 |
| 6 | |
| | Brian P. Murray |
| 7 | Jacqueline Sailer |
| | MURRAY, FRANK & SAILER LLP |
| 8 | 275 Madison Avenue |
| | Suite 801 |
| 9 | New York, NY 10016-1101 |
| | Tel:   (212) 682-1818 |
| 10 | Fax:  (212) 682-1892 |
| 11 | Michael Goldberg |
| | GLANCY BINKOW & GOLDBERT LLP |
| 12 | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, CA 90067 |
| 13 | Tel:   (310) 201-9150 |
| | Fax:  (310) 201-9160 |
| 14 | |
| | Additional Counsel for Plaintiffs |

2

**NOTICE OF CHANGE OF FIRM ADDRESS**
**LEAD CASE NO.: C05-00037 JW**

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA    ) |
|   |                        )ss.: |
| 3 | COUNTY OF LOS ANGELES  ) |

4   I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 12304 Santa Monica Boulevard, Suite 109, Los Angeles, California 90025.

6   On October 3, 2007, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Michael D. Braun, I filed and served the document(s) described as:

**NOTICE OF CHANGE OF FIRM ADDRESS**

The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Andrew S. Friedman, Esq. | afriedman@bffb.com |
| Roy A. Katriel, Esq. | rak@katriellaw.com |
| Brian P. Murray, Esq. | bmurray@murrayfrank.com |
| Jacqueline Sailer, Esq. | jsailer@murrayfrank.com |
| Thomas J. Kennedy, Esq. | tkennedy@murrayfrank.com |
| John J. Stoia, Jr., Esq. | jstoia@csgrr.com |
| Bonny E. Sweeney, Esq. | bsweeney@lerachlaw.com |
| Gregory Steven Weston, Esq. | gweston@lerachlaw.com |

**Attorneys for Plaintiffs**

| | |
|---|---|
| Caroline N. Mitchell, Esq. | cnmitchell@jonesday.com |
|  | mlandsborough@jonesday.com |
|  | cyip@jonesday.com |
| Robert A. Mittelstaedt, Esq. | ramittelstaedt@jonesday.com |
|  | ybennett@jonesday.com |
|  | arsand@jonesday.com |
| Adam Richard Sand, Esq. | arsand@jonesday.com |
| Tracy Strong, Esq. | tstrong@jonesday.com |

**Attorneys for Defendant**

3

NOTICE OF CHANGE OF FIRM ADDRESS
LEAD CASE NO.: C05-00037 JW

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I further declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 3, 2007, at Los Angeles, California 90025.

                                                              s/ LEITZA MOLINAR
                                                                Leitza Molinar

**NOTICE OF CHANGE OF FIRM ADDRESS**
**LEAD CASE NO.: C05-00037 JW**