COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
GREGORY S. WESTON (239944)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@csgrr.com
gweston@csgrr.com

THE KATRIEL LAW FIRM
ROY A. KATRIEL (*pro hac vice*)
1101 30th Street, N.W., Suite 500
Washington, DC  20007
Telephone:  202/625-4342
202/330-5593 (fax)
rak@katriellaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION | Lead Case No. C-05-00037-JW |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER COMPELLING DEFENDANT APPLE, INC.'S PRODUCTION OF DOCUMENTS RELATING TO CLASS CERTIFICATION |
| | DATE:  January 8, 2008<br>TIME:  10:00 a.m.<br>COURTROOM:  5, 4th Floor<br>JUDGE:  Hon. Patricia V. Trumbull |

Plaintiffs have moved this Court for an Order compelling Apple, Inc. to produce the following documents:

> Request No. 10: Full copies of the spreadsheets for which excerpts were produced to Somtai Troy Charoensak and marked APPLE CHAR 00059 through APPLE CHAR 00066 and all Documents used in the production of these Documents, including but not limited to all Profit and Loss Statements for all iPod models.
>
> Request No. 19: All Documents necessary to allow the calculation for each quarter since the introduction of the iPod for each model that Apple has sold, the number of iPods that have been purchased, Apple's total revenue from the sale of each iPod model and Apple's Cost of Manufacturing and cost of sale for each iPod model.

This matter came on for hearing on January 8, 2008. Based on the supporting and opposing memoranda and other related documents filed with the Court in connection with this motion, the papers and records on file in this action, and other matters of which the Court may properly take judicial notice, Plaintiffs' motion to compel is granted.

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiffs' motion to compel production of all documents sought from Apple, Inc.

*   *   *

**O R D E R**

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE PATRICIA V. TRUMBULL
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
BONNY E. SWEENEY
GREGORY S. WESTON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

1
THE KATRIEL LAW FIRM
2   ROY A. KATRIEL
    1101 30th Street, N.W., Suite 500
3   Washington, DC 20007
    Telephone: 202/625-4342
4   202/330-5593 (fax)

5   Co-Lead Counsel for Plaintiffs

6   BONNETT, FAIRBOURN, FRIEDMAN
       & BALINT, P.C.
7   ANDREW S. FRIEDMAN
    FRANCIS J. BALINT, JR.
8   ELAINE A. RYAN
    TODD D. CARPENTER
9   2901 N. Central Avenue, Suite 1000
    Phoenix, AZ 85012
10  Telephone: 602/274-1100
    602/274-1199 (fax)
11
    BRAUN LAW GROUP, P.C.
12  MICHAEL D. BRAUN
    12304 Santa Monica Blvd., Suite 109
13  Los Angeles, CA 90025
    Telephone: 310/442-7755
14  310/442-7756 (fax)

15  MURRAY, FRANK & SAILER LLP
    BRIAN P. MURRAY
16  JACQUELINE SAILER
    275 Madison Avenue, Suite 801
17  New York, NY 10016
    Telephone: 212/682-1818
18  212/682-1892 (fax)

19  GLANCY BINKOW & GOLDBERG LLP
    MICHAEL GOLDBERG
20  1801 Avenue of the Stars, Suite 311
    Los Angeles, CA 90067
21  Telephone: 310/201-9150
    310/201-9160 (fax)
22
    Additional Counsel for Plaintiffs
23

S:\CasesSD\Apple Tying\ORD00047580.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2007.

s/ BONNY E. SWEENEY
BONNY E. SWEENEY

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:BonnyS@csgrr.com

# Mailing Information for a Case 5:05-cv-00037-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Michael David Braun**
  service@braunlawgroup.com

- **Andrew S. Friedman**
  rcreech@bffb.com,afriedman@bffb.com

- **Roy A. Katriel**
  rak@katriellaw.com,rk618@aol.com

- **Thomas J. Kennedy**
  tkennedy@murrayfrank.com

- **Caroline Nason Mitchell**
  cnmitchell@jonesday.com,mlandsborough@jonesday.com,ewallace@jonesday.com

- **Robert Allan Mittelstaedt**
  ramittelstaedt@jonesday.com,ybennett@jonesday.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Adam Richard Sand , Esq**
  invalidaddress@invalidaddress.com

- **John J. Stoia , Jr**
  jstoia@csgrr.com

- **Tracy Strong**
  tstrong@jonesday.com,dharmon@jonesday.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,tturner@csgrr.com,E_file_sd@csgrr.com

- **Gregory Steven Weston**
  gweston@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Todd David Carpenter
Bonnett, Fairbourn, Friedman, & Balint
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012

Elaine A. Ryan
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
```