UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS. | Case No.: C 05-0037 JW (PVT) <br><br> **ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another referral Magistrate Judge. Once a new referral Magistrate Judge is assigned, Plaintiffs shall promptly electronically file an amended notice of motion setting their motion to compel on that Magistrate Judge's calendar.

Dated: *12/5/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*