THEODORE H. FRANK (SBN 196332)
Email: tfrank@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW, No. 236
Washington, DC 20036
Voice: (703) 203-3848

DANIEL GREENBERG (admitted *pro hac vice*)
Email: Dngrnbrg@gmail.com
**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR 72223
Voice: (501) 588-4245

KYLE F. GRAHAM (SBN 218560)
Email: Kylefgraham@hotmail.com
1009 Portola Road
Portola Valley, CA 94028
Voice: (650) 530-2330

*Attorneys for Class Member Marie Gryphon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-1911 JW |
| Marie Gryphon,<br>    *Objector.* | **AMENDED NOTICE OF APPEAL** |

Notice is hereby given that objecting class member Marie Gryphon hereby amends her April 6, 2012 notice of appeal (Dkt. No. 119), currently docketed at the United States Court of Appeals for Ninth Circuit as Case No. 12-15782. In addition to the already pending appeal from the Court's Final Order and Judgment (Dkt. No. 110), entered on April 2, 2012 and from all opinions and orders that merge therein, including the Court's Order granting the motion for settlement approval (Dkt. No. 107) entered on March 8, 2012, Ms. Gryphon is also appealing from Dkt. No. 161, the Court's "Order Granting in Part Plaintiffs' Motions to Require Appellate Bond," entered on May 29, 2012.

Dated: June 2, 2012

Respectfully submitted,

/s/ Theodore H. Frank
Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW
No. 236
Washington, DC 20036
tfrank@gmail.com
(703) 203-3848

Daniel Greenberg (admitted *pro hac vice*)
**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR 72223
dngrnbrg@gmail.com
(501) 588-4245

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA  94028
kylefgraham@hotmail.com
(650) 530-2330

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2012, I caused the foregoing Notice of Appeal to be served upon counsel of record via ECF noticing.

DATED this 2nd day of June, 2012

                                            *(s) Theodore H. Frank*
                                            Theodore H. Frank