1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re Apple Magsafe Litigation.                    NO. C 09-01911 JW

**ORDER REQUIRING OBJECTOR TO POST PROPER BOND; DIRECTING CLERK OF COURT TO RETURN IMPROPER BOND**

_____/

On May 29, 2012, the Court ordered Objector Marie Gryphon, among others, to post an appeal bond of $15,000.[1]  In addition, the Court granted Plaintiffs leave to conduct limited discovery regarding the ability of each Objector to post a larger bond, in order to fully cover Plaintiffs' estimated $25,000 costs on appeal.  (See id.)  On June 8, 2012, counsel for Objector Gryphon attempted to post a bond of $25,000.  The Clerk of Court, however was unable to post Objector's bond because Objector was not ordered or granted leave by the Court to post a bond in that amount.

Upon review, because Objector was not ordered or granted leave to post a bond of $25,000, the Court finds that it would be improper for the Clerk of Court to accept payment in this amount.  On or before **June 22, 2012,** Objector shall post a bond of $15,000 as required by the Court's May 29 Order.  To the extent that Objector seeks to post a larger bond in order to avoid the need for discovery, Objector may move the Court for modification of its May 29 Order through an

_____

[1]  (See Order Granting in Part Plaintiffs' Motion to Require Appellate Bond at 5, hereafter, "May 29 Order," Docket Item No. 161.)

appropriate Motion.  The Clerk of Court shall immediately return the $25,000 previously submitted by Objector to Objector or her counsel.

Dated:  June 20, 2012

JAMES WARE
United States District Chief Judge

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Aaron Michael Olsen aarono@zhlaw.com
     Alexei Klestoff aklestoff@mofo.com
3    Alreen Haeggquist alreenh@zhlaw.com
     Andrew David Muhlbach amuhlbach@mofo.com
4    Angela Christine Agrusa aagrusa@linerlaw.com
     Anne M. Hunter Ahunter@mofo.com
5    Craig L. Briskin cbriskin@findjustice.com
     Helen I. Zeldes helenz@zhlaw.com
6    Joseph Darrell Palmer darrell.palmer@palmerlegalteam.com
     Keri Montrose kmontrose@jrsfllp.com
7    Michael Jeffrey Saltz msaltz@jrsfllp.com
     Nick S Movaghar nmovaghar@linerlaw.com
8    Patrick McNicholas mel@mcnicholaslaw.com
     Penelope Athene Preovolos ppreovolos@mofo.com
9    Steven A. Skalet sskalet@findjustice.com
     Taryn Wilgus Null twilgus-null@findjustice.com
10   Theodore Harold Frank tfrank@gmail.com

11

12

13   **Dated:  June 20, 2012**                    **Richard W. Wieking, Clerk**

14

15                                                 **By:      /s/ JW Chambers**
                                                        **William Noble**
16                                                      **Courtroom Deputy**

17

18

19

20

21

22

23

24

25

26

27

28