Theodore H. Frank  
Center for Class Action Fairness LLC  
1718 M Street NW, No. 236  
Washington, DC 20036  
(703) 203-3848  
[tfrank@gmail.com](mailto:tfrank@gmail.com)

June 21, 2012

Clerk, U.S. District Court  
450 Golden Gate Avenue  
San Francisco, CA 94102  
Attn: Finance Department

**VIA FEDERAL EXPRESS**

    Re:   *In re MagSafe Apple Power Adapter Litigation*  
            No. C 09-01911 JW (N.D. Cal.), No. 12-15782 (9th Cir.)

To Whom It May Concern:

    Pursuant to the Court's Order of June 20, 2012 (Docket No. 176, attached), Objector-Appellant Marie Gryphon submits her appeal bond of $15,000 in this matter to secure the costs in Appeal No. 12-15782. This deposit is *only* for the appeal bond for Ms. Gryphon's appeal, and not for the appeal bond of any other appellant. Ms. Gryphon reserves all rights with respect to the bond, including the right to ask the Ninth Circuit to vacate the bond requirement. The Court's June 20 order arrived after business hours, and this mailing could not be delivered before June 22, 2012. Please deposit and docket immediately upon receipt on June 22, 2012, as the Order requires.

    The order incorrectly states that Ms. Gryphon "attempted" to post a bond of $25,000. As the Clerk is aware, Ms. Gryphon *actually* posted a bond of $25,000, which the Clerk received on June 7, 2012, and deposited on June 8, 2012, with receipt number 34611075037. The order requires the Clerk of Court to "immediately return" the $25,000. Though the Clerk electronically deducted $25,000, it has not "immediately" electronically returned the $25,000, and the failure of the Clerk to "immediately" return the $25,000 has forced Ms. Gryphon to incur additional costs to comply with the Court's

Clerk, U.S. District Court, June 21, 2012, page 2

order. Please contact me to explain why this electronic return of funds has not yet happened pursuant to the Court's order.

                                                Very truly yours,

                                                Theodore H. Frank
                                                Counsel for Marie Gryphon

Attachment, Enclosure

cc:     ECF Counsel of Record (via ECF, without attachment or enclosure)