1  THEODORE H. FRANK (SBN 196332)
2  Email: tfrank@gmail.com
   **CENTER FOR CLASS ACTION FAIRNESS LLC**
3  1718 M Street NW, No. 236
4  Washington, DC 20036
5  Voice: (703) 203-3848

6
   DANIEL GREENBERG (admitted *pro hac vice*)
7  Email: Dngrnbrg@gmail.com
   **GREENBERG LEGAL SERVICES**
8  55 Fontenay Circle
9  Little Rock, AR 72223
10 Voice: (501) 588-4245

11
   KYLE F. GRAHAM (SBN 218560)
12 Email: Kylefgraham@hotmail.com
13 1009 Portola Road
   Portola Valley, CA 94028
14 Voice: (650) 530-2330
15

16 *Attorneys for Class Member Marie Gryphon*

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
                       SAN FRANCISCO DIVISION
20

21 | IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-1911 JW |
22 |---|---|
23 | | |
24 | | |
25 | Marie Gryphon, | **SECOND AMENDED NOTICE OF APPEAL** |
26 |     *Objector*. | |
27 | | |
28 | – | |

Notice is hereby given that objecting class member Marie Gryphon hereby amends her April 6, 2012 notice of appeal (Dkt. No. 119) (amended June 2, 2012 (Docket No. 163)), currently docketed at the United States Court of Appeals for Ninth Circuit as Case No. 12-15782. In addition to the already pending appeal from the Court's Final Order and Judgment (Dkt. No. 110), entered on April 2, 2012 and from all opinions and orders that merge therein, including the Court's Order granting the motion for settlement approval (Dkt. No. 107) entered on March 8, 2012, and from Dkt. No. 161, the Court's Final Order granting the motion to impose a Fed. R. App. P. 7 appeal bond against Ms. Gryphon, entered on May 29, 2012, Ms. Gryphon is also appealing from Dkt. No. 176, the Court's Order of June 20, 2012, requiring Ms. Gryphon to post a second appeal bond of $15,000.

Dated: June 25, 2012                    Respectfully submitted,

/s/ Theodore H. Frank
Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW
No. 236
Washington, DC 20036
tfrank@gmail.com
(703) 203-3848

Daniel Greenberg (admitted *pro hac vice*)
**GREENBERG LEGAL SERVICES**
55 Fontenay Circle
Little Rock, AR 72223
dngrnbrg@gmail.com
(501) 588-4245

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA  94028
kylefgraham@hotmail.com
(650) 530-2330

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2012, I caused the foregoing Notice of Appeal to be served upon counsel of record via ECF noticing.

DATED this 25th day of June, 2012

*(s) Theodore H. Frank*
Theodore H. Frank
