FILED

AUG 07 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, <br><br> NAOTAKA KITAGAWA, Jr.; et al., <br><br>        Plaintiffs - Appellees, <br>  v. <br><br> ROBERT JOSEPH GAUDET, Jr., <br><br>        Plaintiff - Appellant, <br>  v. <br><br> APPLE, INC., <br><br>        Defendant - Appellee. | No. 12-15757 <br><br> D.C. No. 5:09-cv-01911-JW <br> Northern District of California, San Jose <br><br> ORDER |
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, <br><br> NAOTAKA KITAGAWA, Jr.; et al., <br><br>        Plaintiffs - Appellees, <br>  v. <br><br> MARIE GRYPHON, Objector, <br><br>        Plaintiff - Appellant, <br>  v. <br><br> APPLE, INC., <br><br>        Defendant - Appellee. | No. 12-15782 |

| | |
|---|---|
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, | No. 12-16053 |
| NAOTAKA KITAGAWA, Jr.; et al.,       Plaintiffs - Appellees,   v. KERRY ANN SWEENEY,       Objector - Appellant,   v. APPLE, INC.,       Defendant - Appellee. | |

Appellant Kerry Ann Sweeney's unopposed motion for voluntary dismissal of appeal no. 12-16053 is granted. Appeal no. 12-16053 is severed from these consolidated appeals and dismissed. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court for appeal no. 12-16053 only.

FOR THE COURT:

By: Lisa Jaye
Circuit Mediator

LJ/mediation