FILED

MAY 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, <br><br> NAOTAKA KITAGAWA, Jr.; et al., <br><br>   Plaintiffs - Appellees, <br><br> v. <br><br> ROBERT JOSEPH GAUDET, Jr., <br><br>   Plaintiff - Appellant, <br><br> V. <br><br> APPLE, INC., <br><br>   Defendant - Appellee. | No. 12-15757 <br><br> D.C. No. 5:09-cv-01911-JW <br> Northern District of California, <br> San Jose <br><br> ORDER |
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, <br><br> NAOTAKA KITAGAWA, Jr.; et al., <br><br>   Plaintiffs - Appellees, <br><br> v. <br><br> MARIE GRYPHON, Objector, | No. 12-15782 <br><br> D.C. No. 5:09-cv-01911-JW <br> Northern District of California, <br> San Jose |

|                                          |
| ---------------------------------------- |
| Plaintiff - Appellant,                   |
| V.                                       |
| APPLE, INC.,                             |
| Defendant - Appellee.                    |

Before: SILVERMAN, W. FLETCHER, and BYBEE, Circuit Judges.

Objector-Appellant Marie Newhouse's request for publication of this Court's April 24, 2014, Memorandum is DENIED.