UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, | No. 12-15757 |
| NAOTAKA KITAGAWA, Jr.; et al., | D.C. No. 5:09-cv-01911-JW<br>U.S. District Court for Northern California, San Jose |
| Plaintiffs - Appellees, | |
| v. | **MANDATE** |
| ROBERT JOSEPH GAUDET, Jr., | |
| Plaintiff - Appellant, | |
| v. | |
| APPLE, INC., | |
| Defendant - Appellee. | |
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, | No. 12-15782 |
| NAOTAKA KITAGAWA, Jr.; et al., | D.C. No. 5:09-cv-01911-JW<br>U.S. District Court for Northern California, San Jose |
| Plaintiffs - Appellees, | |
| v. | |
| MARIE GRYPHON, Objector, | |

Plaintiff - Appellant,

v.

APPLE, INC.,

Defendant - Appellee.

The judgment of this Court, entered April 24, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellees in the amount of $463.30.

    FOR THE COURT:
    Molly C. Dwyer
    Clerk of Court

    Rhonda Roberts
    Deputy Clerk