1 | PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
2 | TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
3 | JUSTIN D. HOOGS (CA SBN 267699)
JHoogs@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone:  (415) 268-7000
6 | Facsimile:  (415) 268-7522

7 | *Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. 5:09-cv-01911-EJD<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |
|---|---|

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL:

2  PLEASE TAKE NOTICE THAT, effective immediately, Andrew D. Muhlbach and

3  Alexei Klestoff, formerly of Morrison & Foerster LLP, withdraw as attorneys of record for

4  defendant Apple Inc. ("Apple"), and Tiffany Cheung and Justin D. Hoogs of Morrison & Foerster

5  LLP substitute as attorneys of record for Apple.

Dated:  June 2, 2014                    PENELOPE A. PREOVOLOS
                                        TIFFANY CHEUNG
                                        JUSTIN D. HOOGS
                                        MORRISON & FOERSTER LLP


                                        By:   */s/ Penelope A. Preovolos*
                                              PENELOPE A. PREOVOLOS

                                              *Attorneys for Defendant*
                                              APPLE INC.

NOTICE OF SUBSTITUTION OF COUNSEL            1
CASE NO. 5:09-CV-01911-EJD

sf-3421951

**CERTIFICATE OF SERVICE BY U.S. MAIL**
(Fed. R. Civ. P. 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster LLP's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**NOTICE OF SUBSTITUTION OF COUNSEL**

on the following by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| **Dale Funk**<br>7303 Delmar Blvd.<br>University City, MO 63130 | Pro se |
| **Robert Gaudet**<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104 | Pro se |
| **Daniel Greenberg**<br>Greenberg Legal Services<br>55 Fontenay Circle<br>Little Rock, AR 72223 | Counsel for Plaintiff<br>Marie Gryphon |

Other participants in the case will be served via the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 2nd day of June, 2014.

| Lilly Yan | /s/ *Lilly Yan* |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE          1
CASE NO. 5:09-CV-01911-EJD

sf-3421951