**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5363

June 3, 2014

CASE NUMBER: **CV 09-01911 EJD**  
CASE TITLE: **NAOTAKA KITAGAWA, JR., ET AL.-v- APPLE INC.**  
DATE MANDATE FILED: 5/29/14


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Sandy Morris*

by: Sandy Morris  
Case Systems Administrator

Distribution:  CIVIL       -    Counsel of Record

CRIMINAL    -    Counsel of Record  
U.S. Marshal (Copy of Mandate)  
U.S. Probation Office

NDC App-16