Theodore H. Frank (SBN 196332)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
Voice: (703) 203-3848
Fax: (301) 362-0362
tfrank@gmail.com

*Attorney for Objector Marie Newhouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. 09-CV-01911-EJD |
| | Honorable Edward J. Davila |
| Marie Newhouse,<br><br>          Objector. | **CIVIL LOCAL RULE 7-12 STIPULATION TO RETURN APPEAL BOND** |

Counsel for Objector Marie Newhouse, the Class, and Apple, Inc., stipulate as follows:

1. WHEREAS, on April 6, 2012, objecting class member Marie Newhouse (f/k/a Marie Gryphon) filed a Notice of Appeal (Dkt. 119) from this Court's Judgment (Dkt. 110), its order granting final approval of settlement (Dkt. 107), and all other opinions and orders that merged therein;

2. WHEREAS, on April 16, 2012, Class Counsel moved for this Court to order Ms. Newhouse to post an appeal bond under Fed. R. App. P. 7 (Dkt. 132);

3. WHEREAS, this Court issued two orders, on May 29 (Dkt. 161) and on June 20 (Dkt. 176), 2012, requiring Ms. Newhouse to post an appeal bond of $15,000;

4. WHEREAS, Ms. Newhouse timely amended her original notice of appeal on June 2 (Dkt. 163) and June 25 (Dkt. 183), 2012, to also include appeals of these bond orders;

5. WHERES, Ms. Newhouse complied with the Court's orders, posting $15,000 with the Clerk of this Court as an appeal bond, receipt number 34611075582 dated June 25, 2012;

6. WHEREAS, on April 24, 2014, the United States Court of Appeals for the Ninth Circuit vacated this Court's approval of the settlement and its order requiring Newhouse and other objectors to post appeal bonds (*In re MagSafe Apple Power Adapter Litig.*, No. 12-15757, 2014 U.S. App. LEXIS 7708 (9th Cir. 2014)); and

7. WHEREAS, the Ninth Circuit's mandate issued on May 29, 2014;

8. NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by all affected parties and their counsel, whose concurrence in the filing of this document has been obtained from each signatory below by Theodore H. Frank, the filer of this document, that this Court order the Clerk of Court to immediately return $15,000 to Ms. Newhouse by check made payable to "Center for Class Action Fairness" and mailed to Center for Class Action Fairness, 1718 M Street NW / No. 236, Washington, DC 20036.

Case No. 09-CV-01911-EJD                                                                                                     1
CIVIL LOCAL RULE 7-12 STIPULATION TO REMIT APPEAL BOND; CERTIFICATE OF SERVICE

Dated: June 11, 2014  CENTER FOR CLASS ACTION FAIRNESS

By: _/s/ Theodore H. Frank_
    Theodore H. Frank

Attorney for Objector Marie Newhouse

ZELDES, HAEGGQUIST, & ECK, LLP

By: _/s/ Helen I. Zeldes_
    Helen I. Zeldes

Co-Lead Counsel for the Class

MORRISON & FOERSTER LLP

By: _/s/ Penelope Athene Preovolos_
    Penelope Athene Preovolos

Attorney for Apple, Inc.

I attest that I have permission from the parties to electronically sign on their behalf.

_/s/ Theodore H. Frank_
Theodore H. Frank

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                        Hon. Edward J. Davila, District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing stipulation using the CM/ECF filing system, thus effectuating service of such filing on all ECF registered attorneys in this case.

In addition, I caused for a copy to be mailed to the following persons:

| | |
|---|---|
| **Robert Gaudet, Jr.**<br>800 Fifth Avenue<br>Suite 4100<br>Seattle, WA 98104 | Clerk's Office, 2nd Floor<br>**E-filing Chambers Copy**<br>**Hon. Edward J. Davila**<br>**09-cv-01911-EJD**<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 |

DATED this 11th Day of June, 2014,

*/s/ Theodore H. Frank*

Theodore H. Frank