ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
AARON M. OLSEN (259923)
625 Broadway, Suite 1000
San Diego, CA  92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
helenz@zhlaw.com
aarono@zhlaw.com

STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No.:   5:09-CV-01911-EJD<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE<br><br>Judge:      Honorable Edward J. Davila<br>Courtroom: 4, 5th Floor |

1    TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2    WHEREAS a Case Management Conference ("CMC") has been set before Judge
3    Edward J. Davila on August 1, 2014 at 10:00 a.m. in Courtroom 4, 5th Floor, 280 South 1st
4    Street, San Jose, California 95113. (Doc. No. 217.)

5    WHEREAS Plaintiffs' lead attorney, Helen I. Zeldes ("Zeldes"), has a conflict on
6    August 1, 2014 at 10:00 a.m. and is unable to travel from San Diego, California to San Jose,
7    California to appear at the CMC on the currently scheduled date.

8    WHEREAS Plaintiffs respectfully request the Court continue the CMC hearing date to
9    August 15, 2014 at 10:00 a.m. in Courtroom 4, 5th Floor, 280 South 1st Street, San Jose,
10   California 95113, or as soon thereafter as the matter may be heard, so that Ms. Zeldes may
11   appear and be heard at the CMC.

12   WHEREAS Defendant Apple, Inc. does not oppose Plaintiffs' request to continue the
13   CMC hearing date to August 15, 2014 at 10:00 a.m. or as soon thereafter as the matter may be
14   heard.

15   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO
16   APPROVAL BY THE COURT, AS FOLLOWS:

17   1.   The CMC currently scheduled for August 1, 2014 at 10:00 a.m. is vacated and
18   the CMC is continued to August 15, 2014 at 10:00 a.m. in Courtroom 4, 5th Floor, 280 South
19   1st Street, San Jose, California 95113; and

20   2.   On or before August 8, 2014, the parties shall file a Joint Case Management
21   Conference Statement.

22                                    * * *

23                                   ORDER

24   PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

25   Dated: 6/11/2014

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

IT IS HEREBY AGREED, SUBJECT TO COURT APPROVAL.

Dated: June 10, 2014

HELEN I. ZELDES
AARON M. OLSEN
ZELDES HAEGGQUIST & ECK, LLP

By:     s/Helen I. Zeldes
        HELEN I. ZELDES

STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
MEHRI & SKALET, PLLC

ANGELA C. AGRUSA
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

PATRICK MCNICHOLAS
MCNICHOLAS & MCNICHOLAS LLP

Attorneys for Plaintiffs

Dated: June 10, 2014

PENELOPE A. PREOVOLOS
TIFFANY CHEUNG
JUSTIN D. HOOGS
MORRISON & FOERSTER LLP

By:     s/Penelope A. Preovolos
        PENELOPE A. PREOVOLOS

Attorneys for Defendant Apple, Inc.

Northern District of California
Certificate Pursuant to Local Rule 5-1(i)(3)

I, Helen I. Zeldes, am the ECF User whose identification and password are being used to file the Joint Stipulation and [Proposed] Order Continuing the Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that Penelope A. Preovolos has concurred in this filing.

Dated: June 10, 2014

    s/Helen I. Zeldes
    HELEN I. ZELDES

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. I further hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List (and listed below).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 10, 2014

                                                                   s/Helen I. Zeldes
                                                      HELEN I. ZELDES

ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
helenz@zhlaw.com

| | |
|---|---|
| Dale Funk<br>7303 Delmar Blvd.<br>University City, MO 63130<br><br>Pro se | Robert Gaudet<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br><br>Pro se |