IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | CASE NO. 5:09-cv-01911 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement filed August 8, 2014 (see Docket Item No. 228), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for August 15, 2014, is VACATED, and the parties shall comply with the following orders:

1. In accordance with the Ninth Circuit's opinion filed April 24, 2014 (see Docket Item No. 213), Plaintiffs and Defendant shall file a Renewed Motion for Final Approval of Class Action Settlement and Attorney's Fees and Costs on or before **September 5, 2014**. This must be a new and complete motion such that the court will not need to review or reference any prior motion in order to properly examine and rule on the renewed request.

2. Any response or opposition to the Renewed Motion shall be filed on or before **September 19, 2014**, and any reply shall be filed on or before **October 3, 2014.** Much like the Renewed Motion itself, any response, opposition or reply must be a new and complete filing.

3.  The court schedules a hearing on the Renewed Motion for **1:30 p.m. on November 6, 2014.**

**IT IS SO ORDERED.**

Dated: August 11, 2014



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:09-cv-01911 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE