| | |
|---|---|
| 1 | ZELDES HAEGGQUIST & ECK, LLP |
| | HELEN I. ZELDES (220051) |
| 2 | AARON M. OLSEN (259923) |
| | 625 Broadway, Suite 1000 |
| 3 | San Diego, CA  92101 |
| | Telephone: (619) 342-8000 |
| 4 | Facsimile: (619) 342-7878 |
| | helenz@zhlaw.com |
| 5 | aarono@zhlaw.com |
| 6 | STEVEN A. SKALET (admitted *pro hac vice*) |
| | CRAIG L. BRISKIN (admitted *pro hac vice*) |
| 7 | MEHRI & SKALET, PLLC |
| | 1250 Connecticut Avenue., NW, Suite 300 |
| 8 | Washington, DC 20036 |
| | Telephone: (202) 822-5100 |
| 9 | Facsimile: (202) 822-4997 |
| | sskalet@findjustice.com |
| 10 | cbriskin@findjustice.com |



IT IS SO ORDERED
Judge Edward J. Davila
Dated: 9/5/2014

11  Attorneys for Plaintiffs

12  [Additional counsel appear on signature page.]

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

15  SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No.:   5:09-CV-01911-EJD |
| | JOINT STIPULATION EXTENDING THE BRIEFING SCHEDULE RE: RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS |
| | Date:         November 6, 2014 |
| | Time:        1:30 p.m. |
| | Judge:       Honorable Edward J. Davila |
| | Courtroom: 4, 5th Floor |

ZELDES HAEGGQUIST & ECK, LLP

WHEREAS, on August 11, 2014, the Court issued the following briefing schedule regarding the parties Renewed Motion or Final Approval of Class Action Settlement and Attorneys' Fees and Costs ("Renewed Motion") (Dkt. No. 229):

1. Plaintiffs and Defendants shall file a Renewed Motion on or before September 5, 2014;

2. Any response or opposition to the Renewed Motion shall be filed on or before September 19, 2014;

3. Any reply to the Renewed Motion shall be filed on or before October 3, 2014; and

4. Hearing on the Renewed Motion scheduled for November 6, 2014 at 1:30 p.m.

WHEREAS, while the parties have no conflict with the November 6, 2014 hearing date, due to the parties' schedules and obligations on other matters, the parties respectfully request a modification of the briefing schedule as follows:

1. Apple will provide Objector Marie Newhouse with the information Ms. Newhouse requested and Apple agreed to provide by September 5, 2014;

2. Plaintiffs and Defendants shall file a Renewed Motion on or before 12:00 p.m. PST on September 10, 2014;

3. Any response or opposition to the Renewed Motion shall be filed on or before September 22, 2014;

4. Any reply to the Renewed Motion shall be filed on or before October 6, 2014; and

1       5.    Hearing on the Renewed Motion on November 6, 2014 at 1:30 p.m. or

2 as soon thereafter as the matter may be heard.

                                          Respectfully submitted,

Dated: September 4, 2014         ZELDES HAEGGQUIST & ECK, LLP
                                          HELEN I. ZELDES (220051)
                                          AARON M. OLSEN (259923)
                                          ALREEN HAEGGQUIST (221858)
                                          AMBER ECK (177882)

                                          By:         s/Helen I. Zeldes
                                                    HELEN I. ZELDES

                                          625 Broadway, Suite 1000
                                          San Diego, CA 92101
                                          Telephone: (619) 342-8000
                                          Facsimile: (619) 342-7878
                                          helenz@zhlaw.com
                                          alreenh@zhlaw.com
                                          aarono@zhlaw.com

                                          STEVEN A. SKALET (admitted *pro hac vice*)
                                          CRAIG L. BRISKIN (admitted *pro hac vice*)
                                            MEHRI & SKALET, PLLC
                                          1250 Connecticut Avenue., NW, Suite 300
                                          Washington, DC 20036
                                          Telephone: (202) 822-5100
                                          Facsimile: (202) 822-4997
                                          sskalet@findjustice.com
                                          cbriskin@findjustice.com

                                          LINER GRODE STEIN YANKELEVITZ
                                          SUNSHINE REGENSTREIF & TAYLOR LLP
                                          ANGELA C. AGRUSA (131337)
                                          1100 Glendon Avenue, 14th Floor
                                          Los Angeles, CA 90024-3503
                                          Telephone: (310) 500-3500
                                          Facsimile: (310) 500-3501
                                          aagrusa@linerlaw.com
                                          cchan@linerlaw.com

                                          MCNICHOLAS & MCNICHOLAS LLP
                                          PATRICK MCNICHOLAS (125868)
                                          10866 Wilshire Boulevard Suite 1400
                                          Los Angeles, CA 90024-4338
                                          Telephone: (310) 474-1582
                                          Facsimile: (310) 475-7871
                                          pmc@mcnicholaslaw.com
                                          cbs@mcnicholaslaw.com

                                          Attorneys for Plaintiffs

(Left margin: ZELDES HAEGGQUIST & ECK, LLP)

| | | |
|---|---|---|
| 1 | Dated: September 4, 2014 | MORRISON & FOERSTER LLP<br>PENELOPE A. PREOVOLOS<br>TIFFANY CHEUNG<br>JUSTIN D. HOOGS |

By:       s/Penelope A. Preovolos
          PENELOPE A. PREOVOLOS

425 Market Street
San Francisco, California 94105-2482
Telephone:  415-268-7000
Facsimile:  415-268-7522
PPreovolos@mofo.com
TCheung@mofo.com
JHoogs@mofo.com

Attorneys for Defendant

Dated: September 4. 2014            CENTER FOR CLASS ACTION FAIRNESS
THEODORE H. FRANK (196332)

By:       s/Theodore H. Frank
          THEODORE H. FRANK

1718 M Street, NW, No. 236
Washington, DC 20036
Telephone:  703-203-3848
TFrank@gmail.com

Attorneys for Objector Marie Newhouse

Certificate Pursuant to Local Rule 5-1(i)(3)

    I, Helen I. Zeldes, am the ECF User whose identification and password are being used to file the Joint Case Management Conference Statement.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Penelope A. Preovolos and Theodore H. Frank have concurred in this filing.

Dated:  September 4, 2014

      s/Helen I. Zeldes
      HELEN I. ZELDES

(left margin: ZELDES HAEGGQUIST & ECK, LLP)

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. I further hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List (listed below).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 4, 2014.

                                                  s/Helen I. Zeldes
                                                  HELEN I. ZELDES

ZELDES HAEGGQUIST & ECK, LLP
HELEN I. ZELDES (220051)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
HelenZ@zhlaw.com

| Theodore H. Frank | Robert Gaudet |
|---|---|
| tfrank@gmail.com | 800 Fifth Avenue, Suite 4100 |
| CENTER FOR CLASS ACTION FAIRNESS | Seattle, WA 98104 |
| 1718 M Street NW, No. 236 | |
| Washington, DC 20036 | |
| Telephone: 703-303-3848 | Pro se |
| Facsimile: 301-362-0362 | |

Attorney for Objector Marie Newhouse

ZELDES HAEGGQUIST & ECK, LLP

JOINT STIP. EXTENDING BRIEFING SCHEDULE - Case No. 5:09-CV-01911-EJD     4