PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JUSTIN D. HOOGS (CA SBN 267699)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. 09-CV-01911-EJD<br><br>**DECLARATION OF PENELOPE A. PREOVOLOS IN SUPPORT OF RENEWED MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor<br>Date:  November 6, 2014<br>Time:  1:30 p.m. |

I, PENELOPE A. PREOVOLOS, declare and state:

1.  I am a member of the Bar of the State of California and a partner in the law firm of Morrison & Foerster LLP, attorneys of record for defendant Apple Inc. ("Apple"), in the above-captioned action.  I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would competently testify thereto.

2.  After the present litigation was filed, the parties agreed to engage in mediation.  Prior to commencing mediation, the parties engaged in extensive pre-mediation discovery.  Apple supplied plaintiff with over 80,000 pages of information about, among other things, the design of the Adapter, its testing, sales data, failure rates, and customer complaints.

3. The parties conducted a full-day structured mediation session before the Honorable Fern Smith (ret.) of JAMS on August 31, 2010. At the end of the day, the parties came to an agreement in principle on the key terms of the settlement to class members.

4. The parties did not discuss attorneys' fees until all other material terms of the settlement were agreed upon. The parties conducted another mediation session to address attorney's fees on November 11, 2010. The parties did not reach agreement during the mediation, but subsequently agreed to a mediator's proposal.

5. The parties signed a term sheet on December 13, 2010. Negotiations regarding the details of the settlement documents continued for over seven months, and the parties executed the Settlement Agreement in July 2011.

6. On September 9, 2011, pursuant to CAFA, Apple sent a Notice of Class Settlement to the U.S. Attorney General and to the attorneys general of every state. The Notice attached copies of the Complaint, the Stipulation of Settlement and all exhibits thereto, and the Court's Preliminary Approval Order. Neither the U.S. Attorney General nor any of the states' attorneys general objected to the settlement. A true and correct copy of the Notice of Class Settlement is attached as Exhibit A.

7. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Fern M. Smith executed on January 11, 2012 and filed on January 18, 2012 (ECF No. 90).

8. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Nancy Laxson-Highton in Support of Final Settlement Approval executed and filed on January 18, 2012 (ECF No. 95).

9. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Jonathan D. Carameros Re: Notice Procedures executed and filed on January 18, 2012 (ECF No. 96).

10. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Sissie Twiggs in Support of Final Settlement Approval executed and filed on January 18, 2012 (ECF No. 94).

11. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Allan Coulson in Support of Final Settlement Approval executed and filed on January 27, 2012 (ECF No. 98-13).

12. Attached hereto as Exhibit G is a true and correct copy of the Supplemental Declaration of Jonathan D. Carameros Re: Notice Procedures executed on February 24, 2012 and filed on February 27, 2012 (ECF No. 102).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on September 10, 2011 at San Francisco, California.

                                                  /s/ *Penelope A. Preovolos*
                                                  Penelope A. Preovolos