# Exhibit C

PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-01911 JW<br><br>**DECLARATION OF NANCY LAXSON-HIGHTON IN SUPPORT OF FINAL SETTLEMENT APPROVAL**<br><br>Date: February 27, 2012<br>Time: 9:00 am<br>Place: Courtroom 9<br>The Honorable James Ware |
|---|---|

I, Nancy Laxson-Highton, declare and state:

1. I am employed by Apple Inc. in the position of Manager, Legal Specialists. I have personal knowledge of all the matters set forth below, except as to those matters stated on information and belief and, if called upon to do so, I could and would competently testify thereto.

2. Apple is a California corporation with its principal place of business at Cupertino, California.

3. I identified the registration database, kept in the ordinary course of Apple's business, which contains the names, street addresses and email addresses of the potential Class Members. I use the term "potential Class Members" in this declaration because at the time the various forms of notice described were given, it was not yet known which potential class members would timely and validly request exclusion from the Class. Consumers do not register adapters. Apple does, however, have in its registration database names, street and/or email addresses for owners of the Apple MacBook and MacBook Pro computers for which the replacement adapters sold by Apple were the MagSafe 60W or 85W Adapter ("Subject Computers") and who registered their computers with Apple. I directed Apple's database personnel to extract from the registration database a list of the potential Class Members, and provided that list to Kurtzman Carson Consultants.

4. Apple is not able to determine the total number of potential Class Members, because some Class Members bought more than one Subject Computer. However, I am informed and believe that Apple sold approximately 9.6 million Subject Computers and approximately 1.3 million standalone Adapters potentially covered by the Settlement.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on January 18, 2011, at Cupertino, California.

                                                                                    /s/ Nancy Laxson-Highton
                                                                                        Nancy Laxson-Highton

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file the Declaration of Nancy Laxson-Highton. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                                      By:   /s/ Penelope A. Preovolos
                                                                  Penelope A. Preovolos