# Exhibit D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-01911 JW<br><br>**DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES** |

I, **JONATHAN D. CARAMEROS,** declare:

     1.     I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

     2.     The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the Notice Procedures for the MagSafe Apple Power Adapter settlement following the Preliminary Approval.

     3.     KCC was retained to, among other tasks, e-mail a copy of the Summary Notice of

Settlement (the "Summary Notice"), mail a postcard informing Class Members of the fact of the settlement (the "Settlement Postcard"), and post the Notice of Pendency and Proposed Settlement of Class Action (the "Class Notice") and the Claim Form, Instructions and Release (the "Claim Form") to the settlement website. Copies of the Summary Notice, Settlement Postcard, Class Notice, and Claim Form are attached hereto as Exhibits A, B, C and D respectively.

4. On October 21, 2011, KCC received from the Defendant a computerized list of 8,680,091 names, addresses, email addresses and subject computer serial numbers characterized as the Settlement Class List, i.e., all United States residents who (1) are the original owners of an Apple MacBook or MacBook Pro computer that shipped with a 60W or 85W MagSafe "MPM-1" Power Adapter ("Subject Computers") and/or (2) purchased a standalone 60W or 85W MagSafe "MPM-1" Power Adapter. The Settlement Class includes original owners who received their Subject Computer(s) as a gift. The Settlement Class excludes Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

5. On or before November 7, 2011, I caused the addresses in the Settlement Class List to be updated using the National Change of Address ("NCOA") database, which updates addresses for all people who had moved during the previous four years and filed a change of address form with the U.S. Postal Service. Of the 8,680,091 addresses run through the NCOA database, new addresses were found for 937,508 class members. The Settlement Class List was updated with these new addresses.

6. Of the 8,680,091 Settlement Class Members, 6,343,615 contained an email address and 2,336,476 did not contain an email address. Of the 6,343,615 Settlement Class Members with email addresses, 819,737 were identified as duplicate or invalid email addresses, resulting in 5,523,878 unique and valid email addresses.

7. On or before November 7, 2011, I caused a toll-free number (the "Toll-Free Number") to be established (888-332-0277) that Settlement Class Members could call to request Notice Packets.

8. On or before November 7, 2011, I caused a website to be established (http://www.AdapterSettlement.com) to provide information about the settlement and to allow Class Members to create and download copies of the Claim Form and Notice.

DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES

9.      Of the 2,336,476 Settlement Class Members that did not have an email address, 418,424 were identified as having a duplicate or invalid mailing address resulting in 1,918,052 unique and valid mailing addresses.

10.      On or before November 14, 2011, I caused the 1,918,052 Settlement Postcards to be printed and mailed by First Class postage via the U.S. Postal Service.

11.      Commencing on November 10, 2011 and continuing through November 16, 2011, I caused the 5,523,878 Settlement Class Members to be notified via email.  Of the 5,523,878 emails which were sent, 664,998 were returned as undeliverable.

12.      Of the 664,998 Settlement Class Members that returned an undeliverable email notification, 14,323 were identified as having a duplicate or invalid mailing address resulting in 650,675 unique and valid mailing addresses.

13.      On or before December 7, 2011, I caused the 650,675 Settlement Postcards to be printed and mailed by First Class postage via the U.S. Postal Service.

14.      During the period November 10, 2011 through January 18, 2012, 15,603 Settlement Postcards were returned to KCC by the U.S. Postal Service with forwarding addresses.  I caused the Class Member List to be updated with the new addresses and Settlement Postcards to be re-mailed to the class members at each of these new addresses.

15.      During the period November 10, 2011 through January 18, 2012, 300,008 Settlement Postcards were returned to KCC by the U.S. Postal Service without forwarding addresses.

16.      As of the date of this declaration, 13,365 calls have been received at the Toll-Free Number.  Of these callers, 4,689 requested a Notice Packet.

17.      As of the date of this declaration, KCC has received 61 Requests for Exclusion.  A list of the individuals requesting exclusion is attached hereto as Exhibit E.

18.      As of the date of this declaration, there were approximately 248,363 unique visitors to the settlement website.

DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES

19.     As of the date of this declaration, approximately 9,332 Claim Forms have been filed by Settlement Class Members.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 18th day of January 2012 at Novato, California.

Jonathan D. Carameros

DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES

EXHIBIT A

<u>LEGAL NOTICE</u>

**If you are the original owner of certain MacBook or MacBook Pro computers and/or you purchased a standalone 60W or 85W MagSafe power adapter for these computers, you could be entitled to benefits under a class action settlement**

The settlement will provide a cash payment if you are the original owner (by purchase or gift) of certain Apple MacBook or MacBook Pro computer models ("Subject Computer") or separately purchased an Apple 60W or 85W MagSafe "T" Power Adapter ("Adapter"), your Adapter showed signs of Strain Relief Damage, and you purchased an Adapter as a replacement ("Replacement Adapter") within three years of purchasing the Subject Computer or Adapter. You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future. The United States District Court for the Northern District of California authorized this notice. The Court will have a hearing to consider whether to approve the settlement, so that the benefits may be paid.

**WHO'S AFFECTED?**

You're a "Class Member" if you are a United States resident who purchased in the United States an Apple MacBook or MacBook Pro computer or an Apple 60W or 85W MagSafe MPM-1 ("T") Power Adapter.

