# Exhibit E

PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION

Case No. C 09-01911 JW

**DECLARATION OF SISSIE TWIGGS IN SUPPORT OF FINAL SETTLEMENT APPROVAL**

Date: February 27, 2012
Time: 9:00 am
Place: Courtroom 9
The Honorable James Ware

I, Sissie Twiggs, declare and state:

1. I am the Director, Worldwide Advertising, of Apple Inc. I have personal knowledge of all the matters set forth below, except as to those matters stated on information and belief and, if called upon to do so, I could and would competently testify thereto.

2. I arranged for the publication of the Summary Notice of Settlement (“Summary Notice”) in the following publications. I arranged for the publication of the Summary Notice in the November 14, 2011 edition of *USA Today*; a true and correct copy of the Summary Notice as published in the November 14, 2011 edition of *USA Today* is attached hereto as Exhibit A.

Case5:09-cv-01911-EJD Document235-6 Filed01/18/12 Page3 of 12

3. I also arranged for the publication of the Summary Notice in the December 2011 edition of *MacWorld*; a true and correct copy of the Summary Notice as published in *MacWorld* is attached hereto as Exhibit B. I am informed and believe that the December 2011 edition of *MacWorld* went on sale on November 8, 2011.

4. I also arranged for the publication of the Summary Notice in the December 2011 edition of *Wired*; a true and correct copy of the Summary Notice as published in *Wired* is attached hereto as Exhibit C. I am informed and believe that the December 2011 edition of *Wired* went on sale on November 2, 2011.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on January 18, 2011, at Cupertino, California.

/s/ Sissie Twiggs
Sissie Twiggs

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file the Declaration of Sissie Twiggs. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

# Exhibit A

LATE SCORES INSIDE

THE NATION'S NEWSPAPER

$1.00

By Kevin C. Cox, Getty Images

rees: 37 consecutive games with TD passes.

## Saints win in OT

pivotal play, Falcons gamble, lose. ew Orleans No. 1 in NFC South, 1C

USA TODAY

A GANNETT COMPANY

## A new stage for Cattrall

*Sex and the City* star is leading lady in Broadway revival of *Private Lives*. Interview, 8D

Photo by Nobby Clark

# Newsline

**MONDAY,** NOVEMBER 14, 2011

By Gabriel Bouys, AFP/Getty Images

## conomist picked to ead Italy from debt

ario Monti faces daunting task prevent default that could send rope, U.S. into new recessions, 4A

# Dilemma for protesters

Conflict with authorities can help movement gain attention, but violent fringes alienate supporters, 3A

# Surge in babies addicted to drugs

## Prescription abuse on rise across USA

By Donna Leinwand Leger
USA TODAY

Medical authorities are witnessing explosive

By Ethan Miller, Getty Images

as Vegas in 2010.

ra —
— fill
s

native content events,
d with 24 in 2006.
Vednesday, the 1,400-
eater network teamed
rner Classic Movies for
Side Story 50th Anniver-
t.
Fathom offers screen-
movies before the DVD
the show includes in-
and behind-the-scenes
s, says Michelle Portillo,
elations manager at Na-
neMedia.
*Vest Side Story* event in-
taped interviews with
pany that produced the
daptation, actor George
and Natalie Wood's
uble, Marni Nixon.
ers are also offering in-
e events.
years ago, Sony pre-
its game *Uncharted 2:
Thieves* in theaters and
l that in October for the
*Uncharted 3: Drake's De-*
Over three days in five
, thousands of consum-
$25 to see the game on
screen and play its mul-
mode. Those who paid
the game delivered to
me a week before it hit
The thinking was to take
trical, cinematic-based
nd bring it to life," says
Kraus, a senior director of
ng alliances at Sony.

