# Exhibit F

PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE MAGSAFE APPLE POWER ADAPTER
LITIGATION

Case No. C 09-01911 JW

**DECLARATION OF ALLAN
COULSON IN SUPPORT OF
FINAL SETTLEMENT
APPROVAL**

Date:   February 27, 2012
Time:   9:00 am
Place:  Courtroom 9
The Honorable James Ware

I, Allan Coulson, declare and state:

1.     I am employed by Apple Inc. in the position of Senior Manager, NPI &
Response Engineering. I have personal knowledge of all the matters set forth below, except
as to those matters stated on information and belief and, if called upon to do so, I could and
would competently testify thereto.

2.     Apple currently maintains a program that includes providing in-warranty and
out-of-warranty replacements for MPM-1 MagSafe adapters that show signs of strain relief

sf-3098115

1

1    damage, provided there are no obvious signs of user abuse ("Adapter Replacement
2    Program").

3        3.    Since November 8, 2011, Apple has replaced 19,989 MPM-1 MagSafe adapters
4    under the Adapter Replacement Program.

5        4.    Apple stopped selling MacBook computers with the MPM-1 MagSafe adapter in
6    or about October 2009.  Apple stopped selling MacBook Pro computers with the MPM-1
7    MagSafe adapter in or about June 2010.  Apple stopped shipping standalone MPM-1
8    MagSafe adapters in May 2010.

9        5.    Apple will continue the Adapter Replacement Program until three years after the
10   last sale of a MPM-1 MagSafe adapter either standalone or with a MacBook or MacBook Pro
11   Computer.  Apple will not end the Adapter Replacement Program in December 2012.

12       I declare under penalty of perjury under the laws of California that the foregoing is
13   true and correct.

14       Executed on January 27, 2012, at Cupertino, California.

15

16                                               _____
17                                               Allan Coulson

18

19

20

21

22

23

24

25

26

27

28