# Exhibit G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. C 09-01911 JW<br><br>**DECLARATION OF JONATHAN D. CARAMEROS RE: NOTICE PROCEDURES** |

I, **JONATHAN D. CARAMEROS,** declare:

1. I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. This declaration supplements the declaration I executed on January 18, 2012.

2. KCC was retained to e-mail and mail the Supplemental Notice of Date Extension (the "Supplemental Notice") to Settlement Class Members who purchased an Apple MacBook or MacBook Pro computer with a 60W or 85W MagSafe "T" Power Adapter in 2010. A copy of the Supplemental Notice is attached hereto as Exhibit A.

3. On February 24, 2012, I caused 174,825 Settlement Class Members to be notified via

email.

4. On February 24, 2012, I caused 55,473 Supplemental Notices to be printed and mailed to Class Members by First Class postage via the U.S. Postal Service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 24th day of February, 2012 at Novato, California.

Jonathan D. Carameros

# EXHIBIT A

## Supplemental Notice of Date Extension in Apple Adapter Settlement For Certain MacBook and MacBook Pro Computers and For Standalone 60W or 85W MagSafe Power Adapters

You are receiving this supplemental notice because Apple's records indicate you may be a United States resident who is the original owner (by purchase or gift) of an Apple MacBook or MacBook Pro computer with a 60W or 85W MagSafe "T" Power Adapter (the "Subject Computers" and "Adapter") purchased in 2010. You previously received notice of a proposed class action settlement, including your ability to claim a replacement under Apple's Adapter Replacement Program if your Adapter shows signs of Strain Relief Damage now or in the future. **This notice is to inform you that the end date of Apple's Adapter Replacement Program has been extended to July 31, 2013.**

As a reminder, you will have three years from the date of purchase of the Subject Computer or Adapter purchased separately to claim a replacement. For more information regarding the Settlement and Apple's Adapter Replacement Program, see www.adaptersettlement.com or http://support.apple.com/kb/TS1713.

sf-3110219