UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. 09-CV-01911-EJD<br><br>**DECLARATION OF JONATHAN D. CARAMEROS RE: CLAIMS** |

I, JONATHAN D. CARAMEROS, declare and state:

1. I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with the results of the work performed by KCC related to the processing, scoring, and validation of Claim Forms received in connection with the MagSafe Apple Power Adapter Litigation settlement.

3. KCC received a total of 16,078 Claim Forms. Of the 16,078 Claim Forms, 16,006 were

1 validated.

2     4. Of the validated claims, if the settlement is approved, 1,898 claims will be paid at $79 (total dollar value of $149,942); 10,269 claims will be paid at $50 (total dollar value of $513,450); and 3,839 claims will be paid at $35 (total dollar value of $134,365). The total dollar amount of claims payments will be $797,757.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 10th day of September 2014 at Novato, California.

*/s/ Jonathan D. Carameros*

Jonathan D. Carameros