ZELDES & HAEGGQUIST, LLP
HELEN I. ZELDES (220051)
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
helenz@zhlaw.com
alreenh@zhlaw.com
aarono@zhlaw.com

STEVEN A. SKALET (admitted *pro hac vice*)
CRAIG L. BRISKIN (admitted *pro hac vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue., NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
sskalet@findjustice.com
cbriskin@findjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No.:  5:09-CV-01911-JW<br><br>DECLARATION OF PATRICK MCNICHOLAS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS<br><br>Date:        February 27, 2012<br>Time:        9:00 a.m.<br><br>Location:   San Francisco Courthouse<br>            Courtroom 9, 19th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, CA 94102<br><br>Judge:      Honorable James Ware |

McNICHOLAS DECL ISO MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS – Case No. 5:09-CV-01911-JW

ANGELA C. AGRUSA (CA SBN 131337)
LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR
1100 Glendon Avenue 14th Floor
Los Angeles, CA 90024
Telephone: 310.500.3500
Facsimile: 310.500.3501

PATRICK MCNICHOLAS (CA SBN 125868)
MCNICHOLAS & MCNICHOLAS LLP
10866 Wilshire Boulevard Suite 1400
Los Angeles, CA 90024-4338
Telephone: (310) 474-1582
Facsimile: (310) 475-7871

Attorneys for Plaintiffs

ZELDES & HAEGGQUIST, LLP

McNICHOLAS DECL ISO MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES AND INCENTIVE AWARDS – Case No. 5:09-CV-01911-JW

1

1    I, Patrick McNicholas, declare as follows:

2    1.    I am an attorney duly licensed to practice before all courts of the State of

3    California and admitted to this Court. I am a principal partner with the law firm of

4    McNicholas & McNicholas, LLP, one of Plaintiffs' counsel in the above-captioned matter (the

5    "Litigation").

6    2.    I have personal knowledge of the matters set forth in this declaration, and those

7    specified to be on information or belief I believe to be true based upon my role in this case, and

8    if called as a witness, I could and would testify competently thereto. I submit this declaration

9    in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive

10   Awards.

11   3.    The tasks undertaken by my firm in this Litigation can be summarized as

12   follows:

13   (a)    Drafted numerous pleadings and other documents filed with the court, including

14   Rule 26(f) Case Management Conference Statement, Opposition to Defendant's Motion to

15   Transfer, and Rule 30b6 notice;

16   (b)    Conferred with co-counsel via telephone conference call and email regarding

17   strategy of litigating case;

18   (c)    Returned phone calls of potential class members and addressing their questions,

19   comments, and concerns about the status of the lawsuit;

20   (d)    Recorded and monitored problems that potential class members are

21   experiencing from dealing Apple directly;

22   (e)    Responded and responding to objectors to the class;

23   (f)    Conducted legal research and drafted memoranda concerning deadlines, local

24   rules, judges rules, and likelihood of class certification;

25   (g)    The schedule attached hereto as Exhibit 1 is a detailed summary indicating the

26   amount of time spent by the partners, attorneys and professional support staff of my firm who

27   were involved in this litigation, and the lodestar calculation based on my firm's current billing

28

ZELDES & HAEGGQUIST, LLP

McNICHOLAS DECL ISO MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES AND INCENTIVE AWARDS – Case No. 5:09-CV-01911-JW

1   rates.   The schedule was prepared from contemporaneous, daily time records regularly

2   prepared

3   and maintained by my firm, which are available at the request of the Court.  Time expended in

4   preparing this application for fees and reimbursement of expenses has not been included in this

5   request.

6          4.        I expect my firm to spend an additional 30 hours, which have not been included

7   in Exhibit 1, preparing for and attending the final approval hearing, addressing member opt-

8   outs and objections, and consulting with the claims administrator and defense counsel to

9   facilitate settlement administration.

10         5.        The hourly rates for the partners, attorneys and professional staff in my firm

11  included in Exhibit 1 are the same as the regular current rates charged for their services in non-

12  contingent matters and/or which have been accepted and approved in other class litigation.

