1 | Angela C. Agrusa (SBN 131337)
   | aagrusa@linerlaw.com
2 | Wendy S. Dowse (SBN 261224)
   | wdowse@linerlaw.com
3 | LINER LLP
   | 1100 Glendon Avenue, 14th Floor
4 | Los Angeles, California 90024.3503
   | Telephone:  (310) 500-3500
5 | Facsimile:   (310) 500-3501

6 | Attorneys for Plaintiffs

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

11 | IN RE MAGSAFE APPLE POWER
    | ADAPTER LITIGATION

Case No. 5:09-CV-10911-JW

**DECLARATION OF ANGELA C. AGRUSA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS**

Date:     November 6, 2014
Time:     1:30 PM.
Crtrm.:  San Francisco Courthouse
          Courtroom 9, 19th Floor
          450 Golden Gate Avenue
          San Francisco, CA 94102

Judge:   Hon. Edward J. Davila

38799.001-2064158v1

I, Angela C. Agrusa, declare as follows:

1.     I am an attorney duly licensed to practice before all courts of the State of California and admitted to this Court.  I am a partner with the law firm of Liner LLP, one of Plaintiffs' counsel in the above-captioned matter (the "Litigation").

2.     I have personal knowledge of the matters set forth in this declaration, and those specified to be on information or belief I believe to be true based upon my role in this case, and if called as a witness, I could and would testify competently thereto.  I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards.

3.     My firm implements billing methods requiring contemporaneous, daily time records with detailed descriptions of work performed on behalf of our clients. These methods were applied by the time keepers working on the MagSafe Apple Power Adapter Litigation.  Consistent with my firm's billing methods, I also reviewed the time records for this matter and exercised discretion to eliminate any time that appeared duplicative.  The time records maintained for this case reflect that the tasks undertaken by my firm in this Litigation include:

(a)     Factual investigation/research relating to defects with the MagSafe power adapter, including witness interviews, and reviewing/analyzing Apple's warranty policies and the subsequent redesign of the MagSafe adapter;

(b)     Conduct legal research on various potential theories of liability and the accompanying damages and other remedies relating to the MagSafe adapter;

(c)     Draft and revise Complaint, Joint Rule 26 Report, Case Management Conference Statement, and other pretrial, Court-filed documents;

(d)     Attend Case Management Conference(s) and other Court hearings;

(e)     Participate in numerous strategy telephone calls and meetings with co-counsel regarding prosecution of class action;

(f)     Draft (and participate in drafting) voluminous written discovery to Apple;

DECLARATION OF ANGELA C. AGRUSA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS

(g) Review and analyze Apple's written discovery responses and participate in meet-and-confer communications with Apple regarding discovery issues;

(h) Review and analyze Apple's document production, specifically the consumer complaints regarding the MagSafe adapter and prepare memoranda re: same;

(i) Review and analyze notices and rulings from Court;

(j) Handle expert witness discovery issues, including interview and retention of experts relating to, among other things, design defect(s) and damages; review the expert witness analyses' and reports;

(k) Draft and revise mediation brief and conduct related factual and legal research;

(l) Prepare for and attend multiple mediations relating to settlement of the action;

(m) Participate in strategy meetings regarding proposed settlement terms and administration of settlement; draft, analyze and revise settlement agreement and other settlement-related correspondence;

(n) Draft, review and revise Motion for Preliminary Approval of Settlement and attend Preliminary Approval hearing;

(o) Attention to issues relating to Apple's compliance with the settlement terms, including notice requirements and website compliance;

(p) Conduct legal research for and draft, review and revise Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards and attend hearings for same;

(q) Participate in strategy meetings regarding appeal of Court's Order granting Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards;

DECLARATION OF ANGELA C. AGRUSA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS

1    (r)    Conduct legal research to address various legal claims raised in appeal
2 proceedings;

3    (s)    Conduct legal research for and draft, review and revise multiple
4 Motions for Appeal Bonds;

5    (t)    Conduct legal research for and oppose Motions to Stay Order on
6 Motion for Bond;

7    (u)    Conduct legal research for and draft, review and revise multiple
8 Motions to Dismiss and Motions for Contempt for failure to comply with bond
9 orders and Ex Parte Applications Shortening Time for same;

10    (v)    Conduct legal research for and draft, review and revise appellate briefs;

11    (w)    Prepare for and attend oral argument for appeal; and

12    (x)    Participate in strategy meetings and conduct legal research regarding
13 substantive and procedural issues following the Ninth Circuit's decision reversing
14 this Court's Order.

