1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  JUSTIN D. HOOGS (CA SBN 267699)
   JHoogs@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

7  *Attorneys for Defendant*
   APPLE INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 |                                          | Case No. 09-CV-01911-EJD |

14 IN RE MAGSAFE APPLE POWER ADAPTER LITIGATION

   **DECLARATION OF ALLAN COULSON REGARDING ADAPTER REPLACEMENT PROGRAM**

   Judge:  Hon. Edward J. Davila
   Courtroom:  4, 5th Floor
   Date:  November 6, 2014
   Time:  1:30 p.m.

20         I, ALLAN COULSON, declare and state:

21         1.   I am employed by Apple Inc. in the position of Senior Manager, NPI &

22 Response Engineering.  I have personal knowledge of all the matters set forth below, except

23 as to those matters stated on information and belief and, if called upon to do so, I could and

24 would competently testify thereto.

25         2.   Beginning in 2008, Apple maintained a program that included providing in-

26 warranty and out-of-warranty replacements for MPM-1 MagSafe adapters ("Adapters") that

27

28

sf-3461765                                1

DECLARATION OF ALLAN COULSON REGARDING ADAPTER REPLACEMENT PROGRAM

1 showed signs of strain relief damage, provided there were no obvious signs of user abuse (the "Adapter Replacement Program").

3. I have reviewed Exhibit 2 to the Declaration of Theodore H. Frank in support of Newhouse Objection ("Exhibit 2"), which I am informed was filed in this case on September 22, 2014. I understand that Exhibit 2 is a copy of a webpage dated August 12, 2008 that was entitled "Apple Portables: Troubleshooting MagSafe adapters." Exhibit 2 states: "If your adapter is exhibiting strain relief issues and is out-of-warranty, you can take your adapter (you don't need to take the computer) to an Apple-Authorized Service Provider or Apple Retail Store for evaluation and replacement if necessary. You may be eligible for a replacement adapter free of charge provided there are no signs of abuse."

4. I am informed and believe that Apple's policy was that the Adapter Replacement Program was limited to providing replacements for Adapters that exhibited strain relief issues or failed within three years of purchase. This time period was not specified on the "Apple Portables: Troubleshooting MagSafe adapters" webpage attached as Exhibit 2 to the Frank Declaration since at the time, no Adapter was as yet three years old. The only exception to this policy that I am aware of is the "grace period" provided for in the settlement agreement in this action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on September 26, 2014, at Cupertino, California.

_____
Allan Coulson

sf-3461765

2

DECLARATION OF ALLAN COULSON REGARDING ADAPTER REPLACEMENT PROGRAM