UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>MAGSAFE APPLE POWER ADAPTER LITIGATION | Case No. 5:09-cv-01911 EJD<br><br>**ORDER FOR ADDITIONAL BRIEFING** |

Having carefully reviewed Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorney's Fees and Costs (Docket Item No. 238), and as discussed with counsel at the hearing on November 6, 2014, the court requires further briefing on the issue of attorney's fees and costs.

Accordingly, in one additional document filed on or before **November 21, 2014**, Plaintiffs shall produce or create an itemized listing which (1) identifies each timekeeper who performed work on this case, (2) describes each task performed by the timekeeper along with the amount of time spend on the task, and (3) identifies the timekeeper's applicable billing rate. This listing should not include tasks for which Plaintiffs are not seeking attorney's fees, such as those related to the appellate proceedings.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:09-cv-01911 EJD
ORDER FOR ADDITIONAL BRIEFING