UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br>MAGSAFE APPLE POWER ADAPTER<br>LITIGATION | Case No. 5:09-cv-01911 EJD<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

The above-entitled action was reopened and reassigned to the undersigned upon remand from the Ninth Circuit Court of Appeals. See Docket Item Nos. 213, 214. Since the court has completed all proceedings necessary to carry out the Ninth Circuit's instructions, the Clerk of the Court shall CLOSE this file.

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
EDWARD J. DAVILA
United States District Judge