| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE APPLE IPOD ITUNES ANTI-TRUST LITIGATION ) ) ) | Lead Case No. C-05-00037-JW(RS) |
| ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO MODIFY INJUNCTIVE RELIEF CLASS DEFINITION TO INCLUDE iTMS PURCHASERS AND EXHIBIT 1 TO THE MERRICK DECLARATION PURSUANT TO 79-5(b)-(c) |
| ALL ACTIONS. ) ) | |

Judge: Hon. James Ware
Date: November 23, 2009
Time: 9:00 a.m.
CTRM: 8-4th Floor

1     This cause has come before the Court upon Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Reply Memorandum in Support of Their Motion to Modify Injunctive Relief Class Definition to Include iTMS Purchasers ("Reply Memorandum") and Exhibit 1 to the Merrick Decl. ("Exhibit 1") Pursuant to Local Rule 79-5(b)-(c). The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that:

    Plaintiff's Administrative Motion to File Plaintiffs' Reply Memorandum and Exhibit 1 Under Seal Pursuant to Local Rule 79-5(b)-(c) is GRANTED.

    IT IS SO ORDERED.

DATED: _____

                                        THE HONORABLE JAMES WARE
                                        UNITED STATES DISTRICT JUDGE

S:\CasesSD\Apple Tying\ORD00062848.doc