| | |
|---|---|
| 1 | Robert A. Mittelstaedt #60359 |
| | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart #129530 |
| | cestewart@jonesday.com |
| 3 | Michael Scott #255288 |
| | michaelscott@jonesday.com |
| 4 | JONES DAY |
| | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE APPLE iPOD iTUNES ANTI-TRUST LITIGATION | Case No. C 05-00037 JW<br>C 06-04457 JW<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF RULE 23(B)(2) CLASS AND DECLARATION OF ARTHUR RANGEL**<br><br>**Date:** November 23, 2009<br>**Time:** 9:00 A.M.<br>**Place:** Courtroom 8, 4th floor |
|---|---|

[Proposed] Order to File Under Seal
C 05-00037 JW; C 06-04457 JW

Having considered Apple's Administrative Motion to File Under Seal Defendant's Reply In Support Of Motion for Reconsideration of Rule 23(b)(2) Class, and the Declaration of Arthur Rangel in Support of Apple's Reply In Support Of Motion for Reconsideration of Rule 23(b)(2) Class:

IT IS HEREBY ORDERED THAT Apple's Administrative Motion to File Under Seal is GRANTED. The Clerk of Court shall file under seal: Defendant's Reply In Support Of Motion for Reconsideration of Rule 23(b)(2) Class, and the Declaration of Arthur Rangel in Support of Apple's Reply In Support Of Motion for Reconsideration of Rule 23(b)(2) Class.

**IT IS SO ORDERED.**

Dated: _____, 2009

Hon. James Ware  
United States District Court Judge

SFI-623123v1