**WHAT'S THIS ABOUT?**

The lawsuit claimed that the MagSafe "T" Adapter is defective in that it allegedly "dangerously frays, sparks and prematurely fails to work," and that Apple engaged in misrepresentations regarding the Adapter. Apple denies all allegations and has asserted many defenses. Apple is entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing.

**WHAT CAN YOU GET FROM THE SETTLEMENT?**

Apple has agreed to provide a cash payment to Class Members who purchased a Replacement Adapter for a Subject Computer or Adapter covered by the settlement and who send in a valid claim form. The settlement provides for different cash payments depending on when you purchased a Replacement Adapter.

| YEAR REPLACEMENT ADAPTER PURCHASED | CASH PAYMENT AMOUNT |
|---|---|
| YEAR 1 | THE ACTUAL AMOUNT PAID FOR THE REPLACEMENT ADAPTER (EXCLUDING TAX & SHIPPING) UP TO $79 |
| YEAR 2 | $50 |
| YEAR 3 | $35 |

There is a limit of three refunds per Subject Computer.

You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future.

**HOW DO YOU GET A PAYMENT?**
A detailed notice and claim form package contains everything you need. Just call 1-888-332-0277 or go to www.AdapterSettlement.com to get one.

**HOW DO YOU GET A REPLACEMENT ADAPTER?**

If your Adapter shows signs of Strain Relief Damage now or in the future, you may claim a replacement under Apple's Adapter Replacement Program by taking your Adapter and computer to an Apple Retail Store or Apple Authorized Service Provider or contacting AppleCare. Strain Relief Damage means fraying, melting, straining, sparking, weakening, discoloration, bubbling, overheating and/or separation of the Adapter's strain reliefs.

**IMPORTANT DEADLINES**

To claim a cash payment, you must mail the claim form postmarked on or before March 21, 2012. To obtain a Replacement Adapter, you must contact Apple within three years from the date you purchased a Subject Computer or standalone Adapter, or May 21, 2012, whichever is later; no claim form is required. **If you do not claim a cash payment or Replacement Adapter within these time periods, you will lose your right to obtain these benefits.**

**WHAT ARE YOUR OPTIONS?**

If you don't want to make a claim and you don't want to be legally bound by the settlement, you must postmark your request to exclude yourself by January 6, 2012, or you won't be able to sue, or continue to sue, Apple about the legal claims in this case. If you exclude yourself, you will not be eligible to receive a payment from this settlement.

If you stay in the Class, you may object to the settlement. Objections must be received by January 6, 2012. The detailed notice describes how to exclude yourself or object. The Court will hold a hearing in this case (*In re MagSafe Power Adapter Litigation, Case No. C09-01911-JW*) on February 27, 2012, at 9:00 a.m. to consider whether to approve (1) the settlement and (2) attorneys' fees and expenses of up to $3.1 million and service payments to Plaintiffs of $5,000 each (not to exceed $30,000). You may appear at the hearing, but you don't have to. To obtain a full notice and claim form, go to www.AdapterSettlement.com or call toll free 1-888-332-0277. For more details, go to www.AdapterSettlement.com or write to Helen Zeldes, Esq., **Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, CA 92101, 619-342-8000.**

Please do not reply to this email.

EXHIBIT B

# Notice of
# Apple Adapter Settlement
# For Certain MacBook
# and MacBook Pro
# Computers and
# For Standalone
# 60W or 85W MagSafe
# Power Adapters

## MPA

MagSafe Power Adapter
Claims Administrator
c/o Kurtzman Carson Consultants LLC
P.O. Box 43042
Providence, RI  02940-3042

First-Class
Mail
US Postage
Paid
Permit #__

«Barcode»
Postal Service: Please do not mark barcode

Claim #:  MPA-«ClaimID»     «MailRec»

«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «ST»  «Zip»  «Country»

**Attention:**  The settlement will provide a cash payment if you are the original owner of certain Apple MacBook or MacBook Pro computer models ("Subject Computer") or separately purchased an Apple 60W or 85W MagSafe MPM-1 ("T") Power Adapter ("Adapter"), your Adapter showed signs of Strain Relief Damage, and you purchased an Adapter as a replacement ("Replacement Adapter") within three years of purchasing the Subject Computer or Adapter.  You may also be able to obtain a Replacement Adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage in the future.  The United States District Court for the Northern District of California authorized this Notice.

**To learn more about the settlement (including whether your computer is covered by the settlement), make a claim or exclude yourself from the settlement**, call 1-888-332-0277 or go to www.AdapterSettlement.com.

**The Settlement:**  The settlement will provide a cash payment if you are the original owner (by purchase or gift) of certain Apple MacBook or MacBook Pro computers ("Subject Computer") or separately purchased an Apple 60W or 85W MagSafe MPM-1 ("T") Power Adapter  ("Adapter"), the Adapter showed signs of Strain Relief Damage, and you purchased a Replacement Adapter at your own expense within the first three years following the initial purchase of the Subject Computer or Adapter.  If the Court approves the settlement, you may be entitled to a cash payment in the following amounts depending on whether you purchased your Replacement Adapter during the first, second or third year following the initial retail purchase of the Subject Computer or Adapter:  (a) first year, the actual amount you paid (excluding taxes and shipping/handling fees) up to a maximum of $79; (b) second year $50; (c) third year $35.  There is a limit of three refunds per Subject Computer. You may also be able to obtain a Replacement Adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future.