**ing different**

native programming can
pportunities for people
nt the experience of go-
but can't attend events,
ocation or cost, says A.
ud" Mayo, chairman and
Digiplex Destinations,
as three New York-area
. Digiplex Destinations'
s is built around provid-
ernative programming,
aid. Theater owners usu-
n't hold out much hope
viegoers to pack theaters

LEGAL NOTICE

# If you are the original owner of certain MacBook or MacBook Pro computers and/or you purchased a standalone 60W or 85W MagSafe power adapter for these computers, you could be entitled to benefits under a class action settlement

The settlement will provide a cash payment if you are the original owner (by purchase or gift) of certain Apple MacBook or MacBook Pro computer models ("Subject Computer") or separately purchased an Apple 60W or 85W MagSafe "T" Power Adapter ("Adapter"), your Adapter showed signs of Strain Relief Damage, and you purchased an Adapter as a replacement ("Replacement Adapter") within three years of purchasing the Subject Computer or Adapter. You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future. The United States District Court for the Northern District of California authorized this notice. The Court will have a hearing to consider whether to approve the settlement, so that the benefits may be paid.

## WHO'S AFFECTED?

You're a "Class Member" if you are a United States resident who purchased in the United States an Apple MacBook or MacBook Pro computer or an Apple 60W or 85W MagSafe MPM-1 ("T") Power Adapter.

## WHAT'S THIS ABOUT?

The lawsuit claimed that the MagSafe "T" Adapter is defective in that it allegedly "dangerously frays, sparks and prematurely fails to work," and that Apple engaged in misrepresentations regarding the Adapter. Apple denies all allegations and has asserted many defenses. Apple is entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing.

## WHAT CAN YOU GET FROM THE SETTLEMENT?

Apple has agreed to provide a cash payment to Class Members who purchased a Replacement Adapter for a Subject Computer or Adapter covered by the settlement and who send in a valid claim form. The settlement provides for different cash payments depending on when you purchased a Replacement Adapter.

| YEAR REPLACEMENT ADAPTER PURCHASED | CASH PAYMENT AMOUNT |
|---|---|
| YEAR 1 | THE ACTUAL AMOUNT PAID FOR THE REPLACEMENT ADAPTER (EXCLUDING TAX & SHIPPING) UP TO $79 |
| YEAR 2 | $50 |
| YEAR 3 | $35 |

There is a limit of three refunds per Subject Computer.

You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future.

## HOW DO YOU GET A PAYMENT?

A detailed notice and claim form package contains everything you need. Just call 1-888-332-0277 or go to www.adaptersettlement.com to get one.

## HOW DO YOU GET A REPLACEMENT ADAPTER?

If your Adapter shows signs of Strain Relief Damage now or in the future, you may claim a replacement under Apple's Adapter Replacement Program by taking your Adapter and computer to an Apple Retail Store or Apple Authorized Service Provider or contacting AppleCare. Strain Relief Damage means fraying, melting, straining, sparking, weakening, discoloration, bubbling, overheating and/or separation of the Adapter's strain reliefs.

## IMPORTANT DEADLINES

To claim a cash payment, you must mail the claim form postmarked on or before March 21, 2012. To obtain a Replacement Adapter, you must contact Apple within three years from the date you purchased a Subject Computer or standalone Adapter, or May 21, 2012, whichever is later; no claim form is required. **If you do not claim a cash payment or Replacement Adapter within these time periods, you will lose your right to obtain these benefits.**

## WHAT ARE YOUR OPTIONS?

If you don't want to make a claim and you don't want to be legally bound by the settlement, you must postmark your request to exclude yourself by January 6, 2012, or you won't be able to sue, or continue to sue, Apple about the legal claims in this case. If you exclude yourself, you will not be eligible to receive a payment from this settlement. If you stay in the Class, you may object to the settlement. Objections must be received by January 6, 2012. The detailed notice describes how to exclude yourself or object. The Court will hold a hearing in this case (In re MagSafe Power Adapter Litigation, Case No. C09-0991 JW) on February 27, 2012, at 9:00 a.m. to consider whether to approve (1) the settlement and (2) attorneys' fees and expenses of up to $3.1 million and service payments to Plaintiffs of $5,000 each (not to exceed $30,000). You may appear at the hearing, but you don't have to. To obtain a full notice and claim form, go to www.adaptersettlement.com or call toll free 1-888-332-0277. For more details, go to www.adaptersettlement.com or write to Helen Zeldes, Esq., **Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, CA 92101, 619-342-8000.**