13         6.        The total number of hours expended on this Litigation by my firm is 268 hours.

14  The total lodestar for my firm is $205,684.25, consisting of $205,459.25 for attorneys' time

15  and $ 225.00 for professional support staff time.

16         7.        My firm's lodestar figures are based upon the firm's billing rates, which do not

17  include charges for expense items.  Expense items are billed separately and such charges are

18  not duplicated in my firm's billing rates.

19         8.        As detailed in Exhibit 2, my firm has incurred a total of $17,532 in

20  unreimbursed expenses in connection with the prosecution of this Litigation.

21         9.        The expenses incurred in this action are reflected on the books and records of

22  my firm.  These books and records are prepared from expense vouchers, check records and

23  other source materials and represent an accurate recordation of the expenses incurred.

24         10.       With respect to the standing of counsel in this case, attached hereto as Exhibit 3

25  is a brief biography of my firm and attorneys in my firm who were principally involved in this

26  litigation.

27  ///

28  ///

ZELDES & HAEGGQUIST, LLP

McNICHOLAS DECL ISO MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES AND INCENTIVE AWARDS – Case No. 5:09-CV-01911-JW

3

1     I declare under penalty of perjury under the laws of the United States that the above is

2    true and correct.  Executed this 19th day in December, 2011, in Los Angeles, California.

3

4

5                       PATRICK MCNICHOLAS

ZELDES & HAEGGQUIST, LLP

# EXHIBIT 1

# EXHIBIT 1

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

### BILLING SUMMARY/TIME REPORT -- Inception through December 19, 2011

| Name | Total Hrs. | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **Partners** | | | |
| Patrick McNicholas | 125.25 | $850.00 | $106,462.50 |
| | | | |
| | | | |
| | | | |
| **Attorneys** | | | |
| Catherine Burke Schmidt | 107.75 | $525.00 | $56,568.75 |
| Cameron Fredman | 12 | $320.00 | $3,840.00 |
| Ben Valerio | 8.5 | $525.00 | $4,462.50 |
| Thomas DuRoss | 13 | $262.50 | $3,4125.50 |
| | | | |
| **Professional Support Staff** | | | |
| Dawn Maguire | 1.5 | $150.00 | $225.00 |
| | | | |
| **TOTAL LODESTAR** | 268 | | $205,684.25 |

# EXHIBIT 2

# EXHIBIT 2

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

### COST SUMMARY/EXPENSE REPORT -- Inception through December 19, 2011

| Categories | Amount |
|---|---|
| Photocopies/Reproduction | $179.41 |
| Computer Equipment | $0.00 |
| Facsimile/Printing | $3.00 |
| Postage | $0.00 |
| Telephone | $80.47 |
| Messengers/Express Services | $0.00 |
| Filing/Witness Fees | $0.00 |
| Lexis/Westlaw Research | $821.05 |
| Experts/Consultants | $65.60 |
| Meals, Hotels, Transportation & Travel Expenses | $5,382.84 |
| Secretarial Overtime/Word Processing | $0.00 |
| Mediation Fees | $0.00 |
| Litigation Costs Fund Contributions | $11,000.00 |
| | |
| **TOTAL EXPENSES:** | $17,532 |

# EXHIBIT 3

# McNicholas & McNicholas, LLP

TRIAL LAWYERS

JOHN P. McNicholas◊*†
PATRICK McNicholas◊
MATTHEW S. McNicholas◊

JUAN C. VICTORIA
JENNIFER OSTERTAG
CATHERINE BURKE SCHMIDT
CAMERON P. FREDMAN

10866 WILSHIRE BOULEVARD, SUITE 1400
LOS ANGELES, CALIFORNIA 90024

TELEPHONE (310) 474-1582
FAX (310) 475-7871
WWW.McNicholasLaw.com

◊AMERICAN BOARD OF TRIAL ADVOCATES
*MEMBER OF DISTRICT OF COLUMBIA BAR
†CERTIFIED CIVIL TRIAL SPECIALIST
  NATIONAL BOARD OF TRIAL ADVOCACY