15    4.    The schedules attached hereto as Exhibits 1 through 3 are a detailed
16 summary indicating the amount of time spent by the partners, attorneys and
17 professional support staff of my firm who were involved in this litigation, and the
18 lodestar calculation based on my firm's current billing rates. The schedules attached
19 hereto as Exhibits 1 through 3 were prepared from the daily time records of the
20 attorneys working on this matter. These records are available at the request of the
21 Court.

22    5.    Time expended in preparing this application for fees and
23 reimbursement of expenses has not been included in this request. I expect my firm
24 to spend an additional 30 hours, which have not been included in Exhibit 1,
25 preparing for and attending the final approval hearing, addressing member opt-outs
26 and objections, and consulting with the claims administrator and defense counsel to
27 facilitate settlement administration.

28

DECLARATION OF ANGELA C. AGRUSA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS

6.      The hourly rates for the partners, attorneys and professional staff in my firm included in Exhibits 1 through 3 are based on attorney experience and are comparable to attorneys with similar experience practicing in class action litigation in California.  These rates are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other class litigation.

7.      The total number of hours expended on this Litigation by my firm, excluding the appeal, is 1,238 hours.  The total lodestar for my firm is $535,294, consisting of $526,735 for attorneys' time and $8,559 for professional support staff time.  For the Court's convenience, my firm itemized the lodestar into the following three time periods:

a. **Period One:**  October 1, 2008 (inception of the litigation) to April 2, 2012 (Judgment entered).  A breakdown of the lodestar for Period One is provided in Exhibit A attached hereto.  The Period One total lodestar amount for attorney professional and support staff time based on the firm's rates is $472,726.50.

b. **Period Two:**  Bond Motion – April 3, 2012 (day after Judgment entered) to April 24, 2014 (Remand order from Ninth Circuit Court of Appeals).  A breakdown of the lodestar for Period Three is provided in Exhibit 2 attached hereto.  The Period Two total lodestar amount for attorney and professional support staff time based on the firm's rates is $85,885.00.

c. **Period Three:**  April 25, 2014 (day after Remand Order) to Present.  A breakdown of the lodestar for Period Three is provided in Exhibit 3 attached hereto.  The Period Three total lodestar amount for attorney professional and support staff time based on the firm's rates is $10,837.50.

LINER
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3505

DECLARATION OF ANGELA C. AGRUSA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS

8.      My firm has also expended attorney time on the appeal of this matter in the amount of 323.55 hours.   The total value of the appellate work my firm performed is $151,422.50, consisting of $149,045 for attorneys' time and $2,377.50 for professional support staff time.

9.      My firm's lodestar figures are based upon the firm's billing rates, which do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

10.      As detailed in Exhibit 4, my firm has incurred a total of $43,641.56 in unreimbursed expenses in connection with the prosecution of this Litigation.

11.      The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

12.      With respect to the standing of counsel in this case, attached hereto as Exhibit 5 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.   Appellate specialist Wendy S. Dowse replaced Nick Movaghar as lead associate on the case in November of 2013.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed this _10_th day in September, 2014, in Los Angeles, California.


_____
Angela C. Agrusa

DECLARATION OF ANGELA C. AGRUSA IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARDS

# EXHIBIT "1"

# EXHIBIT 1

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

## LINER LLP

### LODESTAR TIME REPORT
#### Period 1:  Inception through Judgment (10/1/2008 through 4/2/2012)

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **Partners** | | | |
| Angela C. Agrusa | 451.50 | $600.00 | $270,900.00 |
| Stuart A. Liner | 24.10 | $600.00 | $14,460.00 |
| Kim Zeldin | 13.30 | $525.00 | $6,982.50 |
| | | | |
| **Attorneys** | | | |
| Nick S. Movaghar | 379.20 | $350.00 | $132,720.00 |
| Camilla Y. Chan | 54.10 | $290.00 | $15,689.00 |
| Anthony D. Sbardellatie | 48.50 | $310.00 | $15,035.00 |
| Marie L. Kayal | 28.90 | $290.00 | $8,381.00 |
| | | | |
| **Professional Support Staff** | | | |
| Jana Moser | 17.80 | $150.00 | $2,670.00 |
| Cynthia Cervini | 27.20 | $195.00 | $5,304.00 |
| Michael Torres | 3.90 | $150.00 | $585.00 |
| | | | |
| **Total Lodestar** | **1048.50** | | **$472,726.50** |