**Your Rights:**  If you qualify, you may send in a Claim Form to ask for payment, or you can exclude yourself from the settlement or object to the settlement.  To claim a cash payment, you must mail the Claim Form postmarked on or before March 21, 2012.  To claim a Replacement Adapter, you must contact Apple within three years from the date you purchased a Subject Computer or standalone Adapter, or May 21, 2012, whichever is later.  If you don't want a payment and you don't want to be legally bound by the settlement, your opt-out request must be postmarked by **January 6, 2012.**  If you stay in the Class, any objection you have to the settlement must be received by **January 6, 2012**.  Call 1-888-332-0277 or go to www.AdapterSettlement.com to get the information you need to make a claim, exclude yourself or object**.**  The Court will hold a hearing in this case (*In re Magsafe Apple Power Adapter Litigation*, Case No. C09-01911-JW) on February 27, 2012, at 9:00 a.m. to consider whether to approve (1) the settlement and (2) attorneys' fees and expenses of up to $3.1 million and a service award to each named plaintiff of $5,000.  You may appear at the hearing, but you don't have to.  To obtain a full Notice and Claim Form, go to www.AdapterSettlement.com or call toll free 1-888-332-0277.  For more details, go to www.AdapterSettlement.com or write to Helen Zeldes, Esq., Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, CA 92101, (619) 342-8000.

EXHIBIT C

**If you are the original owner of certain MacBook or MacBook Pro computers and/or you purchased a standalone 60W or 85W MagSafe power adapter for these computers, you could be entitled to benefits under a class action settlement.**

*The United States District Court, Northern District of California, authorized this Notice. This is not a solicitation from a lawyer.*

- The settlement will provide a cash payment if you are the original owner of certain Apple MacBook or MacBook Pro computers or separately purchased an Apple 60W or 85W MagSafe "T" Power Adapter, the Adapter showed signs of Strain Relief Damage, and you purchased a Replacement Adapter (defined below) within the first three years following the initial purchase of the computer or Adapter. The amount of the cash payment will vary; see the chart on page 4 for payment amounts. You may also be able to obtain a replacement adapter at no charge from Apple if your adapter shows signs of Strain Relief Damage now or in the future.

- You must be a United States resident who (1) is the original owner (by purchase or gift) of an Apple MacBook or MacBook Pro computer listed on the settlement website, www.AdapterSettlement.com and/or (2) purchased a standalone 60W or 85W MagSafe "T" Power Adapter. For convenience, these computers are referred to as the "Subject Computers" and the adapters shipped with the Subject Computer or purchased standalone are referred to as "Adapters."

- To be eligible for a cash payment, the Replacement Adapter that you purchased because your Adapter showed signs of Strain Relief Damage (defined below) must be an Apple-branded 60W or 85W MagSafe Power Adapter (referred to as a "Replacement Adapter"). You must have purchased the Replacement Adapter at your own expense within the first three years following the initial purchase of the Subject Computer or Adapter.

- If your Adapter shows signs of Strain Relief Damage now or in the future and you have not yet purchased a Replacement Adapter, you may obtain a replacement adapter from Apple free of charge. See section 11 below for details and deadlines.

- The Adapter shipped with your Subject Computer or purchased standalone must look like this to be covered by the settlement:



- Your legal rights are affected whether you act or don't act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| SUBMIT A CLAIM FORM | The only way to get a payment. |
| EXCLUDE YOURSELF | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against Apple about the legal claims in this case. |
| OBJECT | Write to the Court about why you don't like the settlement. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. |
| DO NOTHING | Get no payment. Give up rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after appeals are resolved. Please be patient.

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** .................................................................................. PAGE 3
1. Why did I get this Notice package?
2. What is this lawsuit about?
3. Why is this a class action?
4. Why is there a settlement?

**WHO IS IN THE SETTLEMENT** ........................................................................ PAGE 3
5. How do I know if I am part of the settlement?
6. Are there exceptions to being included?
7. If I purchased a Subject Computer or Adapter but did not pay for a Replacement Adapter as described, am I included in the Class?
8. I'm still not sure if I am included.

**THE SETTLEMENT BENEFITS—WHAT YOU GET** .............................................. PAGE 4
9. What does the settlement provide?
10. What cash payment amount can I get under the settlement?

**HOW YOU GET A REPLACEMENT ADAPTER** .................................................. PAGE 5
11. What can I get if my Adapter shows signs of Strain Relief Damage in the future?

**HOW YOU GET A CASH PAYMENT—**
**SUBMITTING A CLAIM FORM** ........................................................................ PAGE 5
12. How can I get a cash payment?
13. When would I get my cash payment?
14. What am I giving up to get a cash payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ......................................... PAGE 6
15. How do I get out of the settlement?
16. If I don't exclude myself, can I sue Apple for the same thing later?
17. If I exclude myself, can I get money from this settlement?

**THE LAWYERS REPRESENTING YOU** ............................................................. PAGE 6
18. Do I have a lawyer in this case?
19. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** ................................................................ PAGE 7
20. How do I tell the Court that I don't like the settlement?
21. What's the difference between objecting and excluding?

**THE COURT'S FAIRNESS HEARING** .............................................................. PAGE 7
22. When and where will the Court decide whether to approve the settlement?
23. Do I have to come to the hearing?
24. May I speak at the hearing?

**IF YOU DO NOTHING** .................................................................................. PAGE 8
25. What happens if I do nothing at all?

**GETTING MORE INFORMATION** ................................................................... PAGE 8
26. Are there more details about the settlement?
27. How do I get more information?