# Exhibit B



Case5:09-cv-01911-EJD Document235-6 Filed09/18/14 Page8 of 12

Macworld

Steve Jobs

1955–2011

December 2011

$6.99 U.S.
1 2>
0 70989 06924 4



LEGAL NOTICE

## If you are the original owner of certain MacBook or MacBook Pro computers and/or you purchased a standalone 60W or 85W MagSafe power adapter for these computers, you could be entitled to benefits under a class action settlement

The settlement will provide a cash payment if you are the original owner (by purchase or gift) of certain Apple MacBook or MacBook Pro computer models ("Subject Computer") or separately purchased an Apple 60W or 85W MagSafe "T" Power Adapter ("Adapter"), your Adapter showed signs of Strain Relief Damage, and you purchased an Adapter as a replacement ("Replacement Adapter") within three years of purchasing the Subject Computer or Adapter. You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future. The United States District Court for the Northern District of California authorized this notice. The Court will have a hearing to consider whether to approve the settlement, so that the benefits may be paid.

**WHO'S AFFECTED?**

You're a "Class Member" if you are a United States resident who purchased in the United States an Apple MacBook or MacBook Pro computer or an Apple 60W or 85W MagSafe MPM-1 ("T") Power Adapter.

**WHAT'S THIS ABOUT?**

The lawsuit claimed that the MagSafe "T" Adapter is defective in that it allegedly "dangerously frays, sparks and prematurely fails to work," and that Apple engaged in misrepresentations regarding the Adapter. Apple denies all allegations and has asserted many defenses. Apple is entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing.

**WHAT CAN YOU GET FROM THE SETTLEMENT?**

Apple has agreed to provide a cash payment to Class Members who purchased a Replacement Adapter for a Subject Computer or Adapter covered by the settlement and who send in a valid claim form. The settlement provides for different cash payments depending on when you purchased a Replacement Adapter.

| YEAR REPLACEMENT ADAPTER PURCHASED | CASH PAYMENT AMOUNT |
|---|---|
| YEAR 1 | THE ACTUAL AMOUNT PAID FOR THE REPLACEMENT ADAPTER (EXCLUDING TAX & SHIPPING) UP TO $79 |
| YEAR 2 | $50 |
| YEAR 3 | $35 |

There is a limit of three refunds per Subject Computer.

You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future.

**HOW DO YOU GET A PAYMENT?**

A detailed notice and claim form package contains everything you need. Just call 1-888-332-0277 or go to www.adaptersettlement.com to get one.

**HOW DO YOU GET A REPLACEMENT ADAPTER?**

If your Adapter shows signs of Strain Relief Damage now or in the future, you may claim a replacement under Apple's Adapter Replacement Program by taking your Adapter and computer to an Apple Retail Store or Apple Authorized Service Provider or contacting AppleCare. Strain Relief Damage means fraying, melting, straining, sparking, weakening, discoloration, bubbling, overheating and/or separation of the Adapter's strain reliefs.

**IMPORTANT DEADLINES**

To claim a cash payment, you must mail the claim form postmarked on or before March 21, 2012. To obtain a Replacement Adapter, you must contact Apple within three years from the date you purchased a Subject Computer or standalone Adapter, or May 21, 2012, whichever is later; no claim form is required. **If you do not claim a cash payment or Replacement Adapter within these time periods, you will lose your right to obtain these benefits.**

**WHAT ARE YOUR OPTIONS?**

If you don't want to make a claim and you don't want to be legally bound by the settlement, you must postmark your request to exclude yourself by January 6, 2012, or you won't be able to sue, or continue to sue, Apple about the legal claims in this case. If you exclude yourself, you will not be eligible to receive a payment from this settlement.