McNicholas & McNicholas, LLP ("M&M") is an AV-rated civil litigation firm with offices in Westwood, Los Angeles, California. The firm exclusively represents plaintiffs, specializing in complex litigation, including state coordination cases as well as federal multidistrict litigation. Its attorneys have extensive experience in consumer protection, medical safety issues, corporate fraud, and unlawful employment practices. M&M represents consumers, individuals and groups of victims in wrongful death, toxic and catastrophic injury, mold exposure, product liability and medical product liability, wrongful labor and employment practices, civil rights, maritime law and Jones Act litigation and mass tenant-landlord actions. The firm handles both state and national class actions that present cutting edge issues in both substantive and procedural areas. M&M attorneys understand how to litigate difficult and multi-party actions in an efficient and cost effective manner, and they have used these skills to obtain outstanding results for their clients, both through trial and negotiated settlement. They are recognized in their field for excellence and integrity, and are committed to seeking justice for their clients.

## CASE PROFILES

M&M attorneys have had a leadership role in the following representative cases:

- *In re Epson Cartridge Cases*, Los Angeles Superior Court Case No. BC293641. Settlement valued in excess of $350 million on behalf of a national class of consumers who owned Epson inkjet printer cartridges that indicated "empty" while still containing significant ink.

- *Gergel vs. Best Buy Co., Inc.*, United States District Court for the Central District of California Case No. CV-06-2399-GPS-PLAx. Settlement valued at $5 million on behalf of consumers who were signed up for and charged for AOL services after making a purchase with their credit card at Best Buy.

- *Bruck vs. Tenet Healthcare,* Los Angeles Superior Court Case No. BC299438. Settlement valued at $3 million on behalf of a class of Case Managers for failure to pay overtime due to misclassification as exempt employees.

- *Flud vs. Spherion Pacific Workforces, Inc.,* Kern County Superior Court Case No. S-1500-CV-259321. Settlement valued at $1.3 million on behalf of a class of customer service representatives involving alleged failures to pay wages, overtime, waiting time penalties, failure to provide meal and rest periods, and to furnish timely and accurate wage statements for those nonexempt employees who worked at a call center in Bakersfield, California.

- *Smietana et al vs. Pleasant-Care Corp.*, Los Angeles Superior Court Case No. BC315693. Settlement on behalf of a class of residents of skilled nursing facilities for failure to provide minimum staffing.

- *Mendoza vs. AKH Company, Inc. dba Discount Tire Centers*, Los Angeles Superior Court Case No. BC379641. Settlement on behalf of a class of tire technicians and mechanics for failures to pay wages, overtime, waiting time penalties, and failure to provide rest periods.

- *Jimenez vs. Diamond Contract Serv., Inc.*, Los Angeles Superior Court Case No. BC403968. Settlement on behalf of a class of custodial employees for failures to pay wages, overtime, waiting time penalties, and failure to furnish timely and accurate wage statements.

- *Do Right's Plant Growers vs. RSM EquiCo, Inc.*, Orange County Superior Court Case No. 06CC00137. M&M serves as co-lead counsel in this nationally certified class action on behalf of consumers involving alleged fraud for failure to disclose marketing and sales rates to businesses who paid to have their businesses marketed and potentially sold.

- *Silverman vs. Smithkline Beecham Corp. d/b/a/ Glaxosmithkline, PLC*, United States District Court for the Central District of California Case No. CV-06-07272-DSF-CTX. M&M serves as co-lead counsel in this class action involving alleged failures to pay overtime wages, waiting time penalties, failure to provide meal and rest periods, and to furnish timely and accurate wage statements for a class of pharmaceutical company representatives, classified as exempt.

- *In Re: HP Inkjet Printer Litigation*, United States District Court for the Northern District of California Case No. 05-CV-3580. M&M serves as co-lead counsel in this class action involving a California class of consumers who owned Hewlett Packard inkjet printer cartridges that indicated "low on ink" while still containing significant ink.

- *Rich vs. Hewlett Packard Co.*, United States District Court for the Northern District of California Case No. C-06-03361-HRL. M&M serves as co-lead counsel in this class action involving a national class of consumers who owned Hewlett Packard color inkjet printers that printed color underneath black, unnecessarily utilizing color ink.