# EXHIBIT "2"

# EXHIBIT 2

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

## LINER LLP

### LODESTAR TIME REPORT
#### Period 2: Bond Motion – (4/3/2012 - 4/24/2014)

| Name | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **Partners** | | | |
| Angela C. Agrusa | 21.20 | $650.00 | $13,780.00 |
| | | | |
| **Attorneys** | | | |
| Wendy S. Dowse | 151.80 | $475.00 | $72,105.00 |
| | | | |
| | | | |
| **Total Lodestar** | **173.00** | | **$85,885.00** |

# EXHIBIT "3"

# EXHIBIT 3

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

## LINER LLP

### LODESTAR TIME REPORT
### Period 3:  Remand Order to Present (4/3/2012 - 4/24/2014)

| Name | Total Hours | Hourly Rate | Total Lodestar |
|------|------------|-------------|----------------|
| Partners | | | |
| Angela C. Agrusa | 15.00 | $675.00 | $10,125.00 |
| | | | |
| Attorneys | | | |
| Wendy S. Dowse | 1.50 | $475.00 | $712.50 |
| | | | |
| | | | |
| **Total Lodestar** | **16.50** | | **$10,837.50** |

# EXHIBIT "4"

**EXHIBIT 4**

*In re MagSafe Apple Power Adapter Litigation*, Case No. 5:09-cv-01911-JW

**LINER LLP**

**EXPENSE REPORT – Inception through September 8, 2014**

| Categories | Amount |
|---|---|
| Photocopies/Reproduction | $2,123.58 |
| Postage | $15.65 |
| Telephone | $2,931.31 |
| Messengers/Express Services | $1,832.75 |
| Filing/Witness Fees | $1,380.20 |
| Lexis/Westlaw Research | $11,884.30 |
| Experts/Consultants | $16,000.00 |
| Meals, Hotels, Transportation & Travel Expenses | $6,580.37 |
| Secretarial Overtime/Word Processing | $893.40 |
| **TOTAL EXPENSES** | **$43,641.56** |

38799.001-2063711v1

# EXHIBIT "5"

## ABOUT THE FIRM

Ranked one of Los Angeles' largest firms, LINER LLP (LINER) is a dynamic law firm with a distinguished roster of talented attorneys who are leading the way in their respective fields of law. In fact, approximately half of our partners were recruited from "Am Law 100" firms. Our attorneys represent clients throughout the country and internationally via the Westwood and Downtown Los Angeles offices.



Our solid reputation for success is due to the strong legal representation, personal service and integrity we deliver to clients. Our diverse client base includes institutional clients, as well as small businesses and individual entrepreneurs. A full-service firm, LINER offers broad expertise in intellectual property litigation, real estate, business disputes, finance, entertainment litigation, white collar crime, products liability, environmental, insurance, family law, corporate, tax, and mergers and acquisitions.

LINER delivers the broad expertise of a large law firm combined with the personal responsiveness and attention traditionally associated with a small firm. Our commitment to client service is built on a foundation of personal attention — we develop a personal relationship with each client, rather than simply servicing the client's immediate need. We remain sensitive to our clients' objectives by staying current with changes in the law and markets that affect their business interests. In addition, our rate structure permits LINER the flexibility to meet clients' budgetary restraints.

Since two principals established the firm in 1996, LINER 's exponential growth is testimony to our ability to attract and retain clients and to draw talented lawyers from leading law firms and prestigious law schools who are seeking an energetic environment in which to practice.

We are proud of recently being selected among the National Law Journal's Mid-Size Hot List, and previously as one of the "Best Places to Work in Los Angeles" by the *Los Angeles Business Journal*. There were only three other law firms designated with this honor. Because of our culture, we have extraordinarily high client and attorney retention rates. A large percentage of LINER's practice comes from repeat business and satisfied client and lawyer referrals.

Our reputation for success depends upon our ability to provide clients with personalized, high quality legal services at reasonable rates. We are dedicated to the continued achievement of that goal.