# BASIC INFORMATION

## 1. Why did I get this Notice package?

You may be a United States resident (person or entity) who is the original owner of a Subject Computer or who separately purchased an Adapter.

The Court ordered this Notice to be sent to you because you have a right to know about a proposed settlement of a class action lawsuit, and about your options, before the Court decides whether to approve the settlement. If the Court approves it and after any appeals are resolved, an administrator will make the payments that the settlement allows.

This package explains the lawsuit, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is known as *In re Magsafe Apple Power Adapter Litigation*, Case No. C09-01911-JW. The people who sued are called Plaintiffs, and the company they sued, Apple Inc., is called the Defendant.

## 2. What is this lawsuit about?

The lawsuit claimed that the Adapter is defective in that it "dangerously frays, sparks and prematurely fails to work," and that Apple engaged in misrepresentations regarding the Adapter. Apple denies all allegations and has asserted many defenses. The settlement is not an admission of wrongdoing.

## 3. Why is this a class action?

In a class action, one or more people, called Class Representatives (in this case Naotaka Kitagawa, Timothy J. Broad, Jesse Reisman, Tracey Hackwith, and Michael Martin), sue on behalf of people who have alleged similar claims. All these people are a Class or Class Members. One court resolves the issues for all Class Members, except for those who choose to exclude themselves from the Class. Chief United States District Court Judge James Ware is in charge of this class action.

## 4. Why is there a settlement?

The Court did not decide in favor of Plaintiffs or Defendant. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and settlement benefits go to the Class Members. The Class Representatives and the attorneys think the settlement is best for the Class Members.

# WHO IS IN THE SETTLEMENT

To see if you are eligible for benefits, you first have to determine whether you are a Class Member.

## 5. How do I know if I am part of the settlement?

Judge Ware has decided that everyone who fits this description is a Class Member: All United States residents who (1) are the original owners of an Apple MacBook or MacBook Pro computer that shipped with a 60W or 85W MagSafe MPM-1 ("T") Power Adapter ("Subject Computers") and/or (2) purchased a standalone 60W or 85W MagSafe MPM-1 ("T") Power Adapter. The Settlement Class includes original owners who received their Subject Computer(s) as a gift.

### 6. Are there exceptions to being included?

The Class does *not* include Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; and all persons who validly request exclusion from the Settlement Class.

### 7. If I purchased a Subject Computer or Adapter but did not pay for a Replacement Adapter as described, am I included in the Class?

Yes, because if your Adapter shows signs of Strain Relief Damage now or in the future, you may be eligible for a free replacement from Apple.

### 8. I'm still not sure if I am included.

If you are still not sure whether you are included, you can visit the website, www.AdapterSettlement.com, for more information.

## THE SETTLEMENT BENEFITS—WHAT YOU GET

### 9. What does the settlement provide?

Apple has agreed to provide a cash payment to Class Members who purchased a Replacement Adapter for a Subject Computer or Adapter covered by the settlement and who send in a valid Claim Form.  The cash payment covers the purchase of a Replacement Adapter within the first three years following the initial purchase of the Subject Computer or Adapter, and before November 22, 2011.  The amount of the cash payment will vary depending on when the Replacement Adapter was purchased.

You may also be able to obtain a replacement adapter at no charge from Apple if your adapter shows signs of Strain Relief Damage now or in the future.

### 10. What cash payment amount can I get under the settlement?

The settlement provides for different cash payments depending on when you purchased a Replacement Adapter.

| Year of Purchase of Replacement Adapter | Cash Payment Amount | Must Show the Following to Receive Cash Payment |
|---|---|---|
| During the first year following the initial purchase of the Subject Computer or Adapter | Amount paid for the Replacement Adapter (excluding sales tax and shipping/handling fees) not to exceed $79 | 1.  Proof of purchase of Replacement Adapter; and<br><br>2.  Valid Claim Form. |
| During the second year following the initial purchase of the Subject Computer or Adapter | $50 | 1.  Proof of purchase of Replacement Adapter; and<br><br>2.  Valid Claim Form. |
| During the third year following the initial purchase of the Subject Computer or Adapter | $35 | 1.  Proof of purchase of Replacement Adapter; and<br><br>2.   Valid Claim Form. |

**There is a limit of three refunds per Subject Computer.**

- 4 -

## HOW YOU GET A REPLACEMENT ADAPTER

| **11. What can I get if my Adapter shows signs of Strain Relief Damage in the future?** |
| --- |

If your Adapter shows signs of Strain Relief Damage now or in the future, you may claim a replacement under Apple's Adapter Replacement Program by taking your Adapter and computer to an Apple Retail Store or Apple Authorized Service Provider or contacting AppleCare.

Strain Relief Damage means fraying, melting, straining, sparking, weakening, discoloration, bubbling, overheating and/or separation of the Adapter's strain reliefs. For more information regarding Strain Relief Damage or Apple's Adapter Replacement Program, see http://support.apple.com/kb/TS1713.

For Adapters shipped with a Subject Computer, you will have three years from the date of purchase of the Subject Computer or May 21, 2012, whichever is later, to claim a replacement adapter. For Adapters purchased separately, you will have three years from the date of purchase of the Adapter or May 21, 2012, whichever is later, to claim a replacement. **If you do not claim a replacement adapter within these time periods, you will lose your right to obtain a replacement.** Apple will continue the Adapter Replacement Program until December 31, 2012; Apple will have no obligation to honor adapter replacement claims made after December 31, 2012.