If you stay in the Class, you may object to the settlement. Objections must be received by January 6, 2012. The detailed notice describes how to exclude yourself or object. The Court will hold a hearing in this case (In re MagSafe Power Adapter Litigation, Case No. C09-0991 JW) on February 27, 2012, at 9:00 a.m. to consider whether to approve (1) the settlement and (2) attorneys' fees and expenses of up to $3.1 million and service payments to Plaintiffs of $5,000 each (not to exceed $30,000). You may appear at the hearing, but you don't have to. To obtain a full notice and claim form, go to www.adaptersettlement.com or call toll free 1-888-332-0277. For more details, go to www.adaptersettlement.com or write to Helen Zeldes, Esq., **Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, CA 92101, 619-342-8000.**

Dock your iPad from a distance.
dockXtender
Dock Extension Cable for iPhone, iPod, and iPad.
15% off code: mw1121
(expires Dec 31)
www.cablejive.com
CableJive

DRIVESAVERS
DATA RECOVERY
We can save it!
Want proof? www.drivesavers.com 800.440.1904

NEW LOW PRICE!
$6.99 (Wow!)
Qty 3+
Qty 2: $7.99
Qty 1: $8.99
Remanufactured HP 51645a (No. 45) ink cartridge.
More great deals at...
1-800-INKFARM
inkfarm.com
the ink & toner supersite.™

# Exhibit C

THE GIRL WITH THE
DRAGON TATTOO
RISE & FALL OF
BITCOIN
I WAS A CELEBRITY
GHOST TWEETER
WIRED
FIRED UP | DEC 2011
AMAZON
OWNS THE
INTERNET
JEFF BEZOS
STARTED
WITH BOOKS.
NOW HIS
COMPANY
DOMINATES
THE WEB IN
MORE WAYS
THAN YOU
THINK.
AN EXCLUSIVE INTERVIEW
WISH LIST
HOLIDAY
GADGETS
+
GEAR
"Steve Jobs had
a vision. He believed
in things no one
else could see."
GEORGE LUCAS ON THE MAN & HIS OBSESSIONS p. 235

# WIRED INSIDER

PROMOTIONS | SPECIAL OFFERS | EVENTS

## THE EXPLORER II

Every Rolex is made for greatness. Since 1971, the Explorer II has accompanied expeditions around the world. It features a 24-hour hand, that enables speleologists and polar explorers to distinguish day from night. The latest Explorer II, with a 42-mm case, is the ideal instrument to help today's expeditions push the boundaries even further.

w: rolex.com

## UPS STUDY: ASIA HIGH-TECH SUPPLY CHAINS PREP FOR CHANGE

Costs are rising in China and Japan, prompting high-tech firms across Asia to consider new sourcing locations so they can remain efficient, while focusing more on service. What will this behavioral shift mean for you?

Learn about the findings in "Change in the Chain," a 2011 study sponsored by UPS, exploring how high-tech supply chain professionals in the Asia-Pacific region are handling risk management, supply sourcing, sustainability, cost management, and customer service in this evolving industry.

WE ♥ LOGISTICS
thenewlogistics.com

Download the report.

w: thenewlogistics.ups.com/techsummary

VISIT US ONLINE AT WIREDINSIDER.COM
FOLLOW @WIREDINSIDER ON TWITTER
FAN WIREDINSIDER ON FACEBOOK

LEGAL NOTICE

# If you are the original owner of certain MacBook or MacBook Pro computers and/or you purchased a standalone 60W or 85W MagSafe power adapter for these computers, you could be entitled to benefits under a class action settlement

The settlement will provide a cash payment if you are the original owner (by purchase or gift) of certain Apple MacBook or MacBook Pro computer models ("Subject Computer") or separately purchased an Apple 60W or 85W MagSafe "T" Power Adapter ("Adapter"), your Adapter showed signs of Strain Relief Damage, and you purchased an Adapter as a replacement ("Replacement Adapter") within three years of purchasing the Subject Computer or Adapter. You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future. The United States District Court for the Northern District of California authorized this notice. The Court will have a hearing to consider whether to approve the settlement, so that the benefits may be paid.