- *Baggett vs. Hewlett Packard Co.*, United States District Court for the Central District of California Case No. SA CV 07-667-AG-RNB. M&M serves as co-lead counsel in this class action involving a national class of consumers who owned Hewlett Packard LaserJet printers that represent the toner cartridge is empty when toner remains.

- *Kasper vs. Pac. Bell Tel. Co.*, Los Angeles Superior Court Case No. BC358270. Consumer fraud class action for illegal wiretapping.

- *Robles vs. Sunview Vineyards of Cal.*, United States District Court for the Eastern District of California Case No. 1:06-CV-00288-AWI-JLT. M&M serves as co-lead counsel in this class action involving alleged violations of the Migrant And Seasonal Agricultural Worker Protection Act, failures to pay wages, overtime, employee expenses, waiting time penalties, and failure to provide meal and rest periods, and to furnish timely and accurate wage statements.

- *Valenzuela vs. Giumarra Vineyards Corp.*, United States District Court for the Eastern District of California Case No. 1:05-CV-01600-AWI-JLT. M&M serves as co-lead counsel in this class action involving alleged violations of the Migrant And Seasonal Agricultural Worker Protection Act, failures to pay wages, overtime, employee expenses, waiting time penalties, and failure to provide meal and rest periods and to furnish timely and accurate wage statements.

- *Klopsis vs. Music Express, Inc.*, Los Angeles Superior Court Case No. BC419621. M&M serves as co-lead counsel in this class action involving a class of limousine drivers for alleged failures to pay wages, overtime, waiting time penalties, and failure to provide meal and rest periods, reimbursement of job expenses, and accurate wage statements.

- *In Re Magsafe Apple Power Adapter Litigation*, United States District Court for the Northern District of California Case No. 5:09-CV-01911-JW. M&M serves as co-lead counsel in this class action involving a California class of consumers who owned Apple's 60W and 85W MagSafe power adapters (the "Adapters") and allege that the Adapters fray, spark, and fail prematurely.

- *The Dominic Corea Limited Partnership vs. ILD Telecommunications, Inc. et al.,* United States District Court for the Central District of California Case No. CV-09-7433-GHK (CTx). M&M serves as co-lead counsel in this class action involving alleged scheme of placing unauthorized charges onto consumers' local telephone bills.

## ATTORNEY PROFILES

The following are brief professional biographies of M&M's partners:

- *John P. McNicholas*

John P. McNicholas received a history degree from U.C.L.A (1958) and attended Loyola Law School in Los Angeles (1958-1962) before entering private practice in 1963.

John has been a recognized leader of the trial bar for 47 years with more than 250 jury verdicts and 30 reported appellate decisions to his credit. He has won jury verdicts and settlements involving copyright infringement, business litigation, medical malpractice, pharmaceutical, and aviation cases.

Before founding the firm in 1993, he served as defense counsel in several prominent cases, including representation of former L. A. Dodger pitcher, Carlos Lopez, former U.S. Congressman, Andrew J. Hinshaw (People vs. Hinshaw), Lindsay Buckingham of Fleetwood Mac, the Vatican, GTE Directories Corporation, Ayerst Laboratories and Wyeth Laboratories, now known as American Home Products/Wyeth Pharmaceutical, and the late movie mogul, King Vidor.

A Fellow of the American College Trial Lawyers (admission by invitation only) and a Fellow of the International Academy of Trial Lawyers (also by invitation only), John holds the rank of Diplomate in the American Board of Trial Advocates and served as President of the Los Angeles Chapter in 1995. That same year he also received the Chapter's highly coveted Civility Award.

He is a certified trial specialist in civil litigation by the National Institute of Trial Advocacy (NITA).

John was an Adjunct Professor of Trial Advocacy at Loyola Law School, Los Angeles (1991-1997). In 2001, he received the school's prestigious Board of Governor's Award for outstanding contributions to society, the practice of law, and service to Loyola Law School.

In 2002, McNicholas was named one of the "Top 100 Most Influential Attorneys in California" by the Los Angeles Daily Journal. That same year the Los Angeles City Council presented M&M with a citation for the firm's many contributions to the City of Los Angeles. In 2005, 2006, 2007, 2008 and 2009, Los Angeles Magazine named him to its roster of "Super Lawyers" in Southern California. He was named "Top 100" lawyer by Superlawyers in 2007, 2008 and 2009.

John served on the State Bar's Judicial Nominees Evaluation Commission (the "Jenny" Commission) (1999-2002). The Jenny Commission evaluates judicial candidates and makes recommendations to the Governor for judicial appointments to the trial and appellate courts, including the California Supreme Court. In 2005, John was elected to a three year term on the State Bar's Board of Governors. He served as Lawyer Representative on the Ninth Circuit Judicial Conference (1989-1992). The Conference is composed of United States District Judges, United States Judges of the Ninth Circuit Court of Appeals and Lawyer Representatives appointed by the Judges to assist them in their work on the court. He is a current member of the Los Angeles County Bar Association's Judicial Elections Committee.

John is a member of the Board of Directors of the California Chapter of the Patrons of the Arts in the Vatican Museums. He serves on the Executive Board of The Society of the Friendly Sons of St. Patrick of Los Angeles. Interestingly, he is an active member of the Screen Actor's Guild and a member of its nominating committee.

John is a frequent lecturer and panelist on litigation, procedure, evidence and related trial subjects for programs sponsored by The State Bar of California, the Los Angeles County Bar Association and other specialty trial bar associations.


- *Patrick McNicholas*

Patrick McNicholas is a trial lawyer who has exclusively represented plaintiffs since being admitted to the bar in 1986. Mr. McNicholas is a member of the Board of Directors for Urban Compass, serves on the Board of Governors for the American Board of Trial Advocates (ABOTA) and the Consumer Attorneys of California (CAOC). He is on the Board of Trustees for the University of San Francisco and the Los Angeles County Bar Association. He holds memberships with the Consumer Attorneys of Los Angeles (CAALA) and the American Trial Lawyers Association (ATLA).

Mr. McNicholas was named a Super Lawyer by Los Angeles Magazine in 2004, 2005 and 2006. He was named "Top 100" lawyer by Superlawyers in 2005, 2006, 2007, 2008 and 2009.

Mr. McNicholas has won numerous note worthy cases on behalf of individuals in a variety of different areas of law. Representative cases include:

- *Gray vs. The Saxon Group* – Jury verdict for $10,042,866 to a construction worker who suffered compound femur fracture which required open reduction and internal fixation. During recovery, the plaintiff suffered a non-union, which required further surgery.

- *Nagatoshi vs. City of Los Angeles* – Jury verdict for $3,591,000 to Japanese-American officer against the LAPD K9 Unit for harassment, discrimination, and retaliation.

- *Quezada vs. Evangelica Lutheran Church* – Gross jury verdict in favor of injured Motorcycle rider in the amount of $843,000.

- *Francois vs. City of Los Angeles* – Jury verdict for $5,430,000 awarded to LAPD officer against LAPD Bomb Squad Unit for race discrimination.

- *William S. vs. Bonita Unified School District* – Jury verdict for $10,800,000 awarded to minor boy molested by a school teacher.

- *Higgins vs. Toshiba* – Jury verdict for unlawful age discrimination awarded to 65 year old worker for $2,200,000.

- *Jane Doe vs. Public Entity* – $6,000,000 settlement on behalf of family for death of father while working in MTA tunnel.

- *Tenant vs. Doe Apartment Owner and Hot Water Manufacturer* – $1,000,000 settlement for tenant burned by overheated water while showering.

- *Wirta vs. Oliver & Williams* – Jury verdict for $1,750,000 in favor of passengers injured in an elevator crash.

- *Damianakes vs. City of Los Angeles* – Jury verdict for $2,300,000 in favor of female police officer for gender discrimination. Jury determined that plaintiff was denied position on SWAT team because of her sex.

Mr. McNicholas was born and raised in Los Angeles where he graduated from Loyola High School in 1979. In 1983, he graduated from the University of San Francisco, where he served as Student Body President, with a BA in Political Science. He was admitted to McGeorge School of Law in 1983, after a brief internship with the White House. He received his Juris Doctor from McGeorge School of Law in 1986, and was admitted to practice in the same year.

Mr. McNicholas taught Trial Advocacy in 1992-1993 at Whittier College School of Law and has published scores of articles, including "Cross-examination of the Defense Expert" (1997 CAALA Las Vegas Convention); "Preparing the Employment Case for Trial" (Forum (1998), Vol. 28, No. 9); "The Danger Creation Doctrine and Section 1983: Governmental Liability for Third Party Torts" (Forum (1999), Vol. 29, No. 5); "The Essentials of Representing The Injured Seaman" (Forum (2001), Vol. 31, No. 2); "Motions in Limine: Controlling and Previewing the Evidence" (Forum (2003), Vol. 33, No. 5); "Effective Use of Your Expert Witnesses" (Forum

(2004), Vol. 34, No. 7; Cutting Edge Presentation: "The Information Age" CAALA Annual Convention Las Vegas - 2004.

- *Matthew S. McNicholas*

Matthew McNicholas is a partner with M&M. After graduating from law school, Matthew was law clerk to United States District Court Judge William J. Rea, Central District of California, for a one year term. Matthew attended Loyola High School, received his B.A. from UCLA with honors and graduated from Loyola Law School of Los Angeles.

His practice areas include: representing large groups of "mass" plaintiffs in tort-based actions, toxic injury litigation, sexual assault and sexual abuse litigation, wrongful death, catastrophic injury, employment law (harassment, discrimination, and retaliation), consumer class actions, maritime law, Jones Act, LHWCA, landlord-tenant habitability and nuisance cases, civil rights, and products liability.

Matthew was named as one of the top 20 attorneys in California under the age of 40 in 2002 by the Daily Journal (the legal newspaper for San Francisco and Los Angeles), and was named a Super Lawyer by Los Angeles Magazine in 2004, 2005, 2006, 2007, 2008, and 2009. Matthew is also a member of ABOTA.

Some notable results include the following:

- $9,000,000 - settlement for 26 year old plaintiff recovered against international company for a brain injury suffered as the passenger in a single-vehicle accident.

- $8,000,000 - 27 tenants recovered against their landlord for breach of covenant of habitability, nuisance and negligence for substandard conditions and mold-related injuries.

- $5,340,000 - African-American plaintiff recovered for racial harassment, discrimination, and retaliation against the LAPD Bomb Squad.

- $5,100,000 settlement for truck driver against two entities that repaired a portion of his truck that did not operate properly, causing head injury.

- $3,999,945 - LAPD officer in FLSA based action.

- $3,591,000 - Japanese-American officer recovered against the LAPD K9 Unit for harassment, discrimination, and retaliation.

- $3,450,000 - Seaman was injured in boatyard while performing maintenance and yearly repairs on vessel.

- $3,150,000 - Farm laborers exposed to a soil fumigant during a single application causing acute symptoms.

- 2,300,000 verdict for female LAPD officer who was subjected to sexual harassment, causing pre-term labor that led to the loss of her child at 23-weeks.

- $2,250,000 - 3 female employees within the same unit of the LAPD recovered for discriminatory and retaliatory actions.

- $2,200,000 - Young boy recovered against his school as a result of being sexually assaulted in the school bathroom by another student.

- $2,000,000 - Family recovered against truck driver for striking and killing their 64 year old mother while crossing the street.

- $1,970,000 - 6 year old boy suffers permanent facial paralysis from dog attack.

- $1,800,000 - Female motorist was forced to have sexual intercourse with a uniformed peace officer who threatened legal recourse against her if she refused.

- $1,400,000 - Settlement for father of a 9 year old boy ejected and killed in a motor vehicle accident while not wearing a seat belt.

- $1,250,000 - 30 tenants recovered against their landlord for breach of the implied covenant of habitability and nuisance.

- $1,250,000 - 88 year old woman killed while crossing street by California Department of Corrections bus.

- $1,000,000 - settlement for truck driver with head injury in a case which M&M took over from another lawyer after summary judgment was granted against plaintiff.