1100 GLENDON AVENUE | 14TH FLOOR | LOS ANGELES, CA | 90024.3518
MAIN: 310.500.3500 | FAX: 310.500.3501 | WWW.LINERLAW.COM

## OUR CORE PRACTICE AREAS

### *Litigation*

The Litigation Practice Group accounts for more than half of the firm's practice. Our litigation attorneys successfully and economically represent clients in complex litigation in federal and state courts throughout the United States (including extensive jury and bench trial experience), in arbitration and alternative dispute resolution, and in proceedings before governmental agencies. Our attorneys are well versed in the fundamentals of intricate business practices and are comprised of attorneys with significant experience in the management of disputes involving diverse commercial and industrial operations. We place particular emphasis on business, real estate, employment, environmental and entertainment litigation.



### *Corporate*

LINER's corporate lawyers provide counsel to and serve the transactional needs of a diverse clientele ranging from large public and private companies to start-up and emerging companies. Our attorneys provide strategic counsel with regard to commercial loans and other financings, corporate governance, capital structure, dispositions, executive compensation, joint ventures, licensing, mergers and acquisitions, private equity, public and private securities offerings, secured transactions, securities compliance, and takeovers and proxy contests.

### *Business & Financial Crimes Defense*

The firm's lawyers have represented both individual and corporate clients in a wide variety of criminal matters including Medicare fraud, investment and securities violations, real estate and loan fraud, tax fraud, insurance fraud, clinical trial matters, defense contracting, environmental violations, savings and loan matters, campaign finance, money laundering, and diversion of pharmaceuticals. We assist clients in responding to Securities and Exchange Commission and grand jury subpoenas and have prepared clients to testify before the grand jury in regulatory proceedings and investigations that may lead to criminal charges.



*Class Action*

Our team of attorneys represent Fortune 500 companies and other clients in numerous class actions in a variety of industries, and currently act as lead counsel in high profile class actions pending nationwide. Our attorneys have advised clients at every phase of class action litigation, starting before the filing of suit through appeal. We are committed to defeating class certification at the earliest stages and minimizing both adverse publicity and monetary exposure.

*Entertainment & Media Litigation*

LINER's entertainment litigators are experienced in the entire spectrum of litigation claims that arise in the film, television, music and multimedia industries -- from disputes between artists and managers, to claims over ownership of rights in scripts, to breach of contract claims arising from the vertical integration of media entities. We have successfully represented individual and institutional clients engaged in a wide range of activities in the entertainment industry before state and federal courts and arbitration panels of the Writers Guild of America, the Screen Actors Guild, American Arbitration Association, AFMA (formerly known as the American Film Marketing Association), and the California Labor Commissioner.

*Financial Services Litigation*

LINER offers sophisticated representation in ERISA, securities, and commercial litigation to a broad range of clientele. We regularly represent financial services professionals, including insurance agents, securities brokers and broker-dealers, trustees, benefits consultants, investment advisors, pension plan administrators, third-party administrators, actuaries and accountants in benefits and fiduciary duty claims under ERISA, securities litigation, employment litigation, class actions, insurance, and regulatory investigations.

*Intellectual Property Litigation*

The Intellectual Property Litigation Practice Group represents clients involved in the full range of IP disputes, including those concerning patents, trademarks, copyrights, trade secrets and licenses of IP rights. We are experienced in all aspects of IP litigation in federal and state courts, including pre-litigation investigation and counseling, obtaining and defending against preliminary injunctions, trial and appellate advocacy.



1100 GLENDON AVENUE | 14TH FLOOR | LOS ANGELES, CA | 90024.3518
MAIN: 310.500.3500 | FAX: 310.500.3501 | WWW.LINERLAW.COM

*Real Estate & Land Use*

The Real Estate Group represents developers, investors, landlords, tenants, lenders and borrowers in all aspects of real estate acquisition, disposition, leasing, financing and development. Our real estate attorneys have negotiated and documented a wide range of multi-million dollar transactions. Land use concerns for real estate or construction projects involve the interaction of property owners with annexation, zoning, redevelopment and environmental regulators. LINER real estate and government lawyers work together to navigate transactions through the complex interaction of necessary government approvals.

*Products Liability, Mass Tort, Toxic Tort & Environmental Law*

This group includes an outstanding team of nationally-respected trial lawyers who are committed to ground-level investigative efforts and strict adherence to and application of evidentiary principles before and during trial. The group's principal practice involves the defense of the petroleum exploration, refining and chemical industries in civil and, where necessary, white collar criminal litigation and trials. The group also counsels clients in various regulatory arenas, including federal and California OSHA investigations and citation appeals, Proposition 65 inquiries and litigation, environmental/hazardous waste matters, and legislative lobbying efforts.




LINER LLP

## Angela C. Agrusa

Angela C. Agrusa is a partner in Liner's Litigation department, with a practice focus in consumer marketing and branding litigation and class action litigation for companies in a wide range of industries, including food and beverage, consumer products and services, hospitality, fashion and retail, and entertainment and media.

As chair of Liner's Consumer Marketing and Product Labeling practice, she has extensive experience with both making and defending against consumer and competitor challenges. She deals with consumer false labeling claims and competitor false advertising challenges in state and federal courts, as well as with matters that fall under the general purview of unfair or deceptive trade practices.

Angela also represents companies in complex business litigation in California and across the United States.

Angela was recently named to the Daily Journal's Top Women Lawyers of 2014. She is consistently recognized by the publishers of Los Angeles Magazine as one of the Top 50 Women Attorneys in California.

### Notable Matters

- *Connelly v. Hilton Grand Vacations* -- Defeated class certification on behalf of Hilton Worldwide in a class action involving alleged violation of the Federal Telephone Consumer Protection Act. Plaintiffs subsequently petitioned for an appeal, which was denied.

- *In Re: Horizon Organic Milk Plus DHA Omega 3 Marketing and Sales Practice Litigation* – Represents WhiteWave Foods in one of the largest food and beverage-related multidistrict class action litigations in the country.

- *Best Western, Vantage Hotels, Doubletree, Embassy Suites and DWP, City of Los Angeles* – Successfully obtained the complete dismissal of class action claims arising from allegations of unlawful call recordings in which statutory penalties in the tens of millions had been sought.

- *Soule v. Hilton Worldwide, Inc.* -- Represents Hilton in class action arising from allegations concerning the adequacy of resort charge disclosures.

- *Rolland v. Neurobrands, LLC.* – Successfully obtained dismissal of NeuroBrands in a class action alleging false labeling regarding

1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518

aagrusa@linerlaw.com
310.500.3591 direct
310.500.3501 fax

### Practice Areas

- Consumer Marketing and Branding
- Intellectual Property
- Business Litigation
- Class Action

### Education

- Loyola Law School (J.D.)
- University of California at Los Angeles (B.A.)

### Admissions

- California
- U.S. Court of Appeals Ninth Circuit
- All State Courts California
- U.S. District Courts of California

### Awards

- Named to the Daily Journal's Top Women Lawyers of 2014
- Southern California "Top 100 Lawyers" and "Top 50 Woman Lawyers" recognition by Super Lawyers (2007-2014)



Neurobrands' popular line of enhanced beverages.

- *Ang v. White Wave Foods Co.* – Successfully obtained the dismissal of a "standard of identity" food labeling class action contending false advertising against one of the country's largest sellers of soymilk.

- *California First v. State of California* — Represents winning bidder of the Golden State Portfolio transaction authorized by Gov. Schwarzenegger for the $2.3-billion sale of 11 state-owned office buildings.

## Publications / Speaking Engagements

Regularly provides legal commentary to journalists, and has been quoted in such publications and media as The New York Times, The Washington Post, MSNBC, FoxNews, and E! Entertainment



# NICK S. MOVAGHAR, SENIOR COUNSEL

Email: nmovaghar@linerlaw.com
Direct Dial: 310.500.3623

Nick S. Movaghar is Senior Counsel in the Business Litigation department of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, where he has represented plaintiffs and defendants in federal and state court in numerous areas including class action suits, environmental law, intellectual property, insurance coverage, partnership disputes and labor/employment law.

### PRACTICE AREA(S)

- Business Litigation
- Intellectual Property

### EDUCATION

- Loyola Law School
  (J.D., *Order of the Coif and Cum Laude*, 2004)
- Florida State University
  (B.S., 2000)

### ADMISSIONS

- The State Bar of California
- United States District Court for the Central and Eastern Districts of California
- United States Court of Appeals for the Ninth Circuit

### AWARDS

- "Rising Star" on the Southern California *Super Lawyers* list (2009-2012)
- Los Angeles County Bar Association Commercial Law Student of the year award (2004)

## NOTABLE CASES

- Successfully amended and concluded a nationwide consumer class action settlement on behalf of Hilton Worldwide, Inc. pursuant to the *cy pres* doctrine.

- Obtained complete dismissal of a putative class action against Hilton Hotels Worldwide, Inc., the world's largest hotel company, involving refunds for room delivery of USA Today newspapers. The case is pending on appeal. Also has represented Hilton in defense of prior class actions involving resort fee charges.

- Represented Apartment Investment and Management Company, one of the nation's largest owners and operators of apartment communities, in a variety of real-estate, employment, and insurance coverage disputes.

- Defended large manufacturer of machine tools in a nationwide consumer class action and obtained a favorable settlement.

- Represented Union Carbide Corporation in product liability litigation.

- Successfully defended Los Angeles franchisee of Dollar Rent A Car in a variety of real-estate, employment and contractual disputes.

- Represented and obtained an injunction on behalf of Anschutz Entertainment Group, one of the leading sports and entertainment presenters in the world and the owner of the Staples Center, in a complex contractual dispute against one of the country's largest privately-held real estate firms.

- Represented JetDirect Aviation, Inc., an international aircraft charter and management firm, in an arbitration involving a failed corporate acquisition and wrongful termination claim brought by a senior member of the management.

 LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF + TAYLOR LLP

LA  1100 Glendon Avenue, 14th Floor  Los Angeles, CA 90024.3505   T.310.500.3500  F.310.500.3501
SF  199 Fremont Street, 20th Floor  San Francisco, CA 94105.2255   T.415.489.7700  F.415.489.7701
www.linerlaw.com



# Wendy S. Dowse

Wendy S. Dowse is senior counsel in Liner's Litigation department. Her practice encompasses a wide variety of matters, including product liability, real estate, and commercial cases. She represents clients in the food and beverage, consumer products and services, pharmaceutical, and hospitality industries.

Wendy is a prolific writer and is experienced in drafting briefs for all phases of litigation, from pretrial motions through appeals, in federal district courts and circuit courts of appeals, as well as state trial, probate and appellate courts.

## Notable Matters

- *Rick v. Wyeth, Inc.* -- Obtained affirmance of summary judgment deciding an issue lying "at the intersection of three complex areas of the law, full faith and credit, diversity jurisdiction and claim preclusion."

- *DeBoard v. Wyeth, Inc.* – Won affirmance of summary judgment under the New Jersey Products Liability Act.

- *In re American Premier Underwriters, Inc.* – Obtained affirmance of order granting petition to fix the fair value of acquired company's shares.

- *In re Neville* -- Obtained affirmance of order granting petition to dissolve closely-held corporation.

- *JRK Franklin, LLC v. 164 East 87th Street* – Won reversal of summary judgment in case involving alleged lease violation.

- *In re Rezulin Prod. Liab. Litig.* -- Won motion for a *Lone Pine* order requiring all MDL plaintiffs to produce case-specific expert reports.

- *In re Rezulin Prod. Liab. Litig.* -- Obtained order excluding various categories of expert testimony.

- *In re Rezulin Prod. Liab. Litig.* – Won motion to dismiss several hundred plaintiffs for failure to provide discovery and issuing injunction against re-filing under the All Writs Act.

- *In re Rezulin Prod. Liab. Litig.* -- Won summary judgment on the ground that warnings regarding certain side effects were adequate as a matter of law.

- *In re Rezulin Prod. Liab. Litig.* -- Won summary judgment on the

1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518

wdowse@linerlaw.com
310.500.3383 direct
310.500.3501 fax

## Practice Areas

- Business Litigation
- Product Liability
- Real Estate Litigation

## Education

- Boston University School of Law (J.D., *cum laude*)
- Tufts University (B.A., *cum laude*)

## Admissions

- California
- New York
- U.S. Court of Appeals Ninth Circuit
- U.S. District Court Northern District of California
- U.S. District Court Southern District of California
- U.S. District Court Eastern District of California
- U.S. District Court Central District of California
- U.S. District Court Southern District of New York
- U.S. District Court Eastern District of New York



# LINER LLP

## Wendy S. Dowse

ground of lack of scientifically reliable evidence of medical causation.

- *Mercado v. Warner-Lambert Co.* – Won affirmance of order denying motion for a new trial claiming juror misconduct.

## Publications / Speaking Engagements

- "State-Law Design-Defect Claims Against Generic Drug Manufacturers Are Preempted" (with Steve Glickstein), *Product Liability Law & Strategy* (Oct. 2013)

- "Retroactivity And The Medical Device Safety Act," *Law360* (April 2009)

- "Recent Decision Provides Guidance on Admissibility of Expert Testimony" (with Jay Mayesh and Steven Glickstein), *Product Liability Law & Strategy* (Dec. 2004)