## HOW YOU GET A CASH PAYMENT—SUBMITTING A CLAIM FORM

| **12. How can I get a cash payment?** |
| --- |

To qualify for a cash payment, you must send in a Claim Form. A Claim Form, including instructions on how to make a claim, is attached to this Notice. You can also get a Claim Form on the Internet at www.AdapterSettlement.com or by calling 1-888-332-0277.

You must read the instructions carefully, fill out the form as directed in the instructions, include all the documents the form asks for, and sign the Claim Form under penalty of perjury. You must mail the Claim Form postmarked on or before March 21, 2012. **If you fail to return your Claim Form by the required date, your claim will be rejected, and you will be deemed to have waived all rights to receive any cash benefit under this settlement.**

Follow all the instructions on the Claim Form.

| **13. When would I get my cash payment?** |
| --- |

The Court will hold a hearing on February 27, 2012 at 9:00 a.m., to decide whether to approve the settlement. If Judge Ware approves the settlement, there may be appeals. The appeal process can take time, perhaps more than a year. Please be patient.

| **14. What am I giving up to get a cash payment or stay in the Class?** |
| --- |

Unless you choose to exclude yourself, you will remain in the Class. That means that you are eligible for a cash payment but can't sue, continue to sue, or be part of any other lawsuit against Apple about the legal issues in this case. It also means that all of the Court's orders will apply to you and legally bind you. If you sign the Claim Form, you will agree to a "Release of Claims," included with the Claim Form, which describes exactly the legal claims that you are giving up.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this settlement, but you want to keep the right to sue or continue to sue Apple, on your own, about the legal issues in this case, then you must take steps to get out. This is called excluding yourself—or is sometimes referred to as opting out of the Settlement Class.

### 15. How do I get out of the settlement?

To exclude yourself from the settlement, you must fill out and mail the section of the Claim Form saying that you want to be excluded from *In re Magsafe Apple Power Adapter Litigation*, Case No. C09-01911-JW. Be sure to include your name, address, telephone number, the serial number of your Subject Computer, and your signature. You must mail your exclusion request postmarked no later than **January 6, 2012**, to:

*MagSafe Power Adapter* **Claims Administrator**
c/o Kurtzman Carson Consultants LLC
P.O. Box 43043
Providence RI 02940-3043

You can't exclude yourself on the phone or by fax or e-mail. If you ask to be excluded, you will not receive any settlement payment, and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Apple in the future about the legal issues in this case.

### 16. If I don't exclude myself, can I sue Apple for the same thing later?

No. Unless you exclude yourself, you give up the right to sue Apple for the claims that this settlement resolves. You must exclude yourself from *this* Class to pursue your own lawsuit. Remember, your exclusion must be postmarked on or before January 6, 2012.

### 17. If I exclude myself, can I get money from this settlement?

No. If you exclude yourself, do not send in a Claim Form to ask for any money. But, you will not lose any right you may have to sue, continue to sue, or be part of a different lawsuit against Apple about the legal issues in this case.

## THE LAWYERS REPRESENTING YOU

### 18. Do I have a lawyer in this case?

The Class is represented in this case by Helen I. Zeldes of Zeldes & Haeggquist, LLP in San Diego, California and Steven A. Skalet of Mehri & Skalet, PLLC in Washington, DC. Together, these lawyers are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 19 How will the lawyers be paid?

Class Counsel will ask the Court for attorneys' fees and expenses of up to $3.1 million, and service awards to Plaintiffs in the amount of $5,000 each (total not to exceed $30,000). Apple will separately pay the fees, service awards, and expenses that the Court awards. These amounts will not come out of any funds for payments to Class Members. Apple has agreed not to oppose these fees, service awards, and expenses. Apple will also separately pay the costs to administer the settlement.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the settlement or some part of it.

### 20. How do I tell the Court that I don't like the settlement?

If you're a Class Member, you can object to the settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to the settlement in *In re Magsafe Apple Power Adapter Litigation*, Case No. C09-01911-JW. Be sure to include your name, address, telephone number, the serial number of your Subject Computer, your signature, and the reasons you object to the settlement. If you have objected to other class action settlements on more than 3 occasions, you must list all cases in which you have filed an objection. The objection and any supporting papers must be mailed to and actually received by all of the following three addressees no later than **January 6, 2012**:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>for the Northern District of<br>California<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Helen I. Zeldes<br>Zeldes & Haeggquist, LLP<br>625 Broadway, Suite 906<br>San Diego, CA 92101 | Penelope A. Preovolos<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 |

### 21. What's the difference between objecting and excluding?

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object, because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend, and you may ask to speak, but you don't have to.

### 22. When and where will the Court decide whether to approve the settlement?

The Court will hold a Fairness Hearing at 9:00 a.m. on February 27, 2012, at the United States District Court for the Northern District of California, San Francisco Division, Courtroom 9 (19th Floor) located at 450 Golden Gate Avenue, San Francisco, California, 94102. At this hearing the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Ware will listen to people who have asked to speak at the hearing. The Court may also consider how much to award Class Counsel. After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take.

### 23. Do I have to come to the hearing?

No. Class Counsel will answer questions Judge Ware may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as your written objection was received on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary. Finally, you may seek to intervene in the action, but you need not do so.

## 24. May I speak at the hearing?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that you intend to appear and speak at the Fairness Hearing in "*In re Magsafe Apple Power Adapter Litigation*, Case No. C09-01911-JW." Be sure to include the case name and number, your name, address, telephone number, and your signature. Your letter of intent to appear and speak must be received by the Clerk of the Court, Class Counsel, and Defense Counsel, at the three addresses in question 20, no later than **January 6, 2012**. You cannot speak at the hearing if you excluded yourself.

## IF YOU DO NOTHING

## 25. What happens if I do nothing at all?

If you do nothing, you will be part of the settlement class. You will not receive a cash payment from the settlement unless you file a valid and timely Claim Form. You won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Apple about the legal issues in this case.

## GETTING MORE INFORMATION

## 26. Are there more details about the settlement?

This Notice summarizes the proposed settlement. More details are in a Settlement Agreement. Copies of the Settlement Agreement and the pleadings and other documents relating to the case are on file at the United States District Court for the Northern District of California, San Francisco Division, and may be examined and copied at any time during regular office hours at the Office of the Clerk, 450 Golden Gate Avenue, San Francisco, California, 94102.

## 27. How do I get more information?

You can visit the settlement website at www.AdapterSettlement.com, where you will find answers to common questions about the settlement, a Claim Form, plus other information. You may also write to Helen I. Zeldes, Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, CA 92101, (619) 342-8000 or Steven A. Skalet, Mehri & Skalet, PLLC, 1250 Connecticut Ave. Suite 300, Washington DC, 20036, (202) 822-5100. **Questions may not be directed to the Court.**

Date: September 27, 2011.

EXHIBIT D

**Apple MagSafe Adapter Claim Form (MacBook and MacBook Pro "T" Adapters)**

**(Including Instructions, Claim Form, Release and Declaration)**

**INSTRUCTIONS**

**READ THESE INSTRUCTIONS CAREFULLY.**
**IF YOU FAIL TO FOLLOW THESE INSTRUCTIONS, YOU MAY LOSE**
**CERTAIN BENEFITS TO WHICH YOU MIGHT OTHERWISE BE ENTITLED.**

1. **Summary of Key Provisions**

   The settlement will provide a cash payment if you are the original owner of an Apple MacBook or MacBook Pro computer (certain models) or separately purchased an Apple 60W or 85 W MagSafe MPM-1 ("T") Power, the Adapter showed signs of Strain Relief Damage, and you purchased a Replacement Adapter (defined below) within the first three years following the initial purchase of the computer or Adapter. The amount of the cash payment will vary. You may also be able to obtain a Replacement Adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage in the future. Please refer to the full Notice for an explanation and chart of the cash payment amounts.

   To receive a cash payment under the settlement, you must fill out and return the attached Claim Form ("Claim Form") postmarked on or before the dates explained in Part 5 below. If you fail to return a valid Claim Form by the deadline, your claim will be rejected and you will lose all rights to these benefits.

   Do not use this Claim Form to request a Replacement Adapter. Please refer to the full Notice for how to request a Replacement Adapter.

   Unless you request exclusion from the class as explained in the Class Notice, you will be bound by the Settlement Agreement and Release and the Final Judgment even if you do not return the Claim Form.

   If you have any questions while completing the Claim Form, please go to www.AdapterSettlement.com.

2. **Who Is Eligible to Claim A Cash Refund Under the Settlement**

   To qualify, you must be a United States resident who (1) is the original owner of an Apple MacBook or MacBook Pro computer listed on the settlement website, www.AdapterSettlement.com and/or (2) purchased a standalone 60W or 85W MagSafe MPM-1 Power Adapter. For convenience, these computers are referred to as the "Subject Computers" and the adapters shipped with the Subject Computer or purchased standalone are referred to as "Adapters." You must also have purchased an Apple-branded 60W or 85W MagSafe Power Adapter (referred to as a "Replacement Adapter") as a replacement because your Adapter showed signs of Strain Relief Damage. You must have purchased the Replacement Adapter at your own expense within the first three years following the initial purchase of the Subject Computer or Adapter.

3. **One Claim Form Per Subject Computer or Adapter.**

   If you purchased more than one Subject Computer or Adapter, experienced an Adapter failure and paid for a Replacement Adapter for more than one Subject Computer or Adapter, and you wish to make claims for multiple Subject Computers or Adapters, you must fill out a separate Claim Form for each Subject Computer. If you purchased more than one Replacement Adapter for the same Subject Computer or Adapter, you must also fill out a separate Claim Form for each Replacement Adapter purchase. (You may claim refunds for no more than three Replacement Adapters per Subject Computer.) You may print multiple copies of this Claim Form, or make photocopies, if necessary.

4. **How To Make A Claim for a Cash Refund**

   To make a claim, complete and submit this Claim Form, along with the required documentation, in compliance with the instructions below. Send the original of the signed Claim Form and a copy of the required documentation to *MagSafe Power Adapter* Claims Administrator, c/o Kurtzman Carson Consultants LLC, P.O. Box 43043, Providence, RI 02940-3043. Please keep copies for your records.

   **Proof of Purchase**

   You must attach a Proof of Purchase of your Replacement Adapter to your Claim Form. "Proof of Purchase" means an invoice, receipt or other document (such as a credit card statement or cancelled check) evidencing that the product you purchased was a Replacement Adapter, the price paid, date of purchase, and the name and address of the entity from whom the Replacement Adapter was purchased. If the Proof of Purchase does not specifically identify the purchase of a Replacement Adapter or the price paid, you may submit a receipt, bank or credit card statement, or Apple email receipt, showing a purchase from any Apple store (online or in-person) in the amount of $79 or greater, and must declare in the Claim Form that the product purchased was a Replacement Adapter, state the price paid (if not shown in the Proof of Purchase), and highlight the item in the Proof of Purchase that includes the Replacement Adapter. If you cannot locate any of the documents above, you may obtain a duplicate receipt from Apple with regard to your purchase of a Replacement Adapter. To obtain a duplicate receipt, please go to www.AdapterSettlement.com and follow the instructions on how to get your duplicate receipt.

5. **Claims Deadline**

You must mail the Claim Form postmarked on or before March 21, 2012. **If you fail to return your Claim Form by the required date, your claim will be rejected, and you will be deemed to have waived all rights to receive a cash payment under this settlement.**

> **Remember:** To be valid, your Claim Form must be completely and accurately filled out, signed and dated, and must include **all** requested information, including Proof of Purchase. If your Claim Form is incomplete, untimely, illegible, or contains false information, it may be rejected by the Claims Administrator.

6. **Excluding Yourself From the Settlement**

If you wish to exclude yourself from the settlement, fill out Section D of the Claim Form and mail it, postmarked on or before January 6, 2012, to the claims administrator (Kurtzman Carson Consultants). If you do not file a valid and timely request for exclusion on or before January 6, 2012, you will be bound by the Final Judgment dismissing the Action on the merits and with prejudice.

## RELEASE

If the Court approves the proposed settlement, it will enter a Judgment that will dismiss the Actions on the merits and with prejudice as to all Settlement Class Members. All Class Members who do not validly and timely request to be excluded from the proposed settlement will be forever barred from prosecuting their own lawsuits and shall be deemed, on behalf of themselves and their heirs, assigns, and successors, to have fully released and forever discharged the "Released Persons" (as defined below) from all "Released Claims" (as defined below).

"Released Persons" shall mean Apple, and, whether or not specifically named herein, each of its past or present directors, officers, employees, agents, insurers, shareholders, attorneys, advisors, consultants, representatives, partners, affiliates, parents, subsidiaries, joint venturers, independent contractors, wholesalers, resellers, distributors, retailers, related companies and divisions, and each of their predecessors, successors, heirs, and assigns.

"Released Claims" shall mean any and all liabilities, claims, cross-claims, causes of action, rights, actions, suits, debts, liens, contracts, agreements, damages, costs, attorneys' fees, losses, expenses, obligations, or demands, of any kind whatsoever, whether known or unknown, existing or potential, or suspected or unsuspected, whether raised by claim, counterclaim, setoff, or otherwise, including any known or unknown claims, which they have or may claim now or in the future to have, that were or could have been alleged or asserted against any of the Released Persons in the *In re Magsafe Apple Power Adapter Litigation*, Case No. C09-01911, including but not limited to any claims that the Adapters are defective in that they dangerously fray, spark, prematurely fail to work, catch fire, overheat or melt, and any alleged misrepresentations or failures to disclose with respect to the Adapters ("Released Claims"). Personal injury and property damage claims (other than damage to the Adapter itself, including the cords that come with the Adapter) are excluded from the release.

By operation of the Final Judgment, all Settlement Class Members shall be deemed to have waived any and all provisions, rights, and benefits conferred by § 1542 of the California Civil Code or any comparable statutory or common law provision of any other jurisdiction with respect to the Released Claims. Section 1542 reads as follows:

> Certain Claims Not Affected By General Release: A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his settlement with the debtor.

Although the releases granted under the Agreement are not general releases, the Settlement Class Members nonetheless acknowledge that they are waiving the protections of § 1542 and of any comparable statutory or common law provision of any other jurisdiction.

*MagSafe Power Adapter Claims Administrator*
c/o Kurtzman Carson Consultants LLC
P.O. Box 43042
Providence, RI 02940-3042

# MPA

«Barcode»  Claim #:  MPA-«ClaimID»    «MailRec»
«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «ST»  «Zip»  «Country»

(_____) _____     (_____) _____
Area Code          Daytime Telephone Number                          Area Code          Evening Telephone Number

*MagSafe Power Adapter* **Claims Administrator**
c/o Kurtzman Carson Consultants LLC
P.O. Box 43043, Providence, RI 02940-3043
**CLAIM FORM**
*(Please Print or Type)*

**A.  REQUIRED INFORMATION FOR ALL CLAIMANTS**
**You must complete every part of this Section A (except that providing your e-mail address is optional).  The information you provide will be treated as confidential.  Any compensation that Apple provides in response to your claim will be issued to the name and street address you provide.  Please print clearly in blue or black ink.**

E-mail address (optional): _____

► Subject Computer Serial Number: ____  ____  ____  ____  ____  ____  ____  ____  ____  ____  ____

(Location of the serial number varies by computer model.  Go to www.AdapterSettlement.com to determine the location of the serial number on your model.)

► Date Of Initial Retail Purchase of Your Subject Computer: _____, 20____

► Date Replacement Adapter Purchased (if not shown on Proof of Purchase): _____, 20____

► Entity From Whom Replacement Adapter Purchased (if not shown on Proof of Purchase): _____

► Amount Paid for Replacement Adapter, excluding tax and shipping/handling fees (if not shown on Proof of Purchase):  $ _____

**B.  DECLARATION UNDER PENALTY OF PERJURY FOR CLAIMANTS WHOSE PROOF OF PURCHASE DOES NOT SPECIFICALLY IDENTIFY PURCHASE OF AN APPLE PORTABLE POWER ADAPTER**
If your Proof of Purchase does not specifically identify the purchase of an Apple 60W or 85W MagSafe Power Adapter, you **must** check the box below and sign and date under the box:

☐  I declare under penalty of perjury that the product circled or highlighted in the enclosed invoice, receipt or other document was for a Replacement Adapter for the Subject Computer whose serial number I have filled in above.

Signed: _____     Dated (mm/dd/yyyy): _____

**C.  CERTIFICATION**
**Please read, date, and sign the statement below [required for all claims].**
By signing and dating this form below, I acknowledge that I have read the Release attached to this Claim Form, and understand that the Settlement Agreement and Release and the Final Judgment entered in this action will be binding on me, my agents and heirs, and any other person or entity with authority to act on my behalf.

I state under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief.

Signed: _____     Dated (mm/dd/yyyy): _____

**REMINDER**
**Remember to attach your Proof of Purchase to the Claim Form. If you don't return your Claim Form postmarked on or before March 21, 2012, your claim for payment will be rejected.**

**D.  REQUEST FOR EXCLUSION**

I wish to be excluded from *In re MagSafe Apple Power Adapter Litigation*, Case No. C09-01911-JW. Do **not** fill out this Section D if you have claimed a cash refund above. (Only fill out this section if you do **not** wish to make a claim and want to exclude yourself from the settlement.)

_____          _____
First Name                                   Last Name

_____
Address

_____,  _____   _____
City                                                   State          Zip

▶ Subject Computer Serial Number: ____  ____  ____  ____  ____  ____  ____  ____  ____  ____  ____

(Location of the serial number varies by computer model.  Go to www.AdapterSettlement.com to determine the location of the serial number on your model.)

Signed: _____          Dated (mm/dd/yyyy): _____

EXHIBIT E

Kurtzman Carson Consultants
*In re MagSafe Apple Power Adapter Litigation*
Exclusion Requests
1/18/2012

**Total:** 61

| Control Number | Last Name | First Name |
|---|---|---|
| 10216428901 | AMATO | CHRISTINA |
| 10547805201 | BAUR | KELLY |
| 10578846601 | BECKERS | ROBERTA |
| 10799286301 | BONCZKOWSKI | EMILY |
| 900000009201 | BONCZKOWSKI | SEAN |
| 10799291701 | BONCZKOWSKI | SEAN |
| 10936668201 | BRITTON | KATHRYN |
| 11160642101 | CAMPOS | ADRIANA |
| 11276381901 | CAUDILL | BENJAMIN |
| 900000004801 | CHATILA | KARIM |
| 11381836101 | CHIPLEY | STEPHANIE |
| 11532941901 | COLUCCI | ALEX |
| 12182333701 | EDENFIELD | BRENDA |
| 12528161401 | FORTENBERRY | STEPHEN |
| 12650800801 | GALATOLO | KATHRINE |
| 60003320701 | GREENE | NANCY |
| 13009859001 | GRIMENSTEIN | ANNE |
| 13190436001 | HARGETT | SHARON |
| 13347185801 | HERMAN | JOHN |
| 13568101701 | HUERTA | JORGE |
| 14202520301 | KRAGT | ADAM |
| 60043731901 | LEE | CONSTANCE |
| 14555650501 | LINDSEY | JUSTIN |
| 14622183701 | LOOSE | PATRICIA |
| 14796791001 | MALLAT | MICHELLE |
| 900000001501 | MANN | CARROLL |
| 14829869201 | MANSOOR | JACLYN |
| 14851525301 | MARINELLI | ANITA |
| 14964925301 | MAY | BRADLEY |
| 15030001301 | MCDERMOTT | JOSEPH |
| 15195751401 | MEYER | MARC |
| 900000003701 | MICHALSKI | BRIAN |
| 15241917201 | MILLER | JOAN |
| 60030124801 | MIXON | SARAH |
| 60051990101 | MOZORAS | ALEXANDRA |
| 15555576501 | NEHL | EILEEN |
| 15626792501 | NIEDZIELSKI | SCOTT |
| 15989586801 | PENATE-SAMAYOA | JORGE |
| 16038834001 | PETERSEN | BRIAN |
| 16092630001 | PIERCE | COLIN |
| 16093721801 | PIERCE | KATHERINE |
| 900000002601 | PIERCEY | LAWRENCE |
| 16166345001 | PORTEN | THOMAS |
| 16327272401 | RANDAZZO | AMY |

| Control Number | Last Name | First Name |
|---|---|---|
| 16688720101 | RUIZ | KATHERINE |
| 16843169501 | SAWUSCH | BOB |
| 16993556501 | SEILER | BRAD |
| 17242626101 | SMITH | HUGH |
| 17362506001 | SPITZ | E CHRISTINA |
| 17448953501 | STEVENS | NICHOLAS |
| 17611853601 | TAKANO | GAYLE |
| 17612096801 | TAKATA | LYNNE |
| 17616548401 | TALLEY | CAREY |
| 17674027201 | TEDESCHI | DENISE |
| 17859864101 | TREMMEL | STEPHANIE |
| 17973724701 | USHALYAN | AVETIS |
| 18034220401 | VASQUEZ | FERNANDO |
| 18080589701 | VILGOS | DAVID |
| 18112416601 | VON HOLTEN | CHRIS |
| 900000010601 | WELCHER | ANDREW |
| 18619603901 | ZAHEDI | AMIR |