### WHO'S AFFECTED?

You're a "Class Member" if you are a United States resident who purchased in the United States an Apple MacBook or MacBook Pro computer or an Apple 60W or 85W MagSafe MPM-1 ("T") Power Adapter.

### WHAT'S THIS ABOUT?

The lawsuit claimed that the MagSafe "T" Adapter is defective in that it allegedly "dangerously frays, sparks and prematurely fails to work," and that Apple engaged in misrepresentations regarding the Adapter. Apple denies all allegations and has asserted many defenses. Apple is entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing.

### WHAT CAN YOU GET FROM THE SETTLEMENT?

Apple has agreed to provide a cash payment to Class Members who purchased a Replacement Adapter for a Subject Computer or Adapter covered by the settlement and who send in a valid claim form. The settlement provides for different cash payments depending on when you purchased a Replacement Adapter.

| YEAR REPLACEMENT ADAPTER PURCHASED | CASH PAYMENT AMOUNT |
|---|---|
| YEAR 1 | THE ACTUAL AMOUNT PAID FOR THE REPLACEMENT ADAPTER (EXCLUDING TAX & SHIPPING) UP TO $79 |
| YEAR 2 | $50 |
| YEAR 3 | $35 |

There is a limit of three refunds per Subject Computer.

You may also be able to obtain a replacement adapter at no charge from Apple if your Adapter shows signs of Strain Relief Damage now or in the future.

### HOW DO YOU GET A PAYMENT?

A detailed notice and claim form package contains everything you need. Just call 1-888-332-0277 or go to www.adaptersettlement.com to get one.

### HOW DO YOU GET A REPLACEMENT ADAPTER?

If your Adapter shows signs of Strain Relief Damage now or in the future, you may claim a replacement under Apple's Adapter Replacement Program by taking your Adapter and computer to an Apple Retail Store or Apple Authorized Service Provider or contacting AppleCare. Strain Relief Damage means fraying, melting, straining, sparking, weakening, discoloration, bubbling, overheating and/or separation of the Adapter's strain reliefs.

### IMPORTANT DEADLINES

To claim a cash payment, you must mail the claim form postmarked on or before March 21, 2012. To obtain a Replacement Adapter, you must contact Apple within three years from the date you purchased a Subject Computer or standalone Adapter, or May 21, 2012, whichever is later; no claim form is required. **If you do not claim a cash payment or Replacement Adapter within these time periods, you will lose your right to obtain these benefits.**

### WHAT ARE YOUR OPTIONS?

If you don't want to make a claim and you don't want to be legally bound by the settlement, you must postmark your request to exclude yourself by January 6, 2012, or you won't be able to sue, or continue to sue, Apple about the legal claims in this case. If you exclude yourself, you will not be eligible to receive a payment from this settlement.

If you stay in the Class, you may object to the settlement. Objections must be received by January 6, 2012. The detailed notice describes how to exclude yourself or object. The Court will hold a hearing in this case (In re MagSafe Power Adapter Litigation, Case No. C09-0991 JW) on February 27, 2012, at 9:00 a.m. to consider whether to approve (1) the settlement and (2) attorneys' fees and expenses of up to $3.1 million and service payments to Plaintiffs of $5,000 each (not to exceed $30,000). You may appear at the hearing, but you don't have to. To obtain a full notice and claim form, go to www.adaptersettlement.com or call toll free 1-888-332-0277. For more details, go to www.adaptersettlement.com or write to Helen Zeldes, Esq., **Zeldes & Haeggquist, LLP, 625 Broadway, Suite 906, San Diego, CA 92101, 619-342-